**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number *(if known)* _____    Chapter   __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **New Mexico Food Distributors, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Foods of New Mexico** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85-0361301 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5305 Alondra Blvd.**<br>**Paramount, CA 90723**<br>Number, Street, City, State & ZIP Code | **3041 University Blvd. SE**<br>**Albuquerque, NM 87106**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | Location of principal assets, if different from principal place of business<br>**3041 University Blvd SE Albuquerque, NM 87106**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

7/02/23 4:02PM

| Debtor | **New Mexico Food Distributors, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>1412</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

7/02/23 4:02PM

Debtor   **New Mexico Food Distributors, Inc.**                                    Case number (if known) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **See attached** | Relationship | |
| District | | When | Case number, if known |

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☒ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   **3041 University Blvd SE**
**Albuquerque, NM, 87106-0000**
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☒ Yes.   Insurance agency   **Hartford Casualty Insurance Company**
         Contact name   _____
         Phone   **866-467-8730**

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

7/02/23 4:02PM

| Debtor | **New Mexico Food Distributors, Inc.** | Case number (*if known*) | |
| | Name | | |

| 16. | **Estimated liabilities** | ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Pending Bankruptcy Cases of Affiliates | Petition Date | Location |
|---|---|---|
| Tattooed Chef Inc. | 7/2/23 | Central District of California |
| Ittella International LLC | 7/2/23 | Central District of California |
| Itella's Chef LLC | 7/2/23 | Central District of California |
| Myjojo, Inc. | 7/2/23 | Central District of California |
| BCI Aquisition Inc. | 7/2/23 | Central District of California |
| Karsten Tortilla Factory, LLC | 7/2/23 | Central District of California |
| TTCF-NM Holdings, Inc. | 7/2/23 | Central District of California |

7/02/23 3:26PM

| Debtor | New Mexico Food Distributors, Inc | Case number (if known) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 2, 2023
                MM / DD / YYYY

X _____           Salvatore "Sam" Galletti
Signature of authorized representative of debtor    Printed name

Title    CEO

**18. Signature of attorney**

X _____           Date    July 2, 2023
Signature of attorney for debtor                MM / DD / YYYY

David L. Neale 141225
Printed name

Levene, Neale, Bender, Yoo & Golubchik L.L.P
Firm name

2818 La Cienega Avenue
Los Angeles, CA 90034
Number, Street, City, State & ZIP Code

Contact phone   (310) 229-1234        Email address   dln@lnbyg.com

141225 CA
Bar number and State

7/02/23 3:25PM

**Fill in this information to identify the case:**

Debtor name    **New Mexico Food Distributors**, Inc

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 2, 2023    X _____
                              Signature of individual signing on behalf of debtor

                              **Salvatore "Sam" Galletti**
                              Printed name

                              _____
                              Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

7/02/23 4:02PM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **New Mexico Food Distributors, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DESERT PREMIUM GROUP DBA: 505 SOUTHWESTERN 530 AIRPORT DR NW ALBUQUERQUE, NM 87121 | | | | | | $1,158,509.00 |
| J.C. FORD COMPANY 901 LESLIE STREET LAHABRA, CA 90631 | | | | | | $871,918.05 |
| SHAMROCK FOODS COMPANY & SUBS PO BOX 843539 LOS ANGELES, CA 90084 | | | | | | $470,280.02 |
| RED SEVEN ELECTRIC PO BOX 181 JARALES, NM 87023 | | | | | | $385,131.16 |
| FLAGSHIP FOOD GROUP 851 N. HICKORY AVE SUITE #200 MERIDIAN, ID 83642 | | | | | | $278,457.06 |
| FLAGSHIP FOOD GROUP DBA: TREASURE VALLEY FOOD HOLDINGS, LLC 2205 E RIVERSIDE DR, SUITE 200 EAGLE, ID 83616 | | | | | | $278,457.06 |

| Debtor | **New Mexico Food Distributors, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4C2 ELECTRICAL 1620 W. Crosby Rd., Suite 112 CARROLLTON, TX 75006 | | | | | | $178,407.52 |
| CONSOLIDATED DESIGN WEST 1345 S. Lewis Street ANAHEIM, CA 92805 | | | | | | $173,063.74 |
| PANHANDLE MILLING 730 17th STREET SUITE 600 DENVER, CO 80202 | | | | | | $166,859.91 |
| TUSCANY CHEESE LLC. 6850 ARTESIA BLVD. BUENA PARK, CA 90620 | | | | | | $149,583.50 |
| M.A. & SONS CHILE PO BOX 302 DERRY, NM 87933 | | | | | | $146,466.75 |
| SYSCO USA I 601 COMANCHE RD NE ALBUQUERQUE, NM 87107 | | | | | | $125,206.56 |
| UPFIELD US PO Box 7308 CAROL STREAM, IL 60197 | | | | | | $101,857.80 |
| BEN E. KEITH FOODS 601 Ben E Keith Way NW ALBUQUERQUE, NM 87121 | | | | | | $101,056.19 |
| KDC MECHANICAL 435 MONTANO RD NE ALBUQUERQUE, NM 87107 | | | | | | $95,080.53 |
| LABATT NEW MEXICO LLC. DBA: LABATT FOOD SERVICE PO BOX 27730 ALBUQUERQUE, NM 87125 | | | | | | $78,746.27 |

7/02/23 4:02PM

Debtor    **New Mexico Food Distributors, Inc.**          Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AUTOMATION INDUSTRIES SERVICE 12415 Los Nietos Suite 104 SANTA FE SPRINGS, CA 90670** | | | | | | $73,415.06 |
| **BAKEMARK INGREDIENTS PO BOX 845315 Los Angeles, CA 90084-5315** | | | | | | $69,304.13 |
| **PICOSO FOODS, LLC 8618 MENUAL BLVD NE SUITE H Albuquerque, NM 87112** | | | | | | $64,562.35 |
| **FEDEX P.O. BOX 94515 Palatine, IL 60094** | | | | | | $54,780.03 |

7/02/23 3:26PM

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David L. Neale 141225**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234**<br>California State Bar Number: 141225 CA<br>dln@lnbyg.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **New Mexico Food Distributors, Inc.** | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| <br><br><br>                                    Debtor(s). | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **July 2, 2023**

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **July 2, 2023**

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                          **F 1007-1.MAILING.LIST.VERIFICATION**

New Mexico Food Distributors, Inc.
5305 Alondra Blvd.
Paramount, CA 90723


David L. Neale
Levene, Neale, Bender, Yoo & Golubchik L.L.P
2818 La Cienega Avenue
Los Angeles, CA 90034


21C FOODS LLP
DBA: PANHANDLE MILLING COMAPNY
PO BOX 419380   DEPT 301
KANSAS CITY, MO 64141


3M COMPANY
PO BOX 844127
DALLAS, TX 75284


4C2 ELECTRICAL
1620 W. Crosby Rd., Suite 112
CARROLLTON, TX 75006


505 SOUTHWESTERN
6455 S YOSEMITE ST SUITE 1000
Englewood, CO 80111


ABQ PIPE & PUMP SUPPLY COMPANY
4300 ELLISON DRIVE NE
ALBUQUERQUE, NM 87109


ACUITY SPECIALTY PRODUCTS
dba: Zep Sales/Service, Zep Mfg, Niagra
13237 Collections Center Dr.
CHICAGO, IL 60693

ACUITY SPECIALTY PRODUCTS
DBA: AFCO US
13237 COLLECTIONS CENTER DR.
CHICAGO, IL 60693


ADVANCED SECURITY INTEGRATED LLC
PO BOX 30723
Albuquerque, NM 87190


ADVANCED SPICE AND TRADING
13951 Senlac Drive
SUITE 150
DALLAS, TX 75234


ADVANTAGE WEST FOOD SVC MKTG
DBA: TOTAL SOURCE FOODSERVICES SALES
4023 E. MCDOWELL RD
PHOENIX, AZ 85008


AFCO
PO BOX 887200
LOS ANGELES, CA 90088


AHERN RENTALS
PO BOX 271390
LAS VEGAS, NV 89127


ALLIED BLENDING LP
121 ROYAL ROAD
KEOKUK, IA 52632


AMERICAN INTERNATIONAL FOODS
8066 FULTON ST E.
ADA, MI 49301

AMERPRIDE SERVICES
DBA: ARAMARK
PO BOX 731676
DALLAS, TX 75373


AMEX-CORPORATE CARD
PO BOX 650448
DALLES, TX 75265-0448


AMFEC
DBA: AMERICAN FOOD EQUIPMENT COMPANY, IN
4923 EAST LINDEN STREET
CALDWELL, ID 83605


Ana Maria Romero
8201 MARQUETTE AVE NE
ALBUQUERQUE, NM 87108


ANDREW MEDINA
4517 9TH STREET NW
Albuquerque, NM 87107


AQUA1, INC
7801 MENAUL BLVD NE
Albuquerque, NM 87110


ARAMARK UNIFORM & CAREER APPEARL GR
115 N FIRST STREET
Burbank, CA 91502


ARBON EQUIPMENT CORPORATION
CUST# 4124723
25464 NETWORK PLACE
CHICAGO, NM 60673

AT&T MOBILITYROC
ACCT: 287246049890
PO BOX 6463
CAROL STREAM, IL 60197


ATHENA ENERGY SVCS HOLDINGS
DBA: SYMMETRY ENERGY SOLUTIONS, LLC
CHASE LOCKBOX, POB 301149
DALLAS, TX 75303


AUTOCHLOR SYSTEM OF SAN DIEGO
3211 MATTHEW AVE NE
ALBUQUERQUE, NM 87107


AUTOMATION INDUSTRIES SERVICE
12415 Los Nietos
Suite 104
SANTA FE SPRINGS, CA 90670


BAKEMARK INGREDIENTS
PO BOX 845315
Los Angeles, CA 90084-5315


BARCODE ENTERPRISES
3469 LAWRENCEVILLE HWY
TUCKER, GA 30084


BATORY FOODS
10255 HIGGINS ROAD
SUITE 500
Des Plaines, IL 60018


BAYLOR PROPERTIES
490 SAND SAGE
LOS LUNAS, NM 87031

BEN E. KEITH FOODS
601 Ben E Keith Way NW
ALBUQUERQUE, NM 87121


BILL'S LOCK & KEY, INC
4200 WYOMING BLVD NE C1
Albuquerque, NM 87111


BLAKE'S LOTABURGER
3205 RICHMOND DRIVE NE
ALBUQUERQUE, NM 87107


BLENTECH CORPORATION
2899 DOWD DRIVE
SANTA ROSA, CA 95407


BP SUPPLY
2110 CLAREMONT AVE NE
ALBUQUERQUE, NM 87107


BRAZAS FIRE & SAFETY
2900 WELLESLEY DR NE
Albuquerque, NM 87107


BRIDGEWELL AGRIBUSINESS
PO BOX 2289
Clackamas, OR 97015-9594


BRUCKNER'S TRUCK SALES
DBA: BRUCKNER'S TRUCK & EQUIPEMT
CORPORATE BILLING LLC DEPT 100
P.O. BOX 830604
BIRMINGHAM, AL 35283

BUCKEYE BUSINESS PRODUCTS
P.O. BOX392340
Cleveland, OH 44193


BUNZL HOLDINGS INC
R3 RELIABLE REDISTRIBUTION RESOURCE
PO BOX 59709
LOS ANGELES, CA 90074


BWAB HOLDINGS
DBA: BRIDGEWELL AGRIBUSINESS, LLC.
PO BOX 2289
CLACKAMAS, OR 97015


CAM SERVICES, LLC
P.O BOX 45925
Rio Rancho, NM 87174


CANON FINANCIAL SERVICES, INC
158 GAITHER DRIVE SUITE 200
Mount Laurel, NJ 08054


CAPTIVA GROUP
3838 BOGAN AVE
ALBUQUERQUE, NM 87109


CASTERS OF ALBUQUERQUE
4901 ELLISON NE
ALBUQUERQUE, NM 87109


CHOICE STEEL COMPANY
7100B 2ND STREET NW
BOX 7
ALBUQUERQUE, NM 87107

CHOPTANK TRANSPORT
PO BOX 99
PRESTON, MD 21655


CITY OF ALBUQUERQUE
FALSE ALARM REDUCTION UNIT
PO BOX 1313
ALBUQUERQUE, NM 87103


CLEARNETWORK INC
45 VILLAGE COURT
Hazlet, NJ 07730


CM PROCESS SOLUTIONS
101 TIERNEY WAY
WINCHESTER, KY 40391


COLD JET
455 Wards Corner Rd.
LOVELAND, OH 45140


COLDBOX CONSTRUCTION SERVICES
2479 VISTA DR
UPLAND, CA 91784


COMCAST BUSINESS
PO BOX 8587
PHILADELPHIA, PA 19101


COMCAST CABLE COMMUNICATIONS
PO BOX 60533
CITY OF INDUSTRY, CA 91716

COMPUTER SOLUTIONS GROUP
4321 ELLISON NE
SUITE C
ALBUQUERQUE, NM 87109


CONSOLIDATED DESIGN WEST
1345 S. Lewis Street
ANAHEIM, CA 92805


CONTINENTAL EXPRESS
17630 VALLEY BLVD
Blue Jay, CA 92317


CONVEYORS & EQUIPMENT
3580 SOUTH 300 WEST
SALT LAKE CITY, UT 84115


CRANE SERVICE INC
P.O. BOX 671246
Dallas, TX 75267-1246


CRESCENT ELECTRIC SUPPLY CO
DBA: NATIONAL ELECTRIC SUPPLY
PO BOX 500
EAST DUBUQUE, IL 61025


CRYOVAC
CRYOVAC, LLC.
26081 NETWORK PLACE
CHICAGO, IL 60673


CRYSTAL CHEM INC
955 BUSSE ROAD
Elk Grove Village, IL 60007

DAWN FOOD PRODUCTS INC
5301 PEORIA ST
UIT B
DENVER, CO 80239


DEBBIE J VALLES
4725 SAN PEDRO DR NE
UNIT 1
Albuquerque, NM 87109


DESERT PREMIUM GROUP
DBA: 505 SOUTHWESTERN
530 AIRPORT DR NW
ALBUQUERQUE, NM 87121


DICKSON COMPANY
DICKSON COMPANY
930 S. WESTWOOD AVE.
ADDISON, IL 60101


ECHO GLOBAL LOGISTICS
ACCOUNT RECEIVABLE
22168 NTEWORK PLACE
CHICAGO, IL 60673


ECLIPSE MIDCO
DBA: ECi MACOLA/MAX LLC.
PO BOX 735519
DALLAS, TX 75373


ECOLAB FOOD SAFETY SPECIALTIES
24198 NETWORK PLACE
CHICAGO, IL 60673


ELECTRIC MOTOR COMPANY
3433 STANFORD DRIVE NE
ALBUQUERQUE, NM 87107

ENTREPACK CORPORATION
12265 BARRINGER ST.
SOUTH EL MONTE, CA 91733


EPHESUS OFFICE TECHNOLOGIES
2430 MIDTOWN PLACE NE
SUITE A
ALBUQUERQUE, NM 87107


EVERWEIGH SCALE INDUSTRIES, LLC
56 TIERRA CASA DR
Pueblo, CO 81005


EXCEL ENGINEERING
100 CAMELOT DRIVE
FOND DU LAC, WI 54935


FARMERS BROTHERS CO.
PO BOX 846224
Los Angeles, CA 90084


FEDERAL EXPRESS CORPORATION
P.O. BOX 94515
PALATINE, IL 60094


FEDEX
P.O. BOX
94515
Palatine, IL 60094


FEDEX OFFICE
P.O. BOX 672085
Dallas, TX 75267-2085

FINCHAM TRAILER RENTALS
5601 WILSHIRE NE
ALBUQUERQUE, NM 87113


FISHER SCIENTIFIC COMPANY
ACCT# 768066001
PO BOX 404705
ATLANTA, GA 30384


FJR PACIFIC INDUSTRIAL
6970 HERMOSA CIRCLE
Buena Park, CA 90620


FLAGSHIP FOOD GROUP
DBA:  TREASURE VALLEY FOOD HOLDINGS, LLC
2205 E RIVERSIDE DR, SUITE 200
EAGLE, ID 83616


FLAGSHIP FOOD GROUP
851 N. HICKORY AVE
SUITE #200
MERIDIAN, ID 83642


FLEETCOR TECHNOLOGIES
DBA: FUELMAN
PO BOX 105080
ATLANTA, GA 30348


FLEXCON CORPORATION
200 CONNELL DRIVE
Berkeley Heights, NJ 07922


FLOORSHIELD
PO BOX 91105
ALBUQUERQUE, NM 87199

FOOD SERVICE DIRECT LOGISTICS LLC
2 EATON STE 805
Hampton, VA 23669


FOODSERVICE SPECIALISTS
1418 NO 27TH AVE
PHOENIX, AZ 85009


FORMERS INTERNATIONAL
3333 WATTERS ROAD
Pasadena, TX 77504


FRANK A. AUSTIN
DBA REFRIGERATION & MECH SVC
7611 APRIL FLOWER PL
ALBUQUERQUE, NM 87121


FRANK'S SUPPLY COMPANY
3311 STANFORD DR NE
ALBUQUERQUE, NM 87120


G&I ISLAS INDUSTRIESM INC.
PO BOX 1262
BALDWIN, CA 91706


GENUINE PARTS COMPANY
NAPA AUTO PARTS
PO BOX 2047
NORCROSS, GA 30091


GEORGE CHIALA FARMS
15500 Hill Road
MORGAN HILL, CA 95037

GHA TECHNOLOGIES
Dept #2090 PO Box 29661
PHOENIX, AZ 85038


GLORYBEE NATURAL SWEETENERS
120 N. Seneca Road
EUGENE, OR 97402


GRIFFITH FOODS INC.
P.O BOX 205915
ALSIP, IL 60803


H&E EQUIPMENT SERVICES
PO BOX 849850
DALLAS, TX 75284


H.P.D. REFRIGERATION
1660 PEGASUS AVE SE
Rio Rancho, NM 87124


HALL ENVIRONMENTAL ANALYSIS
4901 HAWKINS NE
Albuquerque, NM 87109


HEAT AND CONTROL
21121 CABOT BLVD
HAYWARD, CA 94545


HECTOR P DOMINGUEZ
DBA: H.P.D REFRIGERATION SERVICE
1660 PEGASUS AVE SE
RIO RANCHO, NM 87124

HENRY PRODUCTIONS
DBA: PUMPS & SERVICE
3440 MORNINGSTAR DRIVE
FARMINGTON, NM 87401


HORMEL FOODS SALES
PO BOX 100352
PASADENA, CA 91189


HPS FOOD & INGREDIENTS
706 6th Avenue North
SASKATOON  S7K259
AB


HUDCORP
DBA: ROTOROOTER SERVICES
731 RANKIN RD NE
ALBUQUERQUE, NM 87107


HUNDRED MACHINERY ENTERPRISES
136, SEC 1 MIN'AN RD
RENDE DISTRICT
TAINAN CITY


HYGIENA
ATTN: ACCOUNTS RECEIVABLES
FILE 2007,    1801 W OLYMPOIC BLVD
PASADENA, CA 91199


IGOE & COMPANY
PO BOX 501480
SAN DIEGO, CA 92150


ILAPAK
105 PHEASANT RUN
NEWTOWN, PA 18940

IMPERIAL VALLEY FOODS INC.
233 PAULIN AVE
PO BOX 5311
CALEXICO, CA 92232


INDUSTRIAL WATER ENGINEERING
8701 ALAMEDA PARK DRIVE NE
ALBUQUERQUE, NM 87113


INGTECH CORPORATION
DBA: ITC
5525 ERINDALE DR, SUITE 217
COLORADO SPRINGS, CO 80918


INSTRUMENT SERVICE LABS INC
8340 WASHINGTON STREET NE
SUITE A
ALBUQUERQUE, NM 87113


INTERNATIONAL FOOD SYSTEMS
1614 IH 35 NORTH
NEW BRAUNFELS, TX 78130


INTRALOX LLC
P.O. BOX 50699
New Orleans, LA 70150


ITTELLA INTERNATIONAL INC.
6305 ALONDRA BLVD
PARAMOUNT, CA 90723


J. HARPER & ASSOCIATES
DBA: PEAK EQUIPMENT
205 WILLOW DRIVE
MEAD, CO 80542

J.C. FORD COMPANY
901 LESLIE STREET
LAHABRA, CA 90631


JACKSON COMPACTION
6420 2ND ST NW
ALBUQUERQUE, NM 87107


JAMES HARDING
DBA TOP NOTCH HOME REMOD
PO BOX 20547
ALBUQUERQUE, NM 87154


JOHNSTONE SUPPLY
6000 UPTOWN BLVD
SUITE 220
Albuquerque, NM 87110


KALSEC
PO BOX 50511
KALAMAZOO, MI 49005


KARSTEN TORTILLA FACTORY
3041 UNIVERSITY BLVD SE
ALBUQUERQUE, NM 87106


KDC MECHANICAL
435 MONTANO RD NE
ALBUQUERQUE, NM 87107


KROY
DBA: BUCKEYE BUSINESS PRODUCTS
PO BOX 392340
CLEVELAND, OH 44193

LABATT NEW MEXICO LLC.
DBA: LABATT FOOD SERVICE
PO BOX 27730
ALBUQUERQUE, NM 87125


LARRY GUTIEREZ
8618 MENAUL BLVD NE
SUITE H
ALBUQUERQUE, NM 87112


LAWRENCE EQUIPMENT
2034 NORTH PECK ROAD
SO. EL MONTE, CA 91733


LAWRENCE WHOLESALE
P.O. BOX 58307
VERNON, CA 90058


LDH ENTERPRISES
6645 ISLETA BLVD SW
ALBUQUERQUE, NM 87105


LIFE TECHNOLOGIES CORPORATION
12088 COLLECTIONS CENTER DR
CHICAGO, IL 60693


LINDE GAS & EQUIPMENT
PO BOX 120812
Dallas, TX 75312-0812


M.A. & SONS CHILE
PO BOX 302
DERRY, NM 87933

MARCO STEEL & ALUMINUM
PO BOX 60475
MIDLAND, TX 79711


MARIA MUNGUIA


MARIA NUNEZ
1035 LURA PL.SW
Albuquerque, NM 87105


MARK KRUEGER
S96W12833 WALTER HAGEN DRIVE
Muskego, WI 53150


MBJ PACKING
PO BOX 307
ARREY, NM 87930


MCMASTERCARR SUPPLY COMPANY
DBA: McMASTERCARR
PO BOX 7690
CHICAGO, IL 60680


MEDLEY MATERIAL HANDLING CO
PO Box 258881
OKLAHOMA CITY, OK 73125


MENASHA CORPORATION
1645 BERGSTROM RD
Neenah, WI 54956

MERIEUX NUTRISCIENCES SILLIKER, INC
3155 PAYSPHERE CIRCLE
CHICAGO, IL 60674


MESA EQUIPMENT & SUPPLY CO
PO BOX 91568
ALBUQUERQUE, NM 87199


METTLERTOLEDO INTL INC.
PO Box 730867
DALLAS, TX 75373


MEZZONI FOODS
2081 CENTER ST. #155
BERKELEY, CA 94704


MICHAEL SIMON
2195 BECKHAM DRIVE NE
Rio Rancho, NM 87144


MICHELSON LABORATORIES INC
6280 CHALET DRIVE
Los Angeles, CA 90040


MILE HI FOODS
4770 E 51ST AVE
DENVER, CO 80216


MOMAR
PO BOX 19569
ATLANTA, GA 30325

MPAC LANGEN INC
6500 KITMAT ROAD
UNIT 1, MISSISSAUGA  LSN288


MVD SPECIALIST LLC
MVD Now LLC
1100 San Mateo Blvd NE, Suite 10
ALBUQUERQUE, NM 87110


NATIONAL CRIME SEARCH
3452 E JOYCE BLVD
FAYETTEVILLE, AR 72703


NEW MEXICO GAS COMPANY
PO BOX 27885
ALBUQUERQUE, NM 87125


NEW MEXICO KITCHEN SUPPLY
DBA:  STANDARD RESTAURANT SUPPLY
879 SOUTH 4400 WEST
SALT LAKE CITY, UT 84104


NICOLAS ROMERO
4115 HIGHWAY 314 SOUTHWEST
Los Lunas, NM 87031


NIELSEN CITRUS PRODUCTS CO INC
15641 Computer Lane
HUNTINGTON BEACH, CA 92649


NORDSON CORPORATION
PO BOX802586
Chicago, IL 60680-2586

NSI LAB SOLUTIONS
7212 ACC BLVD
RALEIGH, NC 27617


ONIN STAFFING
P.O. BOX 933473
Atlanta, GA 31193-3473


OREGON SPICE COMPANY
5441 NE 148TH AVENUE SUITE 101
Portland, OR 97230


OREGON TILTH INC
P.O. BOX 368
Corvallis, OR 97339


OTTO'S NATURALS LLC
1802 STATE RT. 31 N
UNIT 124
CLINTON, NJ 08809


PACIFIC SPICE COMPANY
6430 E. SLAUSON AVENUE
COMMERCE, CA 90040


PALLETS UNLIMITED
5001 CASCADE PL NW
ALBUQUERQUE, NM 87105


PANHANDLE MILLING
730 17th STREET
SUITE 600
DENVER, CO 80202

PATRICK LAWRENCE ROCHE
DBA: JETSTREAM ALLIANCE, LLC.
10027 N. ERIN COURT
WADDELL, AZ 85355


PAUL CAVAZOS
4492 BALD EAGLE LOOP NE
Rio Rancho, NM 87144


PEAK EQUIPMENT
519 PEBBLE BEACH AVE
Johnstown, CO 80534


PEAKRYZEK
8458 SOLUTIONS CENTER
CHICAGO, IL 60677


PEARSON FOOD COMPANY
DBA: PEARSON SALES COMPANY
PO BOX 2984
POMONA, CA 91769


PEARSON SALES COMPANY
2303 MOUNT VERNON AVENUNE
POMONA, CA 91768


Penske Truck Leasing Co., LP
PO Box 7429
Pasadena, CA 91109-7429


PICOSO FOODS, LLC
8618 MENUAL BLVD NE
SUITE H
Albuquerque, NM 87112

PRAAN NATURALS
341 CHRISTIAN ST
Oxford, CT 06478


PRESAGE ANALYTICS
2124 Y ST FLAT
Lincoln, NE 68503


PRIME LABEL CONSULTANTS
536 7TH STREET SE
WASHINGTON, DC 20003


PRIME SALES AND MARKETING
3211 University Blvd SE STE.A
ALBUQUERQUE, NM 87106


PROFESSIONAL PACKAGING SYSTEMS
PO BOX 530491
GRAND PRAIRIE, TX 75053


PROFESSIONAL SECURITY CONSULTANTS I
1740 GRANDE BLVD SE SUITE A
Rio Rancho, NM 87124


PROSEAL AMERICA
7611 WHITEPINE ROAD
RICHMOND, VA 23237


PUBLIC SERVICE COMPANY OF NM
DBA:  PNM ELECTRIC
PO BOX 27900
ALBUQUERQUE, NM 87125

PUMPS & SERVICE
3440 MORNINGSTAR DR
Farmington, NM 87401


PURIS PROTEINS LLC
811 GLENWOOD AVE
MINNEAPOLIS, MN 55405


PURVIS INDUSTRIES
PO BOX 540757
DALLAS, TX 75354


QUALITECH
318 LAKE HAZELTINE DRIVE
CHASKA, MN 55318


R J VAN DRUNEN & SONS INC
PO Box 7215
CAROL STREAM, IL 60197


R.W. CHAVEZ INC.
DBA: STIXON LABLES & NEW MEXICO PLASTICS
1361 FLIGHTWAY SE
ALBUQUERQUE, NM 87106


RAY'S FLOORING SPECIALISTS
7401 Los Volcanes NW
ALBUQUERQUE, NM 87121


RED SEVEN ELECTRIC
PO BOX 181
JARALES, NM 87023

REF LEASING COMPANY.
245 E NORTH AVE
CAROL STREAM, IL 60188


RITEWAY PALLET MFG CO IN
3524 BROADWAY BLVD S.E.
Albuquerque, NM 87105


RIVENROCK STAFFING
6106 JEFFERSON STREET NE
SUITE B
ALBUQUERQUE, NM 87109


Road Runner Waste Service, Inc
PO BOX 679859
DALLAS, TX 75267


ROBERT COLLING
PO BOX 679
Tolleson, AZ 85353


RS EMPLOYMENT SERVICES
RedCap Staffing
PO Box 7850
GAINESVILLE, GA 30504


RUSTYS WEIGH SCALES & SERVICE
408 NORTH INTERSTATE 27
LUBBOCK, TX 79403


SAFE FOOD CERTIFICATIONS
710 STRIKER AVENUE
SACRAMENTO, CA 95834

SAFE FOOD CERTIFICLATION, LLC
710 STRIKER AVE
Sacramento, CA 95834


SAFETY COUNSELLING INC
DBA: BRAZAS FIRE
3207 MATTHEW AVE NE
ALBUQUERQUE, NM 87107


SAFETYKLEEN SYSTEMS
PO BOX 650509
DALLAS, TX 75265


SANDIA OFFICE SUPPLY
5801 OFFICE BLVD NE
ALBUQUERQUE, NM 87109


SATARIA ACQUISITION
DBA:  FLAGSHIP LOGISTICS GROUP
13739 LINCOLN ST NE
HAM LAKE, MN 55304


SEENERGY FOODS LIMITED
475 N RIVERMEDE ROAD
CONCORD  L4K3N1
ONTARIO


SELECT OFFICE SYSTEMS
PO BOX 11777
BURBANK, CA 91510


SFC HOLDINGS
DBA: SHOES FOR CREWS, LLC.
P.O. BOX 734176
CHICAGO, IL 60673

SHAMROCK FOODS COMPANY & SUBS
PO BOX 843539
LOS ANGELES, CA 90084


Shell Packaging Corporation
DBA FLEXCON CORP
200 CONNELL DR
BERKELY HEIGHTS, NJ 07922


SHOES FOR CREWS, LLC
5000 T-REX AVE SUITE 100
Boca Raton, FL 33431


SOUP BASES LOADED INC.
2355 E. Francis St.
ONTARIO, CA 91761


SOUTHWEST COPY SYSTEMS
4545 McLEOD NE
ALBUQUERQUE, NM 87109


SOUTHWEST SEAL & SUPPLY
3825 OSUNA RD NE
SUITE 6
ALBUQUERQUE, NM 87109


STANDARD RESTAURAUNT  SUPPLY
879 S 4400 W
Salt Lake City, UT 84104


STANLEY J WETCH
DBA SOLSOURCE FOODS LLC
1435 N HARBOR BLVD, #43
FULLERTON, CA 92835

SUN VIEW FOODS
8001 N. MESA AT. #124
EL PASO, TX 79932


SUPPLYONE
8330 JEFFERSON ST. NE
Albuquerque, NM 87113


SYMMETRY ENERGY SOLUTIONS
PO BOX 301149
Dallas, TX 75303-1149


SYSCO USA I
601 COMANCHE RD NE
ALBUQUERQUE, NM 87107


TERRANOVA NM
10539 Redbud St. NW
ALBUQUERQUE, NM 87114


THE HARTFORD INS
PO BOX 783690
Philadelphia, PA 19178-3690


THE NEIL JONES FOOD COMPANY
dba: Northwest Packing, San Benito Foods
PO Box 842476
DALLAS, TX 75284


THE TORTILLA BUILDING  RENT
124 East Marcy Street
Santa Fe, NM 87501

THE TORTILLA BUILDING DO NOT USE
PO BOX 908
Santa Fe, NM 87504


THOM RINDT
2222 UPTOWN LOOP N.N.
APT #7101
ALBURQUERQUE, NM 87110


TONOGA
DBA: TACONIC
PO BOX 69
PETERSBURGH, NY 12138


TRANSPORTATION RENTAL & SALES INC
3531 2ND ST SW
Albuquerque, NM 87105


TREEHOUSE CALIFORNIA ALMONDS
6914 Road 160
EARLIMART, CA 93219


TRUE HEALTH NEW MEXICO
PO BOX 913133
DENVER, CO 80291


TUSCANY CHEESE LLC.
6850 ARTESIA BLVD.
BUENA PARK, CA 90620


UMB
P.O. BOX 419226
MAILSTOP 1170103D
Kansas City, MO 64141-6226

UNEEK CONSTRUCTION
5919 Canis Ave.
ALBUQUERQUE, NM 87114


UNICOR LLC
1615 BROADWAY BLVD NE
Albuquerque, NM 87102


UNITED CONCORDIA INSURANCE CO
PO BOX 827377
PHILADELPHIA, PA 19182


UNITED STATES PLASTICS CORP
1390 NEUBRECHT ROAD
LIMA, OH 45801


UPFIELD US
PO Box 7308
CAROL STREAM, IL 60197


USC BAG MANUFACTURING
2512 MADISON STREET NE
ALBUQUERQUE, NM 87110


USDAFOOD SAFETY & INSPECTION
US BANK  FSIS LOCKBOX
PO BOX 979001
ST LOUIS, MO 63197


VIOBIN LLC
730 17th St., Suite 600
DENVER, CO 80202

VISA
PO BOX 4517
CAROL STREAM, IL 60197


VISTA DEL SOL FOODS
ATTN: RACHELLE JONES
PO BOX 1178
COLUMBUS, NM 88029


W W GRAINGER
DBA: GRAINGER
DEPT. 822075891, POB 419267
KANSAS CITY, MO 64141


WASTE MANAGEMENT NM
PO BOX 43290
Phoenix, AZ 85080


WE DO WINDOWS
21 CELESTE COURT
LOS LUNAS, NM 87031


WELCH EQUIPMENT COMPANY
5830 MIDWAY PARK BLVD NE
ALBUQUERQUE, NM 87109


WESTCO CHEMICALS INC
12551 SATICOY ST SOUTH
NORTH HOLLYWOOD, CA 91605


WM CORPORATE SERVICES, INC
PO BOX 7400
Pasadena, CA 91109

ZEP SALES & SERVICE
600 GALLERIA PARKWAY
SUITE 1500
Atlanta, GA 30339


ZORO TOOLS
DBA: ZORO
PO BOX 5233
JANESVILLE, WI 53547

**OMNIBUS WRITTEN CONSENT
OF THE BOARD OF DIRECTORS AND
THE BOARD OF MANAGERS OF
TTCF-NM HOLDINGS, INC.
NEW MEXICO FOOD DISTRIBUTORS, INC.
KARSTEN TORTILLA FACTORY, LLC
BCI ACQUISITION, INC.
ITTELLA INTERNATIONAL, LLC
ITTELLA'S CHEF, LLC
AND
MY JOJO, INC.**

**June 29, 2023**

---

The undersigned, being all of the members of the board of directors or all of the members of the board of managers, as applicable (the "Board") of each of TTCF-NM Holdings, Inc., a Delaware corporation, New Mexico Food Distributors, Inc., a New Mexico corporation Karsten Tortilla Factory, LLC, a New Mexico limited liability company, BCI Acquisition, Inc., an Ohio corporation, Ittella International, LLC, a California limited liability company, Ittella's Chef, LLC, a California limited liability company, and Myjojo, Inc., a California corporation (each, a "TC Company" and collectively, the "TC Companies"), do hereby adopt by this action by unanimous written consent, in accordance with the General Corporation Law of the State of Delaware, the New Mexico Limited Liability Company Act, the Ohio General Corporation Law, the California Revised Uniform Limited Liability Company Act and the California General Corporations Law, as applicable to the respective TC Company, the following resolutions with the same force as if so adopted at a duly convened meeting of the Board of each TC Company:

**APPROVAL OF COMMENCING CHAPTER 11 BANKRUPTCY CASE**

**RESOLVED**, that Salvatore Galletti, Stephanie Dieckmann and/or his/her designee (in each instance, the "Officer") are hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and in the best interests of the TC Companies, their creditors, and other interested parties, that the TC Companies each file a petition under the provisions of Chapter 11 of Title 11, United States Code;

**FURTHER RESOLVED**, that the Officer is hereby authorized and directed on behalf of and in the name of each of the TC Companies to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of each Company in order to enable each Company to commence a Chapter 11 bankruptcy case;

**FURTHER RESOLVED**, that the Officer is hereby authorized and directed on behalf of and in the name of each Company to execute and file and to cause counsel for each Company to prepare with the assistance of each Company as appropriate all petitions, schedules, lists and other papers, documents and

19045814

pleadings in connection with each Company's bankruptcy case, and to take any and all action which the Officer deems necessary and proper in connection with each Company's bankruptcy case without further approval of the members;

**FURTHER RESOLVED**, that each Board, with respect to its applicable TC Company, hereby acknowledges that Tattooed Chef, Inc., the parent company of the TC Companies, entered into that certain Agreement for Services (the "CRO Agreement") with Cutsheet Express, LLC ("CE"), an Illinois corporation, pursuant to which, among other things, CE has agreed to provide the services of Edward Bidanset to serve as the TC Companies' Chief Restructuring Officer ("CRO"), with compensation to be paid at the rate and upon the terms set forth in the CRO Agreement, and to empower CRO to perform the ordinary-course duties associated with that office, as well as to advise the TC Companies on matters relating to their debts, finances and liquidity, cash management and funding, business planning and restructuring strategy, the management of critical relationships and retention of experts, and such other duties as may be necessary or advisable in the course of the Chapter 11 cases;

**FURTHER RESOLVED**, the Officer and/or CRO ("Authorized Person") is hereby authorized and empowered on behalf of each Company, to employ or continue to employ certain firms as counsel, consultants, professionals, or financial advisors to such Company as such Authorized Person may deem advisable, appropriate, convenient, desirable, or necessary to represent and assist such Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, that each Authorized Person, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of such firms;

**FURTHER RESOLVED**, that each Board, with respect to its applicable Company, hereby authorizes, empowers, and directs each Authorized Person, in the name and on behalf of such Company, with power of delegation, to employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. as general bankruptcy counsel, to represent and assist such Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance such Company's rights and obligations in connection with its restructuring or recapitalization, and in connection therewith, that each Authorized Person, with power of delegation, is hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain Levene, Neale, Bender, Yoo & Golubchik L.L.P. in accordance with applicable law;

**FURTHER RESOLVED**, each Authorized Person is hereby authorized and empowered on behalf of the TC Companies, to (a) enter into any agreements with respect to the TC Companies obtaining debtor in possession financing in amounts and subject to terms and conditions which, in the exercise of his/her sound business judgment such Authorized Person determines to be in the best interests of

-2-

the TC Companies and their creditors; (b) pursue a sale of all or substantially all of the TC Companies' assets, or, in the exercise of such Authorized Person's reasonable business judgment, a sale of any portion of any Company's assets, that such Authorized Person believes to be in the best interests of any Company and its creditors (a "Sale Transaction"); and (c) enter into any agreements necessary or deemed by such Authorized Person to be appropriate in connection with any Sale Transaction;

**FURTHER RESOLVED** that any and all lawful acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions and done in the name of and on behalf of any TC Company, which would have been approved by the foregoing resolutions if these resolutions had been adopted before such acts were taken, are hereby in all respects approved and ratified as the true acts and deeds of such TC Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance;

**FURTHER RESOLVED** that that, in addition to the foregoing specific authorizations conferred upon the Authorized Persons, each Board, with respect to its applicable TC Company, hereby authorizes and empowers each Authorized Person, in the name of and on behalf of such TC Company, with power of delegation, to take or cause to be taken any and all such other and further actions, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay any and all such expenses, including but not limited to filing fees, as shall be deemed necessary, advisable, or desirable (in each case, in such Authorized Person's reasonable discretion) in order to carry out the full intent and accomplish the purposes of the resolutions adopted herein; and

**FURTHER RESOLVED** that each Board, with respect to its applicable TC Company, has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of such TC Company, or hereby waives any right to have received such notice.

## GENERAL AUTHORITY

RESOLVED FURTHER, that the Officers of the TC Companies be, and each of them hereby is, authorized and directed to take all such actions and to execute and deliver, in the name and on behalf of the TC Companies and under its seal or otherwise, any and all documents, certificates and instruments, and to pay all such expenses, as they or any of them may deem necessary or advisable to carry out the purposes of the foregoing resolutions; and that the taking of each such action, the execution and delivery of each such document or instrument, and the payment of each such expense shall be conclusive evidence of its necessity or advisability, and that any such action previously taken by any Officer of the TC Companies in this respect hereby is approved, ratified, adopted and confirmed.

RESOLVED FURTHER, that any and all actions by, on behalf of and in the name of the TC Companies for the purposes of the foregoing resolutions, taken prior to the adoption of these resolutions be, and they hereby are ratified, confirmed and approved in all respects and for all purposes.

RESOLVED FURTHER, that these resolutions adopted by the undersigned may be executed in any number of counterparts, and each such counterpart shall be deemed an original and all of which counterparts, when taken together, shall constitute one and the same instrument.

*[signature page follows]*

Case 2:23-bk-14156-SK    Doc 1    Filed 07/02/23    Entered 07/02/23 17:47:09    Desc
Main Document      Page 48 of 48

IN WITNESS WHEREOF, the undersigned have signed this Omnibus Written Consent as of the date first written above.

_____
Salvatore Galletti

_____
Stephanie Dieckmann

19045814