DAVID L. NEALE (State Bar No. 141225)
TODD M. ARNOLD (State Bar No. 221868)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
ROBERT M. CARRASCO (SBN 334642)
LEVENE, NEAL, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dln@lnbyg.com; tma@lnbyg.com; jpf@lnbyg.com; rmc@lnbyg.com

Proposed Attorneys for Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Lead Case No.: 2:23-bk-14154-SK |
| ☐ ITTELLA INTERNATIONAL LLC, a California limited liability company<br>☐ ITTELLA'S CHEF, LLC, a California limited liability company<br>☐ TATTOOED CHEF, INC., a Delaware corporation<br>☐ MYJOJO, INC., a Delaware corporation<br>☒ NEW MEXICO FOOD DISTRIBUTORS, INC, a New Mexico corporation<br>☐ KARSTEN TORTILLA FACTORY, LLC, a New Mexico limited liability company<br>☐ BCI ACQUISITION, INC., a Delaware corporation<br>☐ TTCF-NM HOLDINGS INC., a New Mexico corporation<br>☐ All Debtors<br><br>Debtors and Debtors-in-Possession. | Jointly administered with Case Nos. 2:23-bk-14159-SK; 2:23-bk-14161-SK; 2:23-bk-14157-SK; 2:23-bk-14158-SK; 2:23-bk-14155-SK; 2:23-bk-14156-SK; and 2:23-bk-14160-SK<br><br>Chapter 11 |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## NEW MEXICO FOOD DISTRIBUTORS, INC.
## <u>(CASE NO. 2:23-bk-14156-SK)</u>

**Fill in this information to identify the case:**

Debtor name: **New Mexico Food Distributors, Inc.**

United States Bankruptcy Court for the: **Central District of California**

Case number: **2:23-bk-14156-SK**

☐ **Check if this is an amended filing**

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

1a. **Real property:**
    Copy line 88 from Schedule A/B | $0.00

1b. **Total personal property:**
    Copy line 91A from Schedule A/B | $21,980,399.60

1c. **Total of all property:**
    Copy line 92 from Schedule A/B | $21,980,399.60

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D) | $19,000,000.00
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F | $0.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | $73,233,166.51

**4. Total Liabilities** | $92,233,166.51
Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: New Mexico Food Distributors, Inc.

United States Bankruptcy Court for the: Central District of California

Case number: 2:23-bk-14156-SK

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $0.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 New Mexico Bank & Trust | Operating Account | 1882 | $149,883.06 |
| 3.2 New Mexico Bank & Trust | Payroll Account | 1450 | $0.00 |
| 3.3 New Mexico Bank & Trust | ACH Account | 6075 | $0.00 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$149,883.06

**Part 2:**  **Deposits and prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 | Penske Truck Lease Deposit | $16,000.00 |
|---|---|---|
| 7.2 | University Lease Deposit | $9,900.00 |
| 7.3 | Karsten Deposit | $5,432.00 |
| 7.4 | Cutter 80 QT Deposit | $5,950.00 |
| 7.5 | NM Gas Company Utility | $27,730.00 |
| 7.6 | PNM Electric Utility | $84,145.00 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1 | Alchemy License and training | $24,359.27 |
|---|---|---|
| 8.2 | Oregon Licenses | $3,375.00 |
| 8.3 | SAGE X3 | $2,614.60 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| $179,505.87 |
|---|

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

| 11a. | 90 days old or less: | $1,545,716.80 | − | $500,000.00 | = ........ ➔ | $1,045,716.80 |
|---|---|---|---|---|---|---|
|  |  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. | Over 90 days old: | $2,639,561.90 | − | $2,639,561.90 | = ........ ➔ | $0.00 |
|  |  | face amount |  | doubtful or uncollectible accounts |  |  |

Debtor  New Mexico Food Distributors, Inc.                                      Case number *(if known)* 2:23-bk-14156-SK
   Name

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | |
|---|---|
| | $1,045,716.80 |

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1 | | $0.00 |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:       % of ownership: | | |
| 15.1 | | $0.00 |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 16.1 | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | $0.00 |

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1   See Schedule AB 19 Attachment | | $5,086,727.12 | Net Book Value | $5,086,727.12 |
| **20. Work in progress** | | | | |
| 20.1   See Schedule AB 20 Attachment | | $132,775.86 | Net Book Value | $132,775.86 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1   See Schedule AB 21 Attachment | | $1,268,722.80 | Net Book Value | $1,268,722.80 |

**22. Other inventory or supplies**

22.1 _____ _____ _____ _____ $0.00

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $6,488,225.78 |

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| $0.00 |

Debtor  New Mexico Food Distributors, Inc.
Name

Case number *(if known)* 2:23-bk-14156-SK

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes   Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 | | | |
| See Schedule AB 50 | | | $0.00 |
| **40. Office fixtures** | | | |
| 40.1 | | | |
| See Schedule AB 50 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 | | | |
| See Schedule AB 50 | | | $0.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $0.00 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 See Exhibit AB 50 | $2,333,570.00 | Appraisal | $2,333,570.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $2,333,570.00 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

## Part 9:    Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   3041 University Blvd. SE, Albuquerque NM, 87106-Manufacturing Facility | Leased | $0.00 | Net Book Value | $0.00 |
| 55.2   2601 Baylor Dr SE, Albuquerque, NM, 87106-Warehouse Space | Leased | $0.00 | Net Book Value | $0.00 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| $0.00 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1   Trademark "Tamarito" | $0.00 | None | Undetermined |
| 60.2   Trademark "Senor Pino's" | $0.00 | None | Undetermined |
| 60.3   Trademark "Foods of New Mexico" | $0.00 | None | Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1   www.newmexicofoods.com | $0.00 | None | Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1   Adobe Acrobat | $0.00 | None | Undetermined |
| 62.2   ADP | $0.00 | None | Undetermined |
| 62.3   AOMEI Backup | $0.00 | None | Undetermined |

| | | | |
|---|---|---|---|
| 62.4 | Automox | $0.00 | None | Undetermined |
| 62.5 | BarTender | $0.00 | None | Undetermined |
| 62.6 | CrashPlan | $0.00 | None | Undetermined |
| 62.7 | Crystal Reports | $0.00 | None | Undetermined |
| 62.8 | DataLink Viewer | $0.00 | None | Undetermined |
| 62.9 | Macola | $0.00 | None | Undetermined |
| 62.10 | Microsoft SQL Server 2016 | $0.00 | None | Undetermined |
| 62.11 | Microsoft Remote Desktop | $0.00 | None | Undetermined |
| 62.12 | Net2 Access Control | $0.00 | None | Undetermined |
| 62.13 | NiceLabel 6 | $0.00 | None | Undetermined |
| 62.14 | RemotePC | $0.00 | None | Undetermined |
| 62.15 | Vineyardsoft KnowledgeSync | $0.00 | None | Undetermined |
| 62.16 | WiSys Agility | $0.00 | None | Undetermined |

**63. Customer lists, mailing lists, or other compilations**

63.1         $0.00

**64. Other intangibles, or intellectual property**

64.1         $0.00

**65. Goodwill**

| | | | |
|---|---|---|---|
| 65.1 | Goodwill | Undetermined | None | Undetermined |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| Undetermined |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1

| Ittella International LLC | $11,474,240.30 | Unknown | = ➜ | $11,474,240.30 |
|---|---|---|---|---|
| | total face amount | doubtful or uncollectible amount | | |

71.2

| Karsten Tortilla Factory, LLC | $309,257.79 | Unknown | = ➜ | $309,257.79 |
|---|---|---|---|---|
| | total face amount | doubtful or uncollectible amount | | |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1                                                                   Tax year                                    $0.00

**73. Interests in insurance policies or annuities**

73.1                                                                                                               $0.00

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1                                                                                                               $0.00

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1                                                                                                               $0.00

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1                                                                                                               $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1                                                                                                               $0.00

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $11,783,498.09 |
|---|

Debtor    New Mexico Food Distributors, Inc.

Name

Case number *(if known)* 2:23-bk-14156-SK

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  New Mexico Food Distributors, Inc.
Name

Case number *(if known)* 2:23-bk-14156-SK

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $149,883.06 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $179,505.87 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $1,045,716.80 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $6,488,225.78 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $2,333,570.00 | |
| **88. Real property. Copy line 56, Part 9.** | → | $0.00 |
| **89. Intangibles and intellectual property..** Copy line 66, Part 10. | Undetermined | |
| **90. All other assets.** Copy line 78, Part 11. | $11,783,498.09 | |
| **91. Total. Add lines 80 through 90 for each column** 91a. | $21,980,399.60 | 91b. $0.00 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | | $21,980,399.60 |

SCHEDULE AB 19 ATTACHMENT
Raw Materials

| | General Description | Date of Last Inventory | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|
| 19.1 | ALLSPICE 1# | 6/30/2022 | $70.38 | Net Book Value | $70.38 |
| 19.2 | ALMOND FLOUR 25# BAG | 6/30/2022 | $4,738.16 | Net Book Value | $4,738.16 |
| 19.3 | ANCHO POWDER | 6/30/2022 | $1,191.12 | Net Book Value | $1,191.12 |
| 19.4 | ANNATTO POWDER | 6/30/2022 | $417.56 | Net Book Value | $417.56 |
| 19.5 | AVOCADO OIL | 6/30/2022 | $163,934.49 | Net Book Value | $163,934.49 |
| 19.6 | BACON TOPPING 3/8" DICED | 6/30/2022 | $7,039.30 | Net Book Value | $7,039.30 |
| 19.7 | BAGGED SILO FLOUR        (#115) | 6/30/2022 | $8,699.02 | Net Book Value | $8,699.02 |
| 19.8 | BAKERSIDE DBL AC BAKING POWDER | 6/30/2022 | $9,928.85 | Net Book Value | $9,928.85 |
| 19.9 | BAKING POWDER DBL ACTING | 6/30/2022 | $11,970.05 | Net Book Value | $11,970.05 |
| 19.10 | BALSAMIC VINEGAR | 6/30/2022 | $16.13 | Net Book Value | $16.13 |
| 19.11 | BEANS (50# SACK) | 6/30/2022 | $1,187.51 | Net Book Value | $1,187.51 |
| 19.12 | BEEF 81/19 GROUND | 6/30/2022 | $5,516.16 | Net Book Value | $5,516.16 |
| 19.13 | BEEF BASE DRY 30#-FOR BOBS RED | 6/30/2022 | $1,257.87 | Net Book Value | $1,257.87 |
| 19.14 | BEEF BASE NO MSG 20# BAG | 6/30/2022 | $340.51 | Net Book Value | $340.51 |
| 19.15 | BEEF BLADE LIFTER MEAT 1232 | 6/30/2022 | $5,583.33 | Net Book Value | $5,583.33 |
| 19.16 | BLACK BEANS DRY | 6/30/2022 | $781.12 | Net Book Value | $781.12 |
| 19.17 | BLACK PEPPER 50# cs | 6/30/2022 | $1,711.83 | Net Book Value | $1,711.83 |
| 19.18 | BLACK PEPPER REGULAR GRIND | 6/30/2022 | $442.08 | Net Book Value | $442.08 |
| 19.19 | BONELSS SKINLSS CHICKEN BREAST | 6/30/2022 | $1,110.86 | Net Book Value | $1,110.86 |
| 19.20 | CANNED CHOPPED GRN CHILE | 6/30/2022 | $2,432.82 | Net Book Value | $2,432.82 |
| 19.21 | CANOLA OIL | 6/30/2022 | $298.98 | Net Book Value | $298.98 |
| 19.22 | CARAMELIZED ONIONS | 6/30/2022 | $7,056.00 | Net Book Value | $7,056.00 |
| 19.23 | CASSAVA FLOUR 50/50 BLEND | 6/30/2022 | $196,026.92 | Net Book Value | $196,026.92 |
| 19.24 | CASSAVA FLOUR 55.115# BAG | 6/30/2022 | $15,288.44 | Net Book Value | $15,288.44 |
| 19.25 | CAULIFLOWER NUGGETS, SMALL 5/1 | 6/30/2022 | $142.56 | Net Book Value | $142.56 |
| 19.26 | CAYENNE PEPPER ORGAN,(CRUSHED) | 6/30/2022 | $167.86 | Net Book Value | $167.86 |
| 19.27 | CELERY POWDER (50#) | 6/30/2022 | $25.68 | Net Book Value | $25.68 |
| 19.28 | CHEDDAR CHEESE MILD YELLOW | 6/30/2022 | $70.31 | Net Book Value | $70.31 |
| 19.29 | 'CHEDDAR CHEESE" STYLE PRODUC | 6/30/2022 | $9,675.65 | Net Book Value | $9,675.65 |
| 19.30 | Cheese Cheddar Sharp | 6/30/2022 | $340.22 | Net Book Value | $340.22 |
| 19.31 | CHEESE CHEDDAR YELLOW (42#) | 6/30/2022 | $11,278.74 | Net Book Value | $11,278.74 |
| 19.32 | CHEESE VELVETA (6-5#BX PER CS) | 6/30/2022 | $479.35 | Net Book Value | $479.35 |
| 19.33 | Chia Seeds | 6/30/2022 | $3,289.50 | Net Book Value | $3,289.50 |
| 19.34 | CHICKEN BASE GRANULAR NO MSG | 6/30/2022 | $2,250.06 | Net Book Value | $2,250.06 |
| 19.35 | CHICKEN BREAST TRIM, A.B.F. | 6/30/2022 | $583.25 | Net Book Value | $583.25 |
| 19.36 | CHICKEN BROTH 1GAL (FROM CHICK | 6/30/2022 | $0.00 | Net Book Value | $0.00 |
| 19.37 | CHICKPEAS | 6/30/2022 | $166,285.67 | Net Book Value | $166,285.67 |
| 19.38 | CHICKPEAS SPICE BLEND 1-LB | 6/30/2022 | $641.91 | Net Book Value | $641.91 |
| 19.39 | CHILE CAYENNE PEPPER 50# | 6/30/2022 | $3,017.36 | Net Book Value | $3,017.36 |
| 19.40 | CHILE PIQUIN 30LB CS | 6/30/2022 | $123.97 | Net Book Value | $123.97 |
| 19.41 | CHILE POWDER RED LIGHT (50#) | 6/30/2022 | $3,951.90 | Net Book Value | $3,951.90 |
| 19.42 | CHILE POWDER RED MILD (50#) | 6/30/2022 | $3,406.90 | Net Book Value | $3,406.90 |
| 19.43 | CHILE RSTD DRUM DEMING | 6/30/2022 | $470.33 | Net Book Value | $470.33 |
| 19.44 | CHIP SEASONING - NACHO CHEESE | 6/30/2022 | $5,379.00 | Net Book Value | $5,379.00 |
| 19.45 | CHIP SEASONING - RANCH | 6/30/2022 | $8,820.00 | Net Book Value | $8,820.00 |
| 19.46 | CHIPOTLE PEPPERS | 6/30/2022 | $2,474.68 | Net Book Value | $2,474.68 |
| 19.47 | CHOPPED GARLIC | 6/30/2022 | $6,336.73 | Net Book Value | $6,336.73 |
| 19.48 | CITRIC ACID 50# BAG | 6/30/2022 | $88.15 | Net Book Value | $88.15 |
| 19.49 | CMC | 6/30/2022 | $1,886.79 | Net Book Value | $1,886.79 |
| 19.50 | COCONUT SUGAR 20KG BAG | 6/30/2022 | $18,368.87 | Net Book Value | $18,368.87 |
| 19.51 | COJITA CHEESE GRATED | 6/30/2022 | $4,765.80 | Net Book Value | $4,765.80 |
| 19.52 | COLOR GEL SUPER BLACK 1/5GAL | 6/30/2022 | $2,418.72 | Net Book Value | $2,418.72 |
| 19.53 | COOKED PORK CHORIZO CRUMBLED | 6/30/2022 | $4,415.36 | Net Book Value | $4,415.36 |
| 19.54 | CORIANDER-GROUND | 6/30/2022 | $281.03 | Net Book Value | $281.03 |
| 19.55 | CORN FLOUR BLUE 50# BG MINSA | 6/30/2022 | $9,671.10 | Net Book Value | $9,671.10 |
| 19.56 | CORN STARCH W-13 (50#) | 6/30/2022 | $2,262.24 | Net Book Value | $2,262.24 |
| 19.57 | CORNSTARCH NOVA PRIMA | 6/30/2022 | $4,586.91 | Net Book Value | $4,586.91 |
| 19.58 | CORNSTARCH ORGANIC | 6/30/2022 | $5,172.93 | Net Book Value | $5,172.93 |
| 19.59 | CRCLE FOODS MLD GRN CHLE AS433 | 6/30/2022 | $2,280.00 | Net Book Value | $2,280.00 |
| 19.60 | Cream Cheese  #30cs | 6/30/2022 | $6,238.85 | Net Book Value | $6,238.85 |
| 19.61 | CUMIN (50#)  MCS CM9420 | 6/30/2022 | $776.96 | Net Book Value | $776.96 |
| 19.62 | DARK CHILE POWDER 22#CS | 6/30/2022 | $418.39 | Net Book Value | $418.39 |
| 19.63 | DICED FRIED HASH BROWNS | 6/30/2022 | $6,552.91 | Net Book Value | $6,552.91 |
| 19.64 | DICED GREEN BELL PEPPERS | 6/30/2022 | $5,683.03 | Net Book Value | $5,683.03 |
| 19.65 | DICED RED BELL PEPPERS | 6/30/2022 | $7,229.90 | Net Book Value | $7,229.90 |
| 19.66 | DICED ROASTED POBLANO CHILE | 6/30/2022 | $1,548.23 | Net Book Value | $1,548.23 |
| 19.67 | DICED WHITE ONIONS IQF | 6/30/2022 | $11,214.40 | Net Book Value | $11,214.40 |
| 19.68 | DICED YELLOW BELL PEPPERS | 6/30/2022 | $7,426.62 | Net Book Value | $7,426.62 |
| 19.69 | Dressing Mix Original Ranch | 6/30/2022 | $2,000.58 | Net Book Value | $2,000.58 |
| 19.70 | DRIED ROSEMARY | 6/30/2022 | $56.89 | Net Book Value | $56.89 |

In re: New Mexico Food Distributors, Inc.
Case No. 23-14156

SCHEDULE AB 19 ATTACHMENT
Raw Materials

| | General Description | Date of Last Inventory | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|
| 19.71 | DRIED SPINACH | 6/30/2022 | $1,615.18 | Net Book Value | $1,615.18 |
| 19.72 | EXTRACT GRAVY FLAVOR QT BTL | 6/30/2022 | $5.56 | Net Book Value | $5.56 |
| 19.73 | FEATHER SHRED YELLOW CHEDDAR C | 6/30/2022 | $2,352.00 | Net Book Value | $2,352.00 |
| 19.74 | FLAV-R-GRAIN TORTILLA #12 GERM | 6/30/2022 | $12,742.36 | Net Book Value | $12,742.36 |
| 19.75 | FOOD COLOR RED QT LOS CUATES | 6/30/2022 | $125.77 | Net Book Value | $125.77 |
| 19.76 | FOOD COLORING YELLOW | 6/30/2022 | $28.25 | Net Book Value | $28.25 |
| 19.77 | FRANKS BUFFALO WING SAUCE | 6/30/2022 | $827.30 | Net Book Value | $827.30 |
| 19.78 | FRESH CHERRY TOMATOES | 6/30/2022 | $541.96 | Net Book Value | $541.96 |
| 19.79 | FRESH LIME JUICE | 6/30/2022 | $4.23 | Net Book Value | $4.23 |
| 19.80 | FRESH SERRANO CHILE | 6/30/2022 | $158.50 | Net Book Value | $158.50 |
| 19.81 | FROZEN CILANTRO | 6/30/2022 | $2,004.05 | Net Book Value | $2,004.05 |
| 19.82 | FROZEN CRUSHED TOMATILLOS | 6/30/2022 | $7,339.00 | Net Book Value | $7,339.00 |
| 19.83 | FROZEN DICE JALAPENOS  JA072 | 6/30/2022 | $215.82 | Net Book Value | $215.82 |
| 19.84 | FROZEN SHREDDED CHEDDAR | 6/30/2022 | $20,711.25 | Net Book Value | $20,711.25 |
| 19.85 | FROZEN SHREDDED MONTEREY | 6/30/2022 | $64,377.25 | Net Book Value | $64,377.25 |
| 19.86 | FROZEN WHOLE EGGS 30# CS | 6/30/2022 | $6,923.97 | Net Book Value | $6,923.97 |
| 19.87 | FUMARIC ACID | 6/30/2022 | $125.49 | Net Book Value | $125.49 |
| 19.88 | GARLIC GRANULATED (50#)1-26-11 | 6/30/2022 | $4,105.21 | Net Book Value | $4,105.21 |
| 19.89 | GARLIC PEELED | 6/30/2022 | $7,440.04 | Net Book Value | $7,440.04 |
| 19.90 | GARLIC POWDER 55# | 6/30/2022 | $488.15 | Net Book Value | $488.15 |
| 19.91 | GARLIC SALT | 6/30/2022 | $68.68 | Net Book Value | $68.68 |
| 19.92 | GRN CHILE MLD STMED 1X1 AS121 | 6/30/2022 | $117.01 | Net Book Value | $117.01 |
| 19.93 | GRN CHLE HOT STMED 1X1 AS049 | 6/30/2022 | $2,681.63 | Net Book Value | $2,681.63 |
| 19.94 | GROUND ANISE | 6/30/2022 | $1,775.00 | Net Book Value | $1,775.00 |
| 19.95 | GROUND CHIPOTLE | 6/30/2022 | $1,015.53 | Net Book Value | $1,015.53 |
| 19.96 | GROUND THYME | 6/30/2022 | $379.55 | Net Book Value | $379.55 |
| 19.97 | HEINZ APPLE CIDER VINEGAR | 6/30/2022 | $932.50 | Net Book Value | $932.50 |
| 19.98 | HOMINY WHITE 6/#10 CS  3435823 | 6/30/2022 | $107.52 | Net Book Value | $107.52 |
| 19.99 | INSTANT DRY YEAST | 6/30/2022 | $8,269.63 | Net Book Value | $8,269.63 |
| 19.100 | INULIN | 6/30/2022 | $10,154.84 | Net Book Value | $10,154.84 |
| 19.101 | IQF FROZEN PARSLEY | 6/30/2022 | $3,296.70 | Net Book Value | $3,296.70 |
| 19.102 | IQF ORGANIC BROWN RICE | 6/30/2022 | $3,682.80 | Net Book Value | $3,682.80 |
| 19.103 | IQF ORGANIC CUT CILANTRO | 6/30/2022 | $5,148.70 | Net Book Value | $5,148.70 |
| 19.104 | IQF ORGANIC DICED TOMATO 3/8" | 6/30/2022 | $2,756.60 | Net Book Value | $2,756.60 |
| 19.105 | IQF ROASTED CORN ORGANIC | 6/30/2022 | $3,361.63 | Net Book Value | $3,361.63 |
| 19.106 | JALAPEÑOS DICED IN BRINE | 6/30/2022 | $3,528.00 | Net Book Value | $3,528.00 |
| 19.107 | KOSHER SALT | 6/30/2022 | $16.70 | Net Book Value | $16.70 |
| 19.108 | LARD (50#) | 6/30/2022 | $957.10 | Net Book Value | $957.10 |
| 19.109 | LEMON JUICE CONCENTRATE | 6/30/2022 | $2,457.61 | Net Book Value | $2,457.61 |
| 19.110 | LID 64OZ (500 CT) ACIM | 6/30/2022 | $1,001.80 | Net Book Value | $1,001.80 |
| 19.111 | LIME 50# BAG | 6/30/2022 | $9.72 | Net Book Value | $9.72 |
| 19.112 | LIME JUICE (4/1 GAL) | 6/30/2022 | $246.98 | Net Book Value | $246.98 |
| 19.113 | LIME JUICE CONCENTRATE | 6/30/2022 | $714.99 | Net Book Value | $714.99 |
| 19.114 | LIME OIL | 6/30/2022 | $359.90 | Net Book Value | $359.90 |
| 19.115 | Liquid Plant Extrac/Prolong | 6/30/2022 | $10,855.93 | Net Book Value | $10,855.93 |
| 19.116 | LIQUID PRESERVATIVE ESPECIAL#3 | 6/30/2022 | $6,527.26 | Net Book Value | $6,527.26 |
| 19.117 | LOW SODIUM PB CHKN CRUMBLES | 6/30/2022 | $556,403.05 | Net Book Value | $556,403.05 |
| 19.118 | MAPLE SYRUP 4-1 GAL | 6/30/2022 | $2,087.11 | Net Book Value | $2,087.11 |
| 19.119 | MARGARINE 30#/CS | 6/30/2022 | $780.24 | Net Book Value | $780.24 |
| 19.120 | MARJORAM | 6/30/2022 | $21.18 | Net Book Value | $21.18 |
| 19.121 | MASECA CHIP DELIGHT YELLOW #6 | 6/30/2022 | $4,348.50 | Net Book Value | $4,348.50 |
| 19.122 | MASECA PREMIUM #30 WHITE | 6/30/2022 | $5,226.00 | Net Book Value | $5,226.00 |
| 19.123 | MASECA REGULAR #0 YELLOW CORN | 6/30/2022 | $8,242.25 | Net Book Value | $8,242.25 |
| 19.124 | MASECA REGULAR 1 WHITE | 6/30/2022 | $5,382.25 | Net Book Value | $5,382.25 |
| 19.125 | MASECA TACO SHELL 1 WHITE | 6/30/2022 | $4,819.70 | Net Book Value | $4,819.70 |
| 19.126 | MEDIUM COOKED SCRAMBLED EGGS | 6/30/2022 | $2,725.52 | Net Book Value | $2,725.52 |
| 19.127 | MILK (GAL) (4/1GAL CS) | 6/30/2022 | $424.36 | Net Book Value | $424.36 |
| 19.128 | MONTEREY JACK CHEESE | 6/30/2022 | $5,135.15 | Net Book Value | $5,135.15 |
| 19.129 | NUTMEG | 6/30/2022 | $42.27 | Net Book Value | $42.27 |
| 19.130 | NUTRITIONAL YEAST | 6/30/2022 | $484.55 | Net Book Value | $484.55 |
| 19.131 | OLIVE OIL | 6/30/2022 | $4,752.63 | Net Book Value | $4,752.63 |
| 19.132 | ONION POWDER (50#) | 6/30/2022 | $114.56 | Net Book Value | $114.56 |
| 19.133 | ONIONS DEHYDRATED (40#) | 6/30/2022 | $678.14 | Net Book Value | $678.14 |
| 19.134 | OREGANO GROUND 50# | 6/30/2022 | $757.96 | Net Book Value | $757.96 |
| 19.135 | OREGANO MEXICAN | 6/30/2022 | $3,502.65 | Net Book Value | $3,502.65 |
| 19.136 | ORGANIC ALMOND FLOUR | 6/30/2022 | $2,226.00 | Net Book Value | $2,226.00 |
| 19.137 | ORGANIC APPLE CIDER VINEGAR | 6/30/2022 | $630.04 | Net Book Value | $630.04 |
| 19.138 | ORGANIC BLACK PEPPER | 6/30/2022 | $133.60 | Net Book Value | $133.60 |
| 19.139 | ORGANIC CASSAVA FLOUR | 6/30/2022 | $2,631.55 | Net Book Value | $2,631.55 |
| 19.140 | ORGANIC CHEDDAR CHEESE | 6/30/2022 | $20,435.12 | Net Book Value | $20,435.12 |

SCHEDULE AB 19 ATTACHMENT
Raw Materials

|  | General Description | Date of Last Inventory | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|
| 19.141 | ORGANIC CHILI POWDER | 6/30/2022 | $2,406.40 | Net Book Value | $2,406.40 |
| 19.142 | ORGANIC COCONUT FLOUR | 6/30/2022 | $45,661.86 | Net Book Value | $45,661.86 |
| 19.143 | ORGANIC COCONUT OIL | 6/30/2022 | $3,571.63 | Net Book Value | $3,571.63 |
| 19.144 | ORGANIC DICED GARLIC 1/8" | 6/30/2022 | $12,653.98 | Net Book Value | $12,653.98 |
| 19.145 | ORGANIC DICED GREEN CHILE | 6/30/2022 | $29,855.17 | Net Book Value | $29,855.17 |
| 19.146 | ORGANIC DICED JALAPEÑO | 6/30/2022 | $9,309.37 | Net Book Value | $9,309.37 |
| 19.147 | ORGANIC DICED ONIONS | 6/30/2022 | $8,048.07 | Net Book Value | $8,048.07 |
| 19.148 | ORGANIC DICED RED BELL PEPPERS | 6/30/2022 | $3,146.00 | Net Book Value | $3,146.00 |
| 19.149 | ORGANIC GARLIC POWDER | 6/30/2022 | $947.90 | Net Book Value | $947.90 |
| 19.150 | ORGANIC GROUND CUMIN | 6/30/2022 | $4,310.92 | Net Book Value | $4,310.92 |
| 19.151 | ORGANIC GROUND OREGANO | 6/30/2022 | $1,377.90 | Net Book Value | $1,377.90 |
| 19.152 | ORGANIC GROUND PAPRIKA | 6/30/2022 | $429.50 | Net Book Value | $429.50 |
| 19.153 | ORGANIC OLIVE OIL | 6/30/2022 | $7,053.89 | Net Book Value | $7,053.89 |
| 19.154 | ORGANIC ONION POWDER | 6/30/2022 | $1,273.68 | Net Book Value | $1,273.68 |
| 19.155 | ORGANIC ROASTD RED BELL PEPPER | 6/30/2022 | $4,260.00 | Net Book Value | $4,260.00 |
| 19.156 | ORGANIC SHREDDED MONTEREY JACK | 6/30/2022 | $20,535.89 | Net Book Value | $20,535.89 |
| 19.157 | ORGANIC SHREDDED PEPPER JACK | 6/30/2022 | $22,709.19 | Net Book Value | $22,709.19 |
| 19.158 | ORGANIC SOYBEAN OIL | 6/30/2022 | $11,115.43 | Net Book Value | $11,115.43 |
| 19.159 | ORGANIC SUGAR | 6/30/2022 | $4,736.43 | Net Book Value | $4,736.43 |
| 19.160 | ORGANIC SUNFLOWER OIL | 6/30/2022 | $1,789.36 | Net Book Value | $1,789.36 |
| 19.161 | ORGANIC TAMALE CORN FLOUR | 6/30/2022 | $4,991.50 | Net Book Value | $4,991.50 |
| 19.162 | ORGANIC TAPIOCA FLOUR | 6/30/2022 | $42,697.45 | Net Book Value | $42,697.45 |
| 19.163 | ORGANIC TOMATO PASTE | 6/30/2022 | $51,167.84 | Net Book Value | $51,167.84 |
| 19.164 | ORGANIC VINEGAR | 6/30/2022 | $2,910.51 | Net Book Value | $2,910.51 |
| 19.165 | ORGANIC WHOLE GRAIN FLOUR | 6/30/2022 | $1,550.24 | Net Book Value | $1,550.24 |
| 19.166 | Original Cayenne Pepper Sauce | 6/30/2022 | $4,486.20 | Net Book Value | $4,486.20 |
| 19.167 | PAPITAS 6/6# CS ORE IDA | 6/30/2022 | $1,046.58 | Net Book Value | $1,046.58 |
| 19.168 | PAPRIKA 50# | 6/30/2022 | $37.94 | Net Book Value | $37.94 |
| 19.169 | PAPRIKA OLEORESIN 40,000cu | 6/30/2022 | $1,190.17 | Net Book Value | $1,190.17 |
| 19.170 | PINEAPPLE CHUNKS 6/#10 CANS | 6/30/2022 | $1,760.15 | Net Book Value | $1,760.15 |
| 19.171 | PINEAPPLE JUICE (12/46oz) | 6/30/2022 | $1,281.06 | Net Book Value | $1,281.06 |
| 19.172 | PIZZA CRUST CAULIFLOWER GLUTEN | 6/30/2022 | $1,225,167.98 | Net Book Value | $1,225,167.98 |
| 19.173 | PLANT BASED BACON | 6/30/2022 | $14,235.11 | Net Book Value | $14,235.11 |
| 19.174 | PLANT BASED CHKN PIECES | 6/30/2022 | $96,242.32 | Net Book Value | $96,242.32 |
| 19.175 | PLANT BASED MXN BEEF CRMBLS | 6/30/2022 | $243,986.57 | Net Book Value | $243,986.57 |
| 19.176 | PLANT BASED PORK | 6/30/2022 | $53,399.75 | Net Book Value | $53,399.75 |
| 19.177 | PLANT BASED SAUSAGE CRMBLS | 6/30/2022 | $133,325.01 | Net Book Value | $133,325.01 |
| 19.178 | PORK BONELESS PICNIC 60# | 6/30/2022 | $2,174.08 | Net Book Value | $2,174.08 |
| 19.179 | PORK BROTH GAL (FROM PORK | 6/30/2022 | $0.00 | Net Book Value | $0.00 |
| 19.180 | PORK GROUND (1/10#) | 6/30/2022 | $3,239.45 | Net Book Value | $3,239.45 |
| 19.181 | PORK SIRLOIN CATCH WTS | 6/30/2022 | $4,299.22 | Net Book Value | $4,299.22 |
| 19.182 | POTASSIUM SORBATE NANTONG | 6/30/2022 | $16,377.19 | Net Book Value | $16,377.19 |
| 19.183 | POTATO HASHBROWN IQF SHRD 6/3# | 6/30/2022 | $19,809.95 | Net Book Value | $19,809.95 |
| 19.184 | POULTRY SEASONING | 6/30/2022 | $34.97 | Net Book Value | $34.97 |
| 19.185 | PREMIUM CASSAVA FLOUR | 6/30/2022 | $43,640.66 | Net Book Value | $43,640.66 |
| 19.186 | PURIS PEA STARCH | 6/30/2022 | $630.00 | Net Book Value | $630.00 |
| 19.187 | RED ONIONS DICED IQF 3/4CUT | 6/30/2022 | $8,610.45 | Net Book Value | $8,610.45 |
| 19.188 | REDUCED FAT CHEDDAR CHEESE | 6/30/2022 | $5,844.25 | Net Book Value | $5,844.25 |
| 19.189 | REDUCED SODIUM VEGETABLE BROTH | 6/30/2022 | $45,150.72 | Net Book Value | $45,150.72 |
| 19.190 | RICE (25#) 01-28-11 NEW CS WT | 6/30/2022 | $2,521.24 | Net Book Value | $2,521.24 |
| 19.191 | RICE FLOUR 50# BAG | 6/30/2022 | $6.20 | Net Book Value | $6.20 |
| 19.192 | RICED CAULIFLOWER (PLAIN) | 6/30/2022 | $215,739.80 | Net Book Value | $215,739.80 |
| 19.193 | RISONI RICE | 6/30/2022 | $110,714.72 | Net Book Value | $110,714.72 |
| 19.194 | RSTD GRN CHLE FILETS AR927 | 6/30/2022 | $1,999.20 | Net Book Value | $1,999.20 |
| 19.195 | SALT | 6/30/2022 | $402.32 | Net Book Value | $402.32 |
| 19.196 | SAN BENITO TOMATO PUREE | 6/30/2022 | $8,167.20 | Net Book Value | $8,167.20 |
| 19.197 | SAUSAGE BREAKFAST DICED FINE | 6/30/2022 | $14,373.57 | Net Book Value | $14,373.57 |
| 19.198 | SEA SALT | 6/30/2022 | $4,746.40 | Net Book Value | $4,746.40 |
| 19.199 | SEASON SALT (5#) | 6/30/2022 | $440.61 | Net Book Value | $440.61 |
| 19.200 | SEMI SWEET CHOCOLATE CHIPS | 6/30/2022 | $5,872.50 | Net Book Value | $5,872.50 |
| 19.201 | SESAME SEEDS | 6/30/2022 | $419.50 | Net Book Value | $419.50 |
| 19.202 | SLICED GREEN ONIONS IQF | 6/30/2022 | $6,858.07 | Net Book Value | $6,858.07 |
| 19.203 | SMOKED PAPRIKA | 6/30/2022 | $239.97 | Net Book Value | $239.97 |
| 19.204 | SODIUM ALGINATE 55LB BAG | 6/30/2022 | $2,725.44 | Net Book Value | $2,725.44 |
| 19.205 | SODIUM METABISULFITE | 6/30/2022 | $4.55 | Net Book Value | $4.55 |
| 19.206 | SOY FREE CHORIZO | 6/30/2022 | $106,850.70 | Net Book Value | $106,850.70 |
| 19.207 | SOYBEAN FRY OIL 1BX =4.30 | 6/30/2022 | $2.81 | Net Book Value | $2.81 |
| 19.208 | SOYBEAN OIL | 6/30/2022 | $3,797.04 | Net Book Value | $3,797.04 |
| 19.209 | SPANISH RISONI | 6/30/2022 | $270,896.50 | Net Book Value | $270,896.50 |
| 19.210 | SPINACH CHOPPPED 12/3#CS | 6/30/2022 | $455.17 | Net Book Value | $455.17 |

SCHEDULE AB 19 ATTACHMENT
Raw Materials

| | General Description | Date of Last Inventory | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|
| 19.211 | SUGAR 50# BG | 6/30/2022 | $1,360.26 | Net Book Value | $1,360.26 |
| 19.212 | SWEET POTATOES | 6/30/2022 | $325,528.00 | Net Book Value | $325,528.00 |
| 19.213 | TAHINI PASTE | 6/30/2022 | $5,116.29 | Net Book Value | $5,116.29 |
| 19.214 | TAMALE CORN #3 WHITE | 6/30/2022 | $15,366.01 | Net Book Value | $15,366.01 |
| 19.215 | TAPIOCA FLOUR | 6/30/2022 | $25,731.79 | Net Book Value | $25,731.79 |
| 19.216 | TOMATILLO PUREE 25# | 6/30/2022 | $5,273.02 | Net Book Value | $5,273.02 |
| 19.217 | TOMATO CRUSHED CALIFORNIA | 6/30/2022 | $126.12 | Net Book Value | $126.12 |
| 19.218 | TOMATO FIRE ROASTED DICED | 6/30/2022 | $6,619.11 | Net Book Value | $6,619.11 |
| 19.219 | TOMATO PASTE (6 #10 BAGS)HUNTS | 6/30/2022 | $4,094.85 | Net Book Value | $4,094.85 |
| 19.220 | TOMATO PUREE 6-#10CNS/CS | 6/30/2022 | $809.02 | Net Book Value | $809.02 |
| 19.221 | TOMATOES CRUSHED CHUNKY | 6/30/2022 | $1,888.37 | Net Book Value | $1,888.37 |
| 19.222 | TOMATOES CRUSHED IN PUREE | 6/30/2022 | $382.40 | Net Book Value | $382.40 |
| 19.223 | TOMATOES DICED IN JUICE4030318 | 6/30/2022 | $17.62 | Net Book Value | $17.62 |
| 19.224 | TOMATOES FRESH 25# | 6/30/2022 | $123.80 | Net Book Value | $123.80 |
| 19.225 | TORTILLA PRES GP 1400 BA24-2 | 6/30/2022 | $8,931.56 | Net Book Value | $8,931.56 |
| 19.226 | TORTILLA, ALMOND FLOUR, COSTCO | 6/30/2022 | $14,658.27 | Net Book Value | $14,658.27 |
| 19.227 | TURMERIC | 6/30/2022 | $1,328.40 | Net Book Value | $1,328.40 |
| 19.228 | UNSALTED BUTTER (55.15 LB) | 6/30/2022 | $3,153.13 | Net Book Value | $3,153.13 |
| 19.229 | UNSWEETENED COCONUT DRINK | 6/30/2022 | $10,862.67 | Net Book Value | $10,862.67 |
| 19.230 | VEGAN CREAM CHEESE | 6/30/2022 | $194.89 | Net Book Value | $194.89 |
| 19.231 | VEGAN PARMESAN CHEESE | 6/30/2022 | $2,328.75 | Net Book Value | $2,328.75 |
| 19.232 | VEGAN SCRAMBLES EGGS | 6/30/2022 | $33,504.00 | Net Book Value | $33,504.00 |
| 19.233 | VEGETABLE CAKE SHORTENING 50# | 6/30/2022 | $1,306.72 | Net Book Value | $1,306.72 |
| 19.234 | VINEGAR WHITE 6/1 GAL | 6/30/2022 | $72.52 | Net Book Value | $72.52 |
| 19.235 | W.F. BROWN RICE | 6/30/2022 | $4,945.54 | Net Book Value | $4,945.54 |
| 19.236 | WATER | 6/30/2022 | $0.00 | Net Book Value | $0.00 |
| 19.237 | WHITE PEPPER 5# | 6/30/2022 | $1,943.03 | Net Book Value | $1,943.03 |
| 19.238 | XANTHAN GUM  KELGUM 87  25KGBG | 6/30/2022 | $4,338.28 | Net Book Value | $4,338.28 |
| 19.239 | YELLOW KERNEL CORN FIRE | 6/30/2022 | $8,806.64 | Net Book Value | $8,806.64 |
| 19.240 | YELLOW KERNEL CORN IQF | 6/30/2022 | $66.95 | Net Book Value | $66.95 |
| | | **TOTAL:** | **$5,086,727.12** | **TOTAL:** | **$5,086,727.12** |

**SCHEDULE AB 20 ATTACHMENT**

Work In Progress

| | General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 20.1 | BEEF FILLING WITH LIME OIL | $571.82 | Net Book Value | $571.82 |
| 20.2 | BEEF FLAUTA FILLING | $2,419.44 | Net Book Value | $2,419.44 |
| 20.3 | CHERRY TOMATO SALSA 1-G | $7,041.23 | Net Book Value | $7,041.23 |
| 20.4 | CHICKEN TAQUITO & FLAUTA FILL | $1,392.84 | Net Book Value | $1,392.84 |
| 20.5 | CLEAN GC COOKED CILANTRO LIME | $837.97 | Net Book Value | $837.97 |
| 20.6 | FILL CHICK TAMALE GREEN  1500# | $1,850.29 | Net Book Value | $1,850.29 |
| 20.7 | FS CHICKEN QUESADILLA FILLING | $2,791.09 | Net Book Value | $2,791.09 |
| 20.8 | FS TOMATILLO SAUCE 1-G | $1,516.22 | Net Book Value | $1,516.22 |
| 20.9 | FS TOMATILLO SAUCE 1-G | $6,879.26 | Net Book Value | $6,879.26 |
| 20.10 | G.C.F. COOKED BEEF & POTATO | $16,856.26 | Net Book Value | $16,856.26 |
| 20.11 | G.C.F. COOKED BEEF FOR FIESTA | $738.86 | Net Book Value | $738.86 |
| 20.12 | G.C.F. COOKED BLACK BEANS | $50.79 | Net Book Value | $50.79 |
| 20.13 | G.C.F. COOKED CHILE & POTATO | $4,809.36 | Net Book Value | $4,809.36 |
| 20.14 | G.C.F. COOKED CILANTRO LIME | $249.34 | Net Book Value | $249.34 |
| 20.15 | G.C.F. COOKED CORN & RICE | $1,101.65 | Net Book Value | $1,101.65 |
| 20.16 | G.C.F. COOKED FAJITA BLEND | $2,221.48 | Net Book Value | $2,221.48 |
| 20.17 | G.C.F. COOKED GARLIC RICE | $314.79 | Net Book Value | $314.79 |
| 20.18 | G.C.F. COOKED JALAPENO SALSA | $749.15 | Net Book Value | $749.15 |
| 20.19 | G.C.F. COOKED POTATO & CHILE | $2,062.09 | Net Book Value | $2,062.09 |
| 20.20 | G.C.F. EGG & BACON BLEND (891) | $25,903.86 | Net Book Value | $25,903.86 |
| 20.21 | G.C.F. FIESTA BURRITO BLEND | $22,732.38 | Net Book Value | $22,732.38 |
| 20.22 | GC 10.5" FLOUR TORTILLA | $2,314.51 | Net Book Value | $2,314.51 |
| 20.23 | GC CHICKEN FOR BURRITOS | $2,565.03 | Net Book Value | $2,565.03 |
| 20.24 | ORG COOKED BLK BEANS | $1,071.16 | Net Book Value | $1,071.16 |
| 20.25 | ORGANIC CHICKEN EMPANADA BLEND | $2,656.65 | Net Book Value | $2,656.65 |
| 20.26 | ORGANIC COOKED CHICKEN BREAST | $654.95 | Net Book Value | $654.95 |
| 20.27 | ORGANIC JALAPENO SALSA 1-LB | $609.82 | Net Book Value | $609.82 |
| 20.28 | ORGANIC JALAPENO SALSA 1-LB | $174.44 | Net Book Value | $174.44 |
| 20.29 | PASTE GLUE 1-LB | $0.00 | Net Book Value | $0.00 |
| 20.30 | PB ENCHILADA SAUCE RED 1-G | $10,239.29 | Net Book Value | $10,239.29 |
| 20.31 | POBLANO VERDE SALSA 1-G | $3,022.91 | Net Book Value | $3,022.91 |
| 20.32 | PORK TAMALE FILLING | $5,615.75 | Net Book Value | $5,615.75 |
| 20.33 | WF COLORADO SAUCE NON GMO | $245.30 | Net Book Value | $245.30 |
| 20.34 | WF COOKED PINTO BEANS NON GMO | $0.00 | Net Book Value | $0.00 |
| 20.35 | WF SALSA RICE 1-G | $515.87 | Net Book Value | $515.87 |
| | TOTAL: | $132,775.86 | TOTAL: | $132,775.86 |

SCHEDULE AB 21 ATTACHMENT
Finished Goods, Including Goods Held for Resale

| General Description | Date of Last Inventory | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| 21.1 | 10" WHOLE FOODS FLOUR TORTILL | 6/30/2022 | $106.45 | Net Book Value | $106.45 |
| 21.2 | BEAN & BRWN RICE BURRITO 365WF | 6/30/2022 | $4,922.97 | Net Book Value | $4,922.97 |
| 21.3 | BEANS REFRIED BOXED  40#CS | 6/30/2022 | $8,974.62 | Net Book Value | $8,974.62 |
| 21.4 | BLAKE'S COOKED CARNE ADOVADA | 6/30/2022 | $2.03 | Net Book Value | $2.03 |
| 21.5 | BLAKES GREEN CHILE SAUCE | 6/30/2022 | $5,018.13 | Net Book Value | $5,018.13 |
| 21.6 | BLAKE'S SPECIAL RED SAUCE | 6/30/2022 | $3,738.69 | Net Book Value | $3,738.69 |
| 21.7 | BOB'S BURGERS GREEN CHILE 4-1 | 6/30/2022 | $10,532.11 | Net Book Value | $10,532.11 |
| 21.8 | BOB'S BURGERS GREEN RANCHERO | 6/30/2022 | $3,748.94 | Net Book Value | $3,748.94 |
| 21.9 | BOB'S BURGERS RED CHILE 4-1 | 6/30/2022 | $1,532.89 | Net Book Value | $1,532.89 |
| 21.10 | BOXED COOKED STEW MEAT 2BGSCS | 6/30/2022 | $2,912.60 | Net Book Value | $2,912.60 |
| 21.11 | CHEESE ENCHILADA SINGLE PK | 6/30/2022 | $73.47 | Net Book Value | $73.47 |
| 21.12 | CHILE 5X5 3/8" HOT GREEN NMFD | 6/30/2022 | $9,274.65 | Net Book Value | $9,274.65 |
| 21.13 | CHILE 5X5 3/8" MILD GREEN NMF | 6/30/2022 | $7,024.03 | Net Book Value | $7,024.03 |
| 21.14 | CHILE GREEN 5/5 3/8 EX HOT 25# | 6/30/2022 | $71.53 | Net Book Value | $71.53 |
| 21.15 | CHILE GRN MEDHOT 3/4 5X5 AR182 | 6/30/2022 | $808.50 | Net Book Value | $808.50 |
| 21.16 | CHILE JALAPENO FROZEN NMFD | 6/30/2022 | $3,689.37 | Net Book Value | $3,689.37 |
| 21.17 | CHILE NMFD GRNHOT 6/56OZ AS563 | 6/30/2022 | $1,660.05 | Net Book Value | $1,660.05 |
| 21.18 | CHILE NMFD GRNMILD 6/5OZ AS535 | 6/30/2022 | $2,851.38 | Net Book Value | $2,851.38 |
| 21.19 | CHILE POWDER RED HOT (50#) | 6/30/2022 | $32.14 | Net Book Value | $32.14 |
| 21.20 | CHILES FOR RELLENO (25#) AR196 | 6/30/2022 | $1,844.50 | Net Book Value | $1,844.50 |
| 21.21 | CHIPS_ NACHO, 12CT-5OZ | 6/30/2022 | $446.39 | Net Book Value | $446.39 |
| 21.22 | CHIPS_ RANCH, 12CT-5OZ | 6/30/2022 | $5,717.11 | Net Book Value | $5,717.11 |
| 21.23 | COSTCO CHICKEN ENCHILADA 2PK | 6/30/2022 | $1,475.56 | Net Book Value | $1,475.56 |
| 21.24 | FS SAMS CLUB CHKN QUESADILLAS | 6/30/2022 | $66,189.97 | Net Book Value | $66,189.97 |
| 21.25 | FS WALMART CHKN QUESADILLAS | 6/30/2022 | $4,219.69 | Net Book Value | $4,219.69 |
| 21.26 | G.C 7oz BEAN&CHEESE BURRTO 886 | 6/30/2022 | $44,452.16 | Net Book Value | $44,452.16 |
| 21.27 | G.C. 6oz CARNITAS BUR 602 WRAP | 6/30/2022 | $1,109.31 | Net Book Value | $1,109.31 |
| 21.28 | G.C. 6oz CHCKN FAJITA BULK 615 | 6/30/2022 | $2,922.51 | Net Book Value | $2,922.51 |
| 21.29 | G.C. 6oz EGG&SAUSAGE BULK 616 | 6/30/2022 | $7,108.11 | Net Book Value | $7,108.11 |
| 21.30 | G.C. 6oz STEAK & JAL BULK 618 | 6/30/2022 | $5,609.60 | Net Book Value | $5,609.60 |
| 21.31 | G.C.C 7oz CARNITAS BURRITO 889 | 6/30/2022 | $16,293.81 | Net Book Value | $16,293.81 |
| 21.32 | GC 6oz CHICKEN FAJITA WRAP 605 | 6/30/2022 | $5,942.19 | Net Book Value | $5,942.19 |
| 21.33 | GC 6oz EGG & BACON BURR BULK | 6/30/2022 | $10,638.60 | Net Book Value | $10,638.60 |
| 21.34 | GC 6oz EGG & SAUSAGE WRAP 606 | 6/30/2022 | $12,321.17 | Net Book Value | $12,321.17 |
| 21.35 | GC 6oz SW BLACK BEAN & RICE | 6/30/2022 | $4,389.14 | Net Book Value | $4,389.14 |
| 21.36 | GC 7oz BEEF WITH POTATO 892 | 6/30/2022 | $89,228.07 | Net Book Value | $89,228.07 |
| 21.37 | GC 7oz CHICKEN FAJITA BURR 893 | 6/30/2022 | $63,791.81 | Net Book Value | $63,791.81 |
| 21.38 | GC 7oz EGG & BACON BKFAST 891 | 6/30/2022 | $33,630.22 | Net Book Value | $33,630.22 |
| 21.39 | GC 7oz EGG & CHORIZO BURR 884 | 6/30/2022 | $30,509.22 | Net Book Value | $30,509.22 |
| 21.40 | GC 7oz EGG & SAUSAGE BURR 890 | 6/30/2022 | $113,791.74 | Net Book Value | $113,791.74 |
| 21.41 | GC 7oz FIESTA BRKFAST BURR 896 | 6/30/2022 | $26,943.74 | Net Book Value | $26,943.74 |
| 21.42 | GC 7oz BEEF&TATO BURR AMPM 492 | 6/30/2022 | $66,564.96 | Net Book Value | $66,564.96 |
| 21.43 | GC 8oz EGG&BACON BURR AMPM 481 | 6/30/2022 | $107,339.46 | Net Book Value | $107,339.46 |
| 21.44 | GC6oz EGG & BACON BUR 603 WRAP | 6/30/2022 | $10,206.55 | Net Book Value | $10,206.55 |
| 21.45 | GC6oz STEAK &JALAPENO WRAP 608 | 6/30/2022 | $16,603.12 | Net Book Value | $16,603.12 |
| 21.46 | GC7oz STEAK & JALAPENO BURR894 | 6/30/2022 | $93,836.61 | Net Book Value | $93,836.61 |
| 21.47 | GRN CHLE 5X5HOT3/8 FISTA AR407 | 6/30/2022 | $6,954.75 | Net Book Value | $6,954.75 |
| 21.48 | GRN CHLE STRPS LTLY RSTD RY005 | 6/30/2022 | $634.50 | Net Book Value | $634.50 |
| 21.49 | LB 6oz ORGANIC BRC BURRITO | 6/30/2022 | $45,984.44 | Net Book Value | $45,984.44 |
| 21.50 | MONTOYA MIX NOT READY TO EAT | 6/30/2022 | $0.00 | Net Book Value | $0.00 |
| 21.51 | ORG CHICKEN EMPANADA 6CT COSTC | 6/30/2022 | $21,664.64 | Net Book Value | $21,664.64 |
| 21.52 | ORG CHICKEN FLAUTA 6CT 48%Fill | 6/30/2022 | $14,173.04 | Net Book Value | $14,173.04 |
| 21.53 | PB 10oz BUDDHA BOWL | 6/30/2022 | $6,390.67 | Net Book Value | $6,390.67 |
| 21.54 | PB 2-CT RED CHEESE ENCHILADAS | 6/30/2022 | $1,790.03 | Net Book Value | $1,790.03 |
| 21.55 | PB 2-CT VERDE CHKN ENCHILADA | 6/30/2022 | $418.83 | Net Book Value | $418.83 |
| 21.56 | PB AL PASTOR QUESADILLA 12OZ | 6/30/2022 | $11,786.34 | Net Book Value | $11,786.34 |
| 21.57 | PB BACON BREAKFAST BURRITO | 6/30/2022 | $69,396.66 | Net Book Value | $69,396.66 |
| 21.58 | PB BEAN CHEESE & RICE BURRITO | 6/30/2022 | $2,600.05 | Net Book Value | $2,600.05 |
| 21.59 | PB BUFFALO CHICKEN QUESADILLA | 6/30/2022 | $7,413.27 | Net Book Value | $7,413.27 |
| 21.60 | PB CHORIZO BREAKFAST BURRITO | 6/30/2022 | $25,879.83 | Net Book Value | $25,879.83 |
| 21.61 | PB RED CHEESE ENCH MEAL | 6/30/2022 | $35,905.42 | Net Book Value | $35,905.42 |
| 21.62 | PB RED CHICKEN ENCHILADA MEAL | 6/30/2022 | $505.26 | Net Book Value | $505.26 |
| 21.63 | PB SAUSAGE, EGG & CH BURRITO | 6/30/2022 | $22,830.25 | Net Book Value | $22,830.25 |
| 21.64 | PB SWEET CHILI CHKN QUESADILLA | 6/30/2022 | $0.00 | Net Book Value | $0.00 |
| 21.65 | PB VERDE CHICKEN BURRITO | 6/30/2022 | $3,951.68 | Net Book Value | $3,951.68 |
| 21.66 | PB VERDE CHICKEN ENCH MEAL | 6/30/2022 | $24,284.77 | Net Book Value | $24,284.77 |
| 21.67 | PB VERDE CHORIZO QUESADILLA | 6/30/2022 | $15,165.16 | Net Book Value | $15,165.16 |
| 21.68 | PURE RED CHILE REST 4-1CS | 6/30/2022 | $1,659.99 | Net Book Value | $1,659.99 |
| 21.69 | RED CHILE PASTE HOT FROZEN 25# | 6/30/2022 | $2,841.75 | Net Book Value | $2,841.75 |
| 21.70 | ROASTED GREEN CHILE SAUCE REST | 6/30/2022 | $5,147.89 | Net Book Value | $5,147.89 |
| 21.71 | RGSTD GC STRIPS 1"X1.5" AR93 | 6/30/2022 | $648.00 | Net Book Value | $648.00 |
| 21.72 | SALSA REST 4-1 GAL CS Little A | 6/30/2022 | $815.44 | Net Book Value | $815.44 |

SCHEDULE AB 21 ATTACHMENT
Finished Goods, Including Goods Held for Resale

| | General Description | Date of Last Inventory | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|
| 21.73 | TACO MEAT REST 2-1 20# AVG CS | 6/30/2022 | $10,435.52 | Net Book Value | $10,435.52 |
| 21.74 | TACO VILLA GREEN CHILE SAUCE | 6/30/2022 | $41.35 | Net Book Value | $41.35 |
| 21.75 | TC BOXED COOKED BLACK BEANS | 6/30/2022 | $9,900.70 | Net Book Value | $9,900.70 |
| 21.76 | TORTILLA 10" 50%WW-50%W LS NT | 6/30/2022 | $3,183.22 | Net Book Value | $3,183.22 |
| 21.77 | TORTILLA FLOUR 10" FRESH BOX | 6/30/2022 | $266.94 | Net Book Value | $266.94 |
| 21.78 | TORTILLA FLOUR 13.50" FRESH | 6/30/2022 | $116.22 | Net Book Value | $116.22 |
| 21.79 | WF 365 BEAN & CHEESE BURRITO | 6/30/2022 | $5,812.55 | Net Book Value | $5,812.55 |
| 21.80 | WHOLE WHEAT 10" FLOUR TORTILL | 6/30/2022 | $23.80 | Net Book Value | $23.80 |
| | | TOTAL: | $1,268,722.80 | TOTAL: | $1,268,722.80 |

| New Mexico Food Distributors, 3041 University Blvd. SE, Albuquerque, NM | | |
|---|---|---|

| Qty. | Description | Orderly Liquidation Value $ |
|---|---|---|
| | **RTE PRODUCTION** | |
| 1- | Blentech 1,500-Lb. Co2 Injected Mixer, S/N N/A, (Rebuilt 2021), with Syspal Model SCE-CR-01 770-Lb. Bowl Elevator, S/N 33632-4 (New 2021) | 30,000 |
| 1- | Blentech 1,500-Lb. Co2 Injected Mixer, S/N N/A, (Rebuilt 2021), with AFECO Model 23K500 Bowl Elevator, S/N 990230 | 30,000 |
| 1- | Amfec Model 510, 500-Lb. Co2 Injected Mixer, S/N 090905, with Reiser Model VB Bowl Elevator, S/N 780 (New 2005) | 20,000 |
| Lot- | Line No. 1, Consisting of: <br> • Reiser Model Vemag DP3, Vacuum Stuffer, S/N 138-2030 <br> • Reiser Model Vemag DP3, Vacuum Stuffer, S/N N/A <br> • Reiser Model Vemag DP3, Vacuum Stuffer, S/N 1380269 <br> • Manufacturer Unknown 12'L x 4'W 4-Lane Manual Folding Conveyor, S/N N/A <br> • Manufacturer Unknown 40"W x 20'L CO2 Blast Freezer, S/N N/A, with Exit Conveyors <br> • (2) Manufacturer Unknown Horizontal Flow Wrappers, S/N N/A, each with Manual Unwind, Rotary Seal, Etc. <br> *Continued...* | 350,000 |

Exhibit AB 50

| New Mexico Food Distributors, 3041 University Blvd. SE, Albuquerque, NM | | |

| Qty. | Description | Orderly Liquidation Value $ |
|---|---|---|
| | Continued... | |
| | • Ceia Model THS21, 12" x 6" Metal Detector, S/N 33002230030 | |
| | • Langen Model Mpac B1-M, Manual Load Continuous Cartoner, S/N MN102614 (New 2022), with Magazine Style Box Feed, Hot Melt Gluer, Exit Conveyor | |
| | • Interpack Model USA2024-SB, Top and Bottom Case Taper, S/N TM09421M028 | |
| Lot- | Line No. 2, Consisting of: | 350,000 |
| | • Reiser Model Vemag, Vacuum Stuffer, S/N 128 890 | |
| | • Manufacturer Unknown 4'W x 12'L Layout Table, S/N N/A | |
| | • Manufacturer Unknown 36"W x 15'L Co2 Blast Freezer, S/N N/A, with Entry & Exit Conveyor | |
| | • Ceia Model THS/MS21, 6" x 12" Pass Through Metal Detector, S/N 320002490022 (New 2022) | |
| | • Ceia Model THS21, 6" x 12" Pass Through Metal Detector, S/N N/A | |
| | • Reiser Model Repack RE25, Horizontal Form Fill and Seal Machine, S/N 2500617 (New 2022), with Koolant Cooler, Chiller, PLC Control, (2) Ultrasource Matrix Labelers | |

Exhibit AB 50

| | New Mexico Food Distributors, 3041 University Blvd. SE, Albuquerque, NM | |
|---|---|---|

| Qty. | Description | Orderly Liquidation Value |
|---|---|---|
| | | $ |
| Lot- | Line No. 3, Consisting of:<br>• Reiser Model Vemag, Vacuum Stuffer, 138-0456 (New 2017)<br>• Reiser Model Vemag DP3, Vacuum Stuffer, S/N 138-0360 (New 2016)<br>• Manufacturer Unknown 24"W x 36'L Manual Folding Conveyor, S/N N/A, with Return Conveyor, (8) Wrapping Stations, Etc.<br>• Ceia Model THS, 12" x 6" Metal Detector, S/N 731002110038 (New 2019)<br>• Domino Model A100, Inkjet Coder, S/N N/A<br>• Interpack Model USA2024-SB, Top and Bottom Case Taper, S/N TM-094-21M-037 | 60,000 |
| Lot- | Line No. 4, Consisting of:<br>• (2) Reiser Model V-B, Vertical Bowl Elevators, S/N 785, N/A (New 2005 Est.)<br>• Reiser Model Vemag R500, Vacuum Stuffer, S/N 123-3571<br>• Reiser Model Vemag R500, Vacuum Stuffer, S/N N/A<br>• Manufacturer Unknown 12"W x 20'L Motorized Belt Conveyor<br>• (2) Custom Designed & Manufactured Steam Boxes, (1) with 3-Sections, (1) with 1-Section | 90,000 |

Exhibit AB 50

| New Mexico Food Distributors, 3041 University Blvd. SE, Albuquerque, NM | | |
|---|---|---|

| Qty. | Description | Orderly Liquidation Value $ |
|---|---|---|
| | **KITCHEN** | |
| 1- | Blentech Model TP28106, 3,000-Lb. Horizontal Steam Kettle, S/N 93122 (New 1993), with Syspal 350-Lb. Bowl Elevator S/N 33936-1 (New 2021) | 50,000 |
| 1- | Stephan Model Microcut MCH-D50, Emulsifier, S/N 727-012-01 (New 2006) | 15,000 |
| 1- | Admix Model Rotosolve 80RS60SS, Portable Bowl Mixer, S/N 3167 (New 2021) | 15,000 |
| Lot- | Chilled Water System, Consisting of: Mezzanine Mounted Freon Pumping and Metering Equipment, Manufacturer Unknown Heat Exchanger, (2) 1,000-Gal. Tanks, Etc. | 10,000 |
| 1- | Cleveland 60-Gal. Steam Kettle, S/N N/A | 10,000 |
| 1- | Manufacturer Unknown 8'W x 4'D Steam Cabinet | 2,000 |
| 1- | Amfec Model 510, 500-Lb. Jacketed Mixer, S/N 158323 | 15,000 |
| 2- | Custom Designed & Manufactured 150-Gal. Tumble Type Chillers, S/N N/A, Front Load | 60,000 |
| 1- | Sealed Air Model 2070C, Co2 Freezer, S/N 0159, with Custom Designed and Manufactured Bucket Elevator, SPX Pump | 40,000 |

Exhibit AB 50

| | New Mexico Food Distributors, 3041 University Blvd. SE, Albuquerque, NM | |
|---|---|---|

| Qty. | Description | Orderly Liquidation Value |
|---|---|---|
| | | $ |
| 1- | Sealed Air Model 2070C, Co2 Freezer, S/N 0255, with SPX Pump | 35,000 |
| 1- | Manufacturer Unknown 3,000-Lb. Stainless Steel Horizontal Steam Kettle (New 1989) | 30,000 |
| 2- | Manufacturer Unknown 300-Lb. Steam Kettles | 10,000 |

**KITCHEN PACKAGING**

| | | |
|---|---|---|
| Lot- | Miscellaneous Equipment Throughout Kitchen Packaging, Consisting of:<br>• Ceia Model THS/MS21, 12" x 6" Metal Detector, S/N 31002110039<br>• Interpack Model RSA-2024-SB, Top and Bottom Case Taper, S/N TM122-16B-005<br>• Manufacturer Unknown Horizontal Potato Peeler, with Manufacturer Unknown Potato Slicer<br>• Hobart 40-Lb. Meat Slicer<br>• Stephan Model C15, Emulsifier, S/N 3472584<br>• Miscellaneous Equipment Throughout Kitchen Packaging, Consisting of: Benchtop Slicers, Scales, Foamers, Hand and Power Tools, Stainless Steel Sinks, Etc. | 80,000 |

Exhibit AB 50

| | New Mexico Food Distributors, 3041 University Blvd. SE, Albuquerque, NM | |

| Qty. | Description | Orderly Liquidation Value $ |
|---|---|---|
| | **BAKERY** | |
| Lot- | Equipment Located in Mixing Room, Consisting of: | 50,000 |
| | • Koenig Model DW240-S, Stainless Ste Mixer, S/N 50.4.0196 (New 2012) | |
| | • Koenig Model DW240-H2, Stainless Steel Mixer, S/N 50.4.0025 (New 2012) | |
| | • Koenig Model DW240-N, Stainless Steel Mixer, S/N 50.4.0259 (New 2015) | |
| Lot- | Bakery Line No.1, Consisting of: | 210,000 |
| | • Lawrence Model OCL7002-07, Bowl Lift, S/N CL199 (New 2013), with Scraper | |
| | • Lawrence Model ODR009-02, Divider, S/N DR521 (New 2013), with Lawrence Model DDF3001-15 600-Lb. Hopper Feeds S/N DF460 (New 2013) | |
| | • Lawrence Model OAL0504-25, Proofer, S/N AL541 (New 2013) | |
| | • Lawrence Model OFP4242-27, Legend Tortilla Press, S/N FP605 (New 2013) | |
| | • JC Ford Model TE-1445, 15'L Natural Gas Fired Oven, S/N TE091009, with Exit Conveyor, Vertical Incline Conveyor | |
| | • JC Ford 13-Tier Forced Air Spiral Cooling Conveyor | |
| | *Continued...* | |

| | New Mexico Food Distributors, 3041 University Blvd. SE, Albuquerque, NM | |
|---|---|---|

| Qty. | Description | Orderly Liquidation Value $ |
|---|---|---|
| | *Continued...* | |
| | • Lawrence Model OPS1654-18, Counte Stacker, S/N P5491 (New 2018) | |
| | • Manual Pneumatic Tortilla Packaging Machine | |
| | • Domino Model A100, Inkjet Coder, with Belt Conveyor, Clip Dispenser | |
| | • Ceia Model THS/MS21, 12" x 6" Metal Detector, S/N 21800204115 | |
| Lot- | Bakery Line No.2, Consisting of: | 450,000 |
| | • Lawrence Model OCL7002-007, Bowl Lift, S/N CL222 (New 2015), with Scraper | |
| | • Lawrence Model ODR0109-03, Divider, S/N DR530 (New 2015) | |
| | • Lawrence Model ODF3001-21, 600-Lb. Dough Feeder, S/N DF471 | |
| | • Lawrence Model OSC3001-40, Proofer, S/N SC450 (New 2015) | |
| | • Lawrence Model OMP5252-31, Tortilla Press, S/N MP574 (New 2015) | |
| | • Lawrence Model OF05216-53, 30'L Natural Gas Fired Oven, S/N 50634 (New 2015), 1,000,000-Btu | |
| | • Lawrence Model OCC5420-29, 13-Tier Cooling Conveyor, S/N CC862 (New 2015) | |
| | *Continued...* | |

Exhibit AB 50

**New Mexico Food Distributors, 3041 University Blvd. SE, Albuquerque, NM**

| Qty. | Description | Orderly Liquidation Value $ |
|---|---|---|
| | *Continued...* | |
| | • Lawrence Model OIR3454-02, Laser Inspection Station, S/N IR298 (New 2015) | |
| | • Lawrence Model OPS1654-18, 6-Row Counter Stacker, S/N P5407 (New 2015) | |
| | • Manual Stuffer | |
| | • Domino Model A100, Inkjet Coder | |
| | • Kwik Lock Dispenser | |
| | • Ceia Model THS/MS21, 12" x 6" Metal Detector, S/N 21800204114 | |
| | • Reiser Model Vemag HP10E, Vacuum Stuffer, S/N 1612220 (New 2022), with Conveyor | |
| | • Reepack Model Reeflow 50, Horizontal Floor Wrapper, S/N W122001 | |

**TEST LAB**

| Lot- | Miscellaneous Equipment Throughout Lab, Consisting of: Market Forge Sterilmatic Benchtop Sterilizer, (3) Incubators, Digital Heat Blocks, Pipettor, Balances, PH Meters, Randel 2-Door Stainless Steel Refrigerator, Gallon Camp Benchtop Incubator, Etc. | 15,000 |
|---|---|---|

Exhibit AB 50

| New Mexico Food Distributors, 3041 University Blvd. SE, Albuquerque, NM | | |
|---|---|---|
| Qty. | Description | Orderly Liquidation Value $ |

**TEST KITCHEN**

| Lot- | Miscellaneous Equipment Throughout Test Kitchen, Consisting of: Hoshizaki Ice Machine, True 2-Door Refrigerator, Motak 4-Door Refrigerator, Benchtop Bowl Mixer, Microwaves, Coffee Makers, Monitors, Mixers, Air Fryers, Proofing Ovens, Range, Deep Fryers, Etc. | 10,000 |

**BOILER ROOM**

| 1- | Hurst 3,450-Steam Lb. Per Hr. Natural Gas Fired Boiler, S/N 5500-150-21M (New 2003), with Parker Boiler Stand Alone Natural Gas Boiler, All Associated Equipment, Etc. | 17,500 |

**AIR COMPRESSOR AREA**

| 1- | Sullair Model VCC-200, 100-HP Rotary Screw Air Compressor, S/N 20770430000035 | 10,000 |
| 1- | Sullair Model LS20-100L, 100-HP Rotary Screw Air Compressor, S/N 003-113860 | 8,000 |
| 1- | Sullair Model VCC-200-100HA, 100-HP Rotary Screw Air Compressor, S/N 200801240055 | 10,000 |

Exhibit AB 50

| | New Mexico Food Distributors, 3041 University Blvd. SE, Albuquerque, NM | |
|---|---|---|

| Qty. | Description | Orderly Liquidation Value |
|---|---|---|
| | | $ |
| Lot- | Lot of Assorted Equipment Throughout Air Compressor Area, Consisting of: Oil and Water Separators, Dryers, Vertical Air Tanks, Etc. | 3,500 |
| | **ENGINE ROOM 1** | |
| 1- | Hussmann Model S06RM-XKYWY2SCRSS, Refrigeration Compressor, S/N 7488-0038, with (6) Rotary Screw Compressors, PLC Control | 6,500 |
| 1- | Hussmann Model S03RM-FJRIGL, Refrigeration Compressor, S/N 7188-00230, with (3) Rotary Screw Compressors | 3,500 |
| 2- | Hussmann Model Hirpo0304RLMU, Refrigeration Compressors | 3,000 |
| | **SHIPPING AND RECEIVING** | |
| 1- | Manufacturer Unknown Vertical Cardboard Baler | 2,500 |
| | **THROUGHOUT FACILITY** | |
| Lot- | Finished Goods Freezer, Consisting of: (35) Sections of 20'H x 8'W x 4'D Heavy Duty Adjustable Steel Pallet Racking | 3,500 |

Exhibit AB 50

| New Mexico Food Distributors, 3041 University Blvd. SE, Albuquerque, NM | | |

| Qty. | Description | Orderly Liquidation Value |
|------|-------------|---------------------------|
| | | $ |
| Lot- | Miscellaneous Racking Throughout RTE Kitchen and Raw Cooler, Consisting of: (20) Sections of 16'H x 8'W x 4'D Heavy Duty Adjustable Steel Pallet Racking | 1,700 |
| Lot- | Dry Kitchen Cold Storage, Consisting of: (20) Sections of 16'H x 8'W x 4'D Heavy Duty Adjustable Steel Pallet Racking | 1,700 |
| Lot- | Miscellaneous Equipment Throughout Maintenance Shop, Consisting of: Welders, Plasma Torches, Drill Presses, Double End Grinders, Saws, Hand and Power Tools, Work Stations, Etc. | 7,500 |
| Lot- | Miscellaneous Racking Throughout South Dock Freezer, Consisting of: (12) Sections of 16' x 8' x 4' Heavy Duty Adjustable Steel Pallet Racking, (14) Sections of 28'H 3'D Push Back Racking S/N N/A | 5,920 |
| 1- | Lantech Series G, Pallet Stretch Wrapper, S/N G00006276 | 2,000 |

(**Please Note:** Located in South Dock)

Exhibit AB 50

| | New Mexico Food Distributors, 3041 University Blvd. SE, Albuquerque, NM | |
|---|---|---|

| Qty. | Description | Orderly Liquidation Value |
|---|---|---|
| | | $ |
| Lot- | Miscellaneous Equipment Throughout Facility, Consisting of: Stainless Steel Sinks, Stainless Steel Workstations, Shovels, Brooms, Trash Cans, CIP Foamers, Portable Racks, Proofing Racks, Stainless Steel Tubs, Metro Racks, Ladders, Mezzanines, Pumps, Pipings, Tanks, Pans, Conveyor, Floor Jacks, Battery Chargers, Etc. | 20,000 |
| Lot- | Office Furniture and Fixtures Throughout Facility, Consisting of: Laminate Desks, Chairs, Conference Room and Related Equipment, File Cabinets, PC's & Monitors, Laptops, Computers, Printers, Fax Machines, Copiers, Server Room and Related Equipment, Telephones, Security Equipment, Break Room Equipment, Etc. | 10,000 |

**EQUIPMENT STORED OUTSIDE**

| Lot- | Miscellaneous Equipment Stored Outside, Consisting of: | 150,000 |
|---|---|---|

- Superior Model HX353, 2,415-Lb. Steam Boiler, S/N 14478 (New 2000)
- Handtmann Model VF50, Vacuum Stuffer, S/N 3219
- Handtmann Model VF50, Vacuum Stuffer, S/N 17056 (New 2003)
- Handtmann Model VF50, Vacuum Stuffer, S/N N/A (New 2003)
- 12'L x 10'W Stainless Steel Spiral Freezer

*Continued...*

Exhibit AB 50

| New Mexico Food Distributors, 3041 University Blvd. SE, Albuquerque, NM | | |
| --- | --- | --- |

| Qty. | Description | Orderly Liquidation Value $ |
| --- | --- | --- |

*Continued...*

- Triomat Model 660, Vacuum Sealer, S/ 664/0200
- Spiral Freezer, with Guntner Heat Exchanger
- 400-Qt. Stainless Steel Bowl Chopper
- Diaphragm Pumps, Stainless Steel Spin Dryers, Oil Filters, Busch Vacuum Pumps, Vacuum Packagers, Horizontal Flow Wrappers, Band Sealers, Case Tapers, Pumps, Conveyors, Column Dumpers, Etc.

**MOBILE EQUIPMENT. NOT INSPECTED BY APPRAISER. INFORMATION PROVIDED BY COMPANY**

| Qty. | Description | Orderly Liquidation Value |
| --- | --- | --- |
| 1- | Noblelift Model FE4P50N, 5,000-Lb. LPG Forklift Truck, S/N 22113188 | 4,000 |
| 1- | Noblelift Model FE4P50N, 5,000-Lb. LPG Forklift Truck, S/N 22113 | 4,000 |
| 1- | Toyota Model 7FBCU25, 5,000-Lb. LPG Forklift Truck, S/N 66031 | 4,000 |
| 1- | Toyota Model 8FBCU15, 3,000-Lb. LPG Forklift Truck, S/N 19575 | 1,500 |
| 1- | Toyota Model 7FBEU18, 3,600-Lb. Electric Forklift Truck, S/N 28314 | 1,750 |

Exhibit AB 50

## New Mexico Food Distributors, 3041 University Blvd. SE, Albuquerque, NM

| Qty. | Description | Orderly Liquidation Value $ |
|---|---|---|
| 1- | Raymond Model 415-C35TT, Electric Stand Up Reach Type Forklift Truck, S/N 415-14-40513 (New 2014) | 3,500 |
| 1- | Raymond Model 415-C35TT, Electric Stand Up Reach Type Forklift Truck, S/N 415-14-40530 (New 2014) | 3,500 |
| 1- | Raymond Model 415-C3OTT, Electric Stand Up Reach Type Forklift Truck, S/N 415-17-54920 (New 2017) | 4,000 |
| 5- | Crown Model WP3035-45, Electric Pallet Jacks, Serial Numbers: 7A269948, 7A269929, 7A307678, 5A388025, 7A276964 | 2,500 |
| 2- | Toyota Model 7HBW23, Electric Pallet Jacks, S/N 53406 & 53407 | 1,000 |

| TOTAL ORDERLY LIQUIDATION VALUE | $2,333,570 |
|---|---|

Exhibit AB 50

**Fill in this information to identify the case:**

Debtor name: New Mexico Food Distributors, Inc.

United States Bankruptcy Court for the: Central District of California

Case number: 2:23-bk-14156-SK

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:    List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of Claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

2.1

UMB Bank
P.O. BOX 419226
MAILSTOP 1170103D
Kansas City, MO 64141-6226
greg.carasik@umb.com

**Date debt was incurred?**
9/1/2017

**Last 4 digits of account number**
TE01

**Do multiple creditors have an interest in the same property?**
☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All owned Assets

**Describe the lien**
Senior Secured Term Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $19,000,000.00 | Undetermined |
|---|---|

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$19,000,000.00

Debtor  New Mexico Food Distributors, Inc.

Name

Case number *(if known)* 2:23-bk-14156-SK

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

3.1

Fill in this information to identify the case:

Debtor name: **New Mexico Food Distributors, Inc.**

United States Bankruptcy Court for the: **Central District of California**

Case number: **2:23-bk-14156-SK**

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

2.1

Internal Revenue Service
PO Box 7346
Philadelphia PA
19101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Total claim: $0.00    Priority amount: $0.00

2.2

Securities Exchange Commission
Attn: Bankruptcy Counsel
444 S Flower St Ste 900
Los Angeles CA
90071

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Total claim: $0.00    Priority amount: $0.00

Debtor  New Mexico Food Distributors, Inc.                    Case number *(if known)* 2:23-bk-14156-SK
        Name

**2.3**

Social Security Administration
Attn: Bankruptcy
6401 Security Blvd
Baltimore MD
21235

**As of the petition filing date, the claim is:** _____ $0.00    _____ $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:**

☐ Yes

11 U.S.C. § 507(a) ( **8** )

These creditors have been added for noticing purposes only

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

**3.1**

4C2 ELECTRICAL
1620 W. CROSBY RD
SUITE 112
CARROLLTON, TX 75006

**As of the petition filing date, the claim is:**    $178,407.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.2**

ABCWUA
ALB BERNALILLO COUNTY WATER UTILITY
PO BOX 27226
ALBUQUERQUE, NM 87125

**As of the petition filing date, the claim is:**    $21,298.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.3**

ABQ PIPE & PUMP SUPPLY COMPANY
4300 ELLISON DRIVE NE
ALBUQUERQUE, NM 87109

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,628.57

**3.4**

ADI
PO BOX 731340
Dallas, TX 75373-1340

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,777.46

**3.5**

ADVANCED SPICE AND TRADING
13951 Senlac Drive
SUITE 150
DALLAS, TX 75234

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$14,792.60

**3.6**

ADVANTAGE WEST FOOD SVC MKTG
DBA: TOTAL SOURCE FOODSERVICES SALES
4023 E. MCDOWELL RD
PHOENIX, AZ 85008

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,907.79

**3.7**

AIRGAS
DBA: AIRGAS USA, LLC.
PO BOX 734671
DALLAS, TX 75373

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $5,585.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.8**

ALLIED BLENDING LP
121 ROYAL ROAD
KEOKUK, IA 52632

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $39,002.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.9**

AMERICAN INTERNATIONAL FOODS
8066 FULTON ST E.
ADA, MI 49301

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $43,833.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.10**

AMERICAN WASTE REMOVAL
502 CARMONY LANE NE
ALBUQUERQUE, NM 87107

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $9,222.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.11

AMFEC
DBA: AMERICAN FOOD EQUIPMENT COMPANY, IN
4923 EAST LINDEN STREET
CALDWELL, ID 83605

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,080.61

3.12

AQUA1, INC
7801 MENAUL BLVD NE
Albuquerque, NM 87110

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,150.21

3.13

ARAMARK UNIFORM & CAREER APPEARL GR
115 N FIRST STREET
Burbank, CA 91502

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,244.37

3.14

ARBON EQUIPMENT CORPORATION
CUST# 4124723
25464 NETWORK PLACE
CHICAGO, NM 60673

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,925.54

**3.15**

AT&T MOBILITYROC
ACCT: 287246049890
PO BOX 6463
CAROL STREAM, IL 60197

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                     $368.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.16**

ATHENA ENERGY SVCS HOLDINGS
DBA: SYMMETRY ENERGY SOLUTIONS, LLC
CHASE LOCKBOX, POB 301149
DALLAS, TX 75303

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                     $25,762.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.17**

AUTOCHLOR SYSTEM OF SAN DIEGO
3211 MATTHEW AVE NE
ALBUQUERQUE, NM 87107

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                     $2,129.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.18**

AUTOMATION INDUSTRIES SERVICE
12415 LOS NIETOS
SUITE 104
SANTA FE SPRINGS, CA 90670

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                     $73,415.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.19

BAKEMARK INGREDIENTS
PO BOX 845315
LOS ANGELES, CA 90084-5315

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $69,304.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.20

BCI Acquisition, Inc.
6305 Alondra Blvd
Paramount, CA 90723

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2,027,113.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Notes Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.21

BEN E. KEITH FOODS
601 BEN E KEITH WAY NW
ALBUQUERQUE, NM 87121

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $101,056.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.22

BLAKE'S LOTABURGER
3205 RICHMOND DRIVE NE
ALBUQUERQUE, NM 87107

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $13,651.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.23**

BLENTECH CORPORATION
2899 DOWD DRIVE
SANTA ROSA, CA 95407

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                  $220.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.24**

BRAZAS FIRE & SAFETY
2900 WELLESLEY DR NE
Albuquerque, NM 87107

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                  $945.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.25**

BRIDGEWELL AGRIBUSINESS
PO BOX 2289
Clackamas, OR 97015-9594

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                  $34,404.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.26**

BUNZL HOLDINGS INC
R3 RELIABLE REDISTRIBUTION RESOURCE
PO BOX 59709
LOS ANGELES, CA 90074

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                  $301.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.27

BWAB HOLDINGS
DBA: BRIDGEWELL AGRIBUSINESS, LLC.
PO BOX 2289
CLACKAMAS, OR 97015

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $51,585.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.28

CALIFORNIA GARLIC COMPANY
dba: Garlic King
42210 Roick Drive, Ste 3
TEMECULA, CA 92590

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $0.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.29

CAPTIVA GROUP
3838 BOGAN AVE
ALBUQUERQUE, NM 87109

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $3,534.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.30

CDW
ATTN: STEVE ELLIOTT
PO BOX 25549
ANAHEIM, CA 92825

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $15,327.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.31**

CERTIFIED LABORATORIES
23261 NETWORK PLACE
CHICAGO, IL 60673-1232

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $476.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.32**

CHEP USA
15226 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $7,087.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.33**

CHOICE STEEL COMPANY
7100B 2ND STREET NW
BOX 7
ALBUQUERQUE, NM 87107

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $463.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.34**

CHOPTANK TRANSPORT
PO BOX 99
PRESTON, MD 21655

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $2,808.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.35

CITY OF ALBUQUERQUE
FALSE ALARM REDUCTION UNIT
PO BOX 1313
ALBUQUERQUE, NM 87103

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.36

CM PROCESS SOLUTIONS
101 TIERNEY WAY
WINCHESTER, KY 40391

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $745.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.37

COLD JET
455 Wards Corner Rd.
LOVELAND, OH 45140

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $31,440.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.38

COLDBOX CONSTRUCTION SERVICES
2479 VISTA DR
UPLAND, CA 91784

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.39

COMCAST BUSINESS
PO BOX 8587
PHILADELPHIA, PA 19101

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
$897.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.40

CONSOLIDATED DESIGN WEST
1345 S. LEWIS STREET
ANAHEIM, CA 92805

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
$244,234.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.41

CONTINENTAL EXPRESS
17630 VALLEY BLVD
Blue Jay, CA 92317

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
$6,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.42

CONVEYORS & EQUIPMENT
3580 SOUTH 300 WEST
SALT LAKE CITY, UT 84115

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
$1,036.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.43

CORPORATION SERVICE COMPANY, as REPRESENTATIVE
801 Adlai Stevenson
Springfield, IL 62706
uccsprep@cscinfo.com

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
for noticing purposes only

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.44

CRANE SERVICE INC
P.O. BOX 671246
Dallas, TX 75267-1246

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $6,533.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.45

CRESCENT ELECTRIC SUPPLY CO
DBA: NATIONAL ELECTRIC SUPPLY
PO BOX 500
EAST DUBUQUE, IL 61025

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $708.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.46

Crestmark Vendor Finance, a division of MetaBank, N.A.
fka Crestmark Vendor Finance, a division of MetaBank
5480 CORPORATE DRIVE STE 350
Troy, MI 48098

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
for noticing purposes only

**Is the claim subject to offset?**
☑ No

☐ Yes

3.47

CRYOVAC
CRYOVAC, LLC.
26081 NETWORK PLACE
CHICAGO, IL 60673

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $9,910.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.48

CRYSTAL CHEM INC
955 BUSSE ROAD
Elk Grove Village, IL 60007

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $185.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.49

CT CORPORATION
PO BOX 4349
CAROL STREAM, IL 60197-4349

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $117.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.50

CULINEX LLC
360 Corporate Drive N
TUKWILA, WA 98188

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $46,453.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.51

CVD PEST CONTROL
DBA: THE BUG MAN PEST CONTROL
PO BOX 51524
ALBUQUERQUE, NM 87123

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$14,090.18

---

3.52

DAWN FOOD PRODUCTS INC
5301 PEORIA ST
UIT B
DENVER, CO 80239

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$43,444.34

---

3.53

DESERT PREMIUM GROUP
DBA: 505 SOUTHWESTERN
530 AIRPORT DR NW
ALBUQUERQUE, NM 87121

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,158,509.00

---

3.54

DESERT PREMIUM LOGISTICS
dba: SATARIA ACQUISITION LLC
13739 LINCOLN STREET NE
HAM LAKE, MN 55304

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$268,598.53

**3.55**

DICKSON COMPANY
DICKSON COMPANY
930 S. WESTWOOD AVE.
ADDISON, IL 60101

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $2,745.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.56**

ECHO GLOBAL LOGISTICS
ACCOUNT RECEIVABLE
22168 NTEWORK PLACE
CHICAGO, IL 60673

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $7,009.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.57**

ECLIPSE MIDCO
DBA: ECi MACOLA/MAX LLC.
PO BOX 735519
DALLAS, TX 75373

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $9,093.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.58**

ECOLAB FOOD SAFETY SPECIALTIES
24198 NETWORK PLACE
CHICAGO, IL 60673

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $10,857.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.59

ELECTRIC MOTOR COMPANY
3433 STANFORD DRIVE NE
ALBUQUERQUE, NM 87107

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4,419.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.60

EPHESUS OFFICE TECHNOLOGIES
2430 MIDTOWN PLACE NE
SUITE A
ALBUQUERQUE, NM 87107

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,179.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.61

EVERWEIGH SCALE INDUSTRIES, LLC
56 TIERRA CASA DR
Pueblo, CO 81005

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2,950.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.62

EXCEL ENGINEERING
100 CAMELOT DRIVE
FOND DU LAC, WI 54935

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $28,852.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.63**

FARMERS BROTHERS CO.
PO BOX 846224
Los Angeles, CA 90084

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $8,388.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.64**

FEDEX
PO BOX 94515
PALATINE, IL 60094

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $54,780.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.65**

FEDEX OFFICE
P.O. BOX 672085
Dallas, TX 75267-2085

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $767.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.66**

FINCHAM TRAILER RENTALS
5601 WILSHIRE NE
ALBUQUERQUE, NM 87113

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $247.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.67

FISHER SCIENTIFIC COMPANY
ACCT# 768066001
PO BOX 404705
ATLANTA, GA 30384

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $402.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.68

FLAGSHIP FOOD GROUP
DBA: TREASURE VALLEY FOOD HOLDINGS, LLC
2205 E RIVERSIDE DR
SUITE 200
EAGLE, ID 83616

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $278,457.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.69

FLOORSHIELD
PO BOX 91105
ALBUQUERQUE, NM 87199

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $3,074.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.70

FOODSERVICE SPECIALISTS
1418 NO 27TH AVE
PHOENIX, AZ 85009

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,829.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.71

FRANK A. AUSTIN
DBA REFRIGERATION & MECH SVC
7611 APRIL FLOWER PL
ALBUQUERQUE, NM 87121

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$497.81

---

3.72

FRANK'S SUPPLY COMPANY
3311 STANFORD DR NE
ALBUQUERQUE, NM 87120

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,602.13

---

3.73

G&I ISLAS INDUSTRIESM INC.
PO BOX 1262
BALDWIN, CA 91706

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,473.87

---

3.74

GENUINE PARTS COMPANY
NAPA AUTO PARTS
PO BOX 2047
NORCROSS, GA 30091

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,973.43

3.75

GEORGE CHIALA FARMS
15500 Hill Road
MORGAN HILL, CA 95037

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $45,793.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.76

GHA TECHNOLOGIES
Dept #2090 PO Box 29661
PHOENIX, AZ 85038

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $3,934.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.77

GILLCO PRODUCTS
DBA: GILLCO INGREDIENTS
PO BOX 841455
LOS ANGELES, CA 90084

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $31,121.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.78

GLORYBEE NATURAL SWEETENERS
120 N. Seneca Road
EUGENE, OR 97402

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $9,104.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.79

GRIFFITH FOODS INC.
P.O BOX 205915
ALSIP, IL 60803

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,313.58

---

3.80

H&E EQUIPMENT SERVICES
PO BOX 849850
DALLAS, TX 75284

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,566.14

---

3.81

HALL ENVIRONMENTAL ANALYSIS
4901 HAWKINS NE
Albuquerque, NM 87109

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$189.79

---

3.82

HEAT AND CONTROL
21121 CABOT BLVD
HAYWARD, CA 94545

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$19,059.43

Debtor  New Mexico Food Distributors, Inc.
Name

Case number (if known) 2:23-bk-14156-SK

3.83

HENRY PRODUCTIONS
DBA: PUMPS & SERVICE
3440 MORNINGSTAR DRIVE
FARMINGTON, NM 87401

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $1,661.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.84

HPS FOOD & INGREDIENTS
706 6th Avenue North
SASKATOON S7K259
AB

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $36,832.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.85

HUDCORP
DBA: ROTOROOTER SERVICES
731 RANKIN RD NE
ALBUQUERQUE, NM 87107

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $716.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.86

HYGIENA
ATTN: ACCOUNTS RECEIVABLES
FILE 2007, 1801 W OLYMOPIC BLVD
PASADENA, CA 91199

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $25,585.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.87

IGOE & COMPANY
PO BOX 501480
SAN DIEGO, CA 92150

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $342.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.88

ILAPAK
105 PHEASANT RUN
NEWTOWN, PA 18940

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $12,037.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.89

IMPERIAL VALLEY FOODS INC.
233 PAULIN AVE
PO BOX 5311
CALEXICO, CA 92232

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $8,844.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.90

INDUSTRIAL WATER ENGINEERING
8701 ALAMEDA PARK DRIVE NE
ALBUQUERQUE, NM 87113

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $3,705.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    New Mexico Food Distributors, Inc.
Name

Case number (if known) 2:23-bk-14156-SK

**3.91**

INSTRUMENT SERVICE LABS INC
8340 WASHINGTON STREET NE
SUITE A
ALBUQUERQUE, NM 87113

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $103.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.92**

Ittella International LLC
6305 Alondra Blvd
Paramount, CA 90723

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $63,784,877.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Notes Payable

**Is the claim subject to offset?**
☐ No

☑ Yes

**3.93**

J. HARPER & ASSOCIATES
DBA: PEAK EQUIPMENT
205 WILLOW DRIVE
MEAD, CO 80542

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,525.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.94**

J.C. FORD COMPANY
901 LESLIE STREET
LAHABRA, CA 90631

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $871,918.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.95

JACKSON COMPACTION
6420 2ND ST NW
ALBUQUERQUE, NM 87107

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $425.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.96

JAMES HARDING
DBA TOP NOTCH HOME REMOD
PO BOX 20547
ALBUQUERQUE, NM 87154

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.97

JETSTREAM ALLIANCE, L.L.C.
10027 N ERIN COURT
Waddell, AZ 85355

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $3,430.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.98

KALSEC
PO BOX 50511
KALAMAZOO, MI 49005

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $7,399.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.99

KDC MECHANICAL
435 MONTANO RD NE
ALBUQUERQUE, NM 87107

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $95,080.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.100

KROY
DBA: BUCKEYE BUSINESS PRODUCTS
PO BOX 392340
CLEVELAND, OH 44193

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $15,484.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.101

LABATT NEW MEXICO LLC.
DBA: LABATT FOOD SERVICE
PO BOX 27730
ALBUQUERQUE, NM 87125

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $78,746.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.102

LAWRENCE EQUIPMENT
2034 NORTH PECK ROAD
SO. EL MONTE, CA 91733

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $52,278.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.103**

LAWRENCE WHOLESALE
P.O. BOX 58307
VERNON, CA 90058

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $29,799.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.104**

LDH ENTERPRISES
6645 ISLETA BLVD SW
ALBUQUERQUE, NM 87105

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4,244.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.105**

LIFE TECHNOLOGIES CORPORATION
12088 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,576.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.106**

LINDE GAS & EQUIPMENT
PO BOX 120812
Dallas, TX 75312-0812

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $538.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    New Mexico Food Distributors, Inc.
Name

Case number *(if known)* 2:23-bk-14156-SK

**3.107**

M.A. & SONS CHILE
PO BOX 302
DERRY, NM 87933

As of the petition filing date, the claim is:    $146,466.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.108**

MARCO STEEL & ALUMINUM
PO BOX 60475
MIDLAND, TX 79711

As of the petition filing date, the claim is:    $6,043.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.109**

MATHESON
DEPT LA 23793
PASADENA, CA 91185-3793

As of the petition filing date, the claim is:    $94.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.110**

MATHESON TRIGAS INC.
DEPT 3028
PO BOX 123028
DALLAS, TX 75312

As of the petition filing date, the claim is:    $147,963.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.111

MEDLEY MATERIAL HANDLING CO
PO Box 258881
OKLAHOMA CITY, OK 73125

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                       $11,051.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.112

MENASHA CORPORATION
1645 BERGSTROM RD
Neenah, WI 54956

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                       $29,957.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.113

MERIEUX NUTRISCIENCES SILLIKER, INC
3155 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                       $13,558.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.114

MESA EQUIPMENT & SUPPLY CO
PO BOX 91568
ALBUQUERQUE, NM 87199

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                       $573.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.115

METTLERTOLEDO INTL INC.
PO Box 730867
DALLAS, TX 75373

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $358.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.116

MEZZONI FOODS
2081 CENTER ST. #155
BERKELEY, CA 94704

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,695.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.117

MICHELSON LABORATORIES INC
6280 CHALET DRIVE
Los Angeles, CA 90040

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,118.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.118

MILE HI FOODS
4770 E 51ST AVE
DENVER, CO 80216

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,440.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.119

MOMAR
PO BOX 19569
ATLANTA, GA 30325

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $28,677.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.120

MPAC LANGEN INC
6500 KITMAT ROAD
UNIT 1
MISSISSAUGA LSN288

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $5,573.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.121

MPAC LANGEN INC.
6500 KITIMAT ROAD, UNIT 1
MISSISSAUGA LSN288
ONTARIO

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $21,999.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.122

NELSONJAMESON INC
PO BOX 1147
MARSHFIELD, WI 54449

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,244.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.123**

NEOGEN CORPORATION
25153 Network Place
Chicago, IL 60673

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $12,488.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.124**

NEW MEXICO GAS COMPANY
PO BOX 27885
ALBUQUERQUE, NM 87125

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $3,964.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.125**

NEW MEXICO KITCHEN SUPPLY
DBA: STANDARD RESTAURANT SUPPLY
879 SOUTH 4400 WEST
SALT LAKE CITY, UT 84104

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $1,336.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.126**

NIELSEN CITRUS PRODUCTS CO INC
15641 Computer Lane
HUNTINGTON BEACH, CA 92649

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $20,049.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.127

NM TAXATION & REVENUE DEPT
PO BOX 25127
SANTA FE, NM 87504

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $13.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.128

NSI LAB SOLUTIONS
7212 ACC BLVD
RALEIGH, NC 27617

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $503.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.129

NUSENDA FEDERAL CREDIT UNION
PO Box 8530
ALBUQUERQUE, NM 87198-0000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
for noticing purposes only

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.130

ONIN STAFFING
P.O. BOX 933473
Atlanta, GA 31193-3473

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $43,507.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.131

OREGON SPICE COMPANY
5441 NE 148TH AVENUE SUITE 101
Portland, OR 97230

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,631.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.132

OREGON TILTH INC
P.O. BOX 368
Corvallis, OR 97339

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.133

OTTO'S NATURALS LLC
1802 STATE RT. 31 N
UNIT 124
CLINTON, NJ 8809

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $28,218.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.134

PALLETS UNLIMITED
5001 CASCADE PL NW
ALBUQUERQUE, NM 87105

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $51,450.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.135

Party Sysco New Mexico, a Division of Sysco USA 1, Inc.
601 Comanche Road NE
Albuquerque, NM 87107

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
for noticing purposes only

**Is the claim subject to offset?**
☑ No

☐ Yes

3.136

PATRICK LAWRENCE ROCHE
DBA: JETSTREAM ALLIANCE, LLC.
10027 N. ERIN COURT
WADDELL, AZ 85355

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                            $3,450.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.137

PAUL CAVAZOS
4492 BALD EAGLE LOOP NE
Rio Rancho, NM 87144

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                               $95.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.138

PEAK EQUIPMENT
519 PEBBLE BEACH AVE
Johnstown, CO 80534

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                            $1,525.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.139

PEAKRYZEK
8458 SOLUTIONS CENTER
CHICAGO, IL 60677

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $7,016.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.140

PEARSON SALES COMPANY
2303 MOUNT VERNON AVENUE
POMONA, CA 91768

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $14,817.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.141

PICOSO FOODS, LLC
8618 MENUAL BLVD NE
SUITE H
ALBUQUERQUE, NM 87112

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $64,562.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.142

PRAAN NATURALS
341 CHRISTIAN ST
Oxford, CT 6478

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,778.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.143**

PRESAGE ANALYTICS
2124 Y ST FLAT
Lincoln, NE 68503

**Date or dates debt was incurred**

| As of the petition filing date, the claim is: | $1,050.00 |

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.144**

PRIME LABEL CONSULTANTS
536 7TH STREET SE
WASHINGTON, DC 20003

**Date or dates debt was incurred**

| As of the petition filing date, the claim is: | $450.00 |

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.145**

PRIME SALES AND MARKETING
3211 University Blvd SE STE.A
ALBUQUERQUE, NM 87106

**Date or dates debt was incurred**

| As of the petition filing date, the claim is: | $1,273.71 |

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.146**

PROFESSIONAL PACKAGING SYSTEMS
PO BOX 530491
GRAND PRAIRIE, TX 75053

**Date or dates debt was incurred**

| As of the petition filing date, the claim is: | $8,163.80 |

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.147

PROFESSIONAL SECURITY CONSULTANTS I
1740 GRANDE BLVD SE SUITE A
Rio Rancho, NM 87124

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,088.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.148

PROSEAL AMERICA
7611 WHITEPINE ROAD
RICHMOND, VA 23237

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $7,937.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.149

PUBLIC SERVICE COMPANY OF NM
DBA: PNM ELECTRIC
PO BOX 27900
ALBUQUERQUE, NM 87125

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2,029.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.150

PURVIS INDUSTRIES
PO BOX 540757
DALLAS, TX 75354

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5,744.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.151**

QUALITECH
318 LAKE HAZELTINE DRIVE
CHASKA, MN 55318

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $13,813.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.152**

R J VAN DRUNEN & SONS INC
PO Box 7215
CAROL STREAM, IL 60197

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $14,092.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.153**

RED SEVEN ELECTRIC
PO BOX 181
JARALES, NM 87023

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $385,131.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.154**

RITEWAY PALLET MFG CO IN
3524 BROADWAY BLVD S.E.
Albuquerque, NM 87105

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $11,895.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.155

RIVENROCK STAFFING
6106 JEFFERSON STREET NE
SUITE B
ALBUQUERQUE, NM 87109

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$49,645.37

3.156

Road Runner Waste Service, Inc
PO BOX 679859
DALLAS, TX 75267

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,353.61

3.157

ROBERT REISER & COMPANY
PO BOX 735469
DALLAS, TX 75373

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$220,379.85

3.158

ROBERT REISER & COMPANY
PO BOX 735469
DALLAS, TX 75373

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
for noticing purposes only

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.00

3.159

RS EMPLOYMENT SERVICES
RedCap Staffing
PO Box 7850
GAINESVILLE, GA 30504

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $2,688.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.160

SAFE FOOD CERTIFICLATION, LLC
710 STRIKER AVE
Sacramento, CA 95834

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $414.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.161

SAFETY COUNSELLING INC
DBA: BRAZAS FIRE
3207 MATTHEW AVE NE
ALBUQUERQUE, NM 87107

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $856.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.162

SAFETYKLEEN SYSTEMS
PO BOX 650509
DALLAS, TX 75265

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $1,494.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.163

SATARIA ACQUISITION
DBA: FLAGSHIP LOGISTICS GROUP
13739 LINCOLN ST NE
HAM LAKE, MN 55304

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $7,540.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.164

SEENERGY FOODS LIMITED
475 N RIVERMEDE ROAD
CONCORD L4K3N1
ONTARIO

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $46,912.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.165

SELECT OFFICE SYSTEMS
PO BOX 11777
BURBANK, CA 91510

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $1,243.84
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.166

SFC HOLDINGS
DBA: SHOES FOR CREWS, LLC.
P.O. BOX 734176
CHICAGO, IL 60673

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $5,932.25
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.167

SHAMROCK FOODS COMPANY & SUBS
PO BOX 843539
LOS ANGELES, CA 90084

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $470,280.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.168

Shell Packaging Corporation
DBA FLEXCON CORP
200 CONNELL DR
BERKELY HEIGHTS, NJ 7922

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $10,985.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.169

SHOES FOR CREWS, LLC
5000 T-REX AVE SUITE 100
Boca Raton, FL 33431

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $2,321.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.170

Shoman Staffing Services
5810 LOMAS BLVD NE
ALBUQUERQUE, NM 87110

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $59,408.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.171

SOUP BASES LOADED INC.
2355 E. FRANCIS ST.
ONTARIO, CA 91761

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,514.50

3.172

SOUTHWEST COPY SYSTEMS
4545 McLEOD NE
ALBUQUERQUE, NM 87109

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$735.74

3.173

SOUTHWEST SEAL & SUPPLY
3825 OSUNA RD NE
SUITE 6
ALBUQUERQUE, NM 87109

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$160.17

3.174

STANDARD RESTAURAUNT SUPPLY
879 SOUTH 4400 WEST
SALT LAKE CITY, UT 84104

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$37.60

3.175

STANLEY J WETCH
DBA SOLSOURCE FOODS LLC
1435 N HARBOR BLVD, #43
FULLERTON, CA 92835

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $18,884.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.176

Sumitomo Mitsui Finance & Lease Company, Limited
666 Third Avenue
New York, NY 10001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
for noticing purposes only

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.177

SUN VIEW FOODS
8001 N. MESA AT. #124
EL PASO, TX 79932

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $40,840.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.178

SUNRISE PACKAGING FILMS
17121 SOUTH CENTRAL AVE 2A
CARSON, CA 90746

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $17,125.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.179

SUPERIOR LITHOGRAPHICS
3055 BANDINI BLVD.,
LOS ANGELES, CA 90058

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**        $18,788.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.180

SUPPLYONE
8330 JEFFERSON ST. NE
Albuquerque, NM 87113

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**        $10,725.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.181

SUPPLYONE TUCSON
DBA: SUPPLYONE ALBUQUERQUE, INC.
8330 JEFFERSON ST NE
ALBUQUERQUE, NM 87113

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**        $3,354.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.182

SYMMETRY ENERGY SOLUTIONS
PO BOX 301149
Dallas, TX 75303-1149

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**        $12,287.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.183

SYSCO USA I
601 COMANCHE RD NE
ALBUQUERQUE, NM 87107

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $246,635.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.184

TERRANOVA NM
10539 Redbud St. NW
ALBUQUERQUE, NM 87114

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $19,849.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.185

TRANSPORTATION RENTAL & SALES INC
3531 2ND ST SW
Albuquerque, NM 87105

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $16,963.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.186

TUSCANY CHEESE LLC.
6850 ARTESIA BLVD.
BUENA PARK, CA 90620

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $149,583.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   New Mexico Food Distributors, Inc.
Name

Case number *(if known)* 2:23-bk-14156-SK

---

**3.187**

UNEEK CONSTRUCTION
5919 Canis Ave.
ALBUQUERQUE, NM 87114

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5,828.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.188**

UNITED CONCORDIA INSURANCE CO
PO BOX 827377
PHILADELPHIA, PA 19182

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5,548.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.189**

UNITED REFRIGERATION
3329 PRINCETON DR NE
ALBUQUERQUE, NM 87107

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $10,031.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.190**

UNITED STATES PLASTICS CORP
1390 NEUBRECHT ROAD
LIMA, OH 45801

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,174.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.191**

UPFIELD US
PO BOX 7308
CAROL STREAM, IL 60197

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $101,857.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.192**

US Foods, Inc.
3700 Prince St. SE
Albuquerque, NM 87105

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.193**

US FOODSERVICE INC.
P.O. BOX 840243
DALLAS, TX 75284

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $71,904.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.194**

USC BAG MANUFACTURING
2512 MADISON STREET NE
ALBUQUERQUE, NM 87110

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $8,531.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.195

VIOBIN LLC
730 17th St., Suite 600
DENVER, CO 80202

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $49,861.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.196

WE DO WINDOWS
21 CELESTE COURT
LOS LUNAS, NM 87031

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $187.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.197

WELCH EQUIPMENT COMPANY
5830 MIDWAY PARK BLVD NE
ALBUQUERQUE, NM 87109

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $13,562.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.198

WESTROCK COMPANY
PO BOX 840865
DALLAS, TX 75284

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $154,536.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.199

WM CORPORATE SERVICES, INC
PO BOX 7400
Pasadena, CA 91109

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $3,259.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.200

ZEP SALES & SERVICE
600 GALLERIA PARKWAY
SUITE 1500
Atlanta, GA 30339

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $437.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line | |
| | ☐ Not listed. Explain | |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. | $73,233,166.51 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $73,233,166.51 |

**Fill in this information to identify the case:**

Debtor name: New Mexico Food Distributors, Inc.

United States Bankruptcy Court for the: Central District of California

Case number: 2:23-bk-14156-SK

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**Schedule G:**    **Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | LARRY GUTIERREZ<br>8618 Menaul Blvd NE<br>Ste H<br>Albuquerque, NM 87112 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | GREG PLUEMER<br>490 Sand Sage<br>Los Lunas, NM 87031 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Vehicle Lease | PENSKE TRUCK LEASING CO, L.P.<br>PO Box 1321<br>Reading, PA 19603 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.4    **State what the contract or lease is for and the nature of the debtor's interest**    Vehicle Lease    PENSKE TRUCK LEASING CO, L.P.
PO Box 1321
Reading, PA 19603

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.5    **State what the contract or lease is for and the nature of the debtor's interest**    Vehicle Lease    PENSKE TRUCK LEASING CO, L.P.
PO Box 1321
Reading, PA 19603

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.6    **State what the contract or lease is for and the nature of the debtor's interest**    Vehicle Lease    PENSKE TRUCK LEASING CO, L.P.
PO Box 1321
Reading, PA 19603

**State the term remaining**    Unknown

**List the contract number of any government contract**

**Fill in this information to identify the case:**

Debtor name: New Mexico Food Distributors, Inc.

United States Bankruptcy Court for the: Central District of California

Case number: 2:23-bk-14156-SK

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 Ittella International LLC | 6305 Alondra Blvd, Paramount, CA 90723 | UMB Bank | ☑ D ☐ E/F ☐ G |
| 2.2 BCI Acquisition, Inc. | 6305 Alondra Blvd, Paramount, CA 90723 | UMB Bank | ☑ D ☐ E/F ☐ G |
| 2.3 Myjojo, Inc. | 6305 Alondra Blvd, Paramount, CA 90723 | UMB Bank | ☑ D ☐ E/F ☐ G |
| 2.4 Karsten Tortilla Factory, LLC | 6305 Alondra Blvd, Paramount, CA 90723 | UMB Bank | ☑ D ☐ E/F ☐ G |

2.5
Ittella's Chef, LLC

6305 Alondra Blvd, Paramount, CA 90723

UMB Bank

☑ D
☐ E/F
☐ G

2.6
TTCF-NM Holdings Inc.

6305 Alondra Blvd, Paramount, CA 90723

UMB Bank

☑ D
☐ E/F
☐ G

2.7
Tattooed Chef, Inc.

6305 Alondra Blvd, Paramount, CA 90723

UMB Bank

☑ D
☐ E/F
☐ G

**Fill in this information to identify the case:**

Debtor name: New Mexico Food Distributors, Inc.

United States Bankruptcy Court for the: Central District of California

Case number: 2:23-bk-14156-SK

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a    Other documents filed concurrently herewith
declaration

I declare under penalty of perjury that the foregoing is true and correct.

07/28/2023
_____
Executed on

*Edward Bidanset*
_____
Signature of individual signing on behalf of debtor
Edward Bidanset

Printed name
Chief Restructuring Officer

Position or relationship to debtor

DAVID L. NEALE (State Bar No. 141225)
TODD M. ARNOLD (State Bar No. 221868)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
ROBERT M. CARRASCO (SBN 334642)
LEVENE, NEAL, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dln@lnbyg.com; tma@lnbyg.com; jpf@lnbyg.com; rmc@lnbyg.com

Proposed Attorneys for Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Lead Case No.: 2:23-bk-14154-SK |
| ☐ ITTELLA INTERNATIONAL LLC, a California limited liability company<br>☐ ITTELLA'S CHEF, LLC, a California limited liability company<br>☐ TATTOOED CHEF, INC., a Delaware corporation<br>☐ MYJOJO, INC., a Delaware corporation<br>☒ NEW MEXICO FOOD DISTRIBUTORS, INC, a New Mexico corporation<br>☐ KARSTEN TORTILLA FACTORY, LLC, a New Mexico limited liability company<br>☐ BCI ACQUISITION, INC., a Delaware corporation<br>☐ TTCF-NM HOLDINGS INC., a New Mexico corporation<br>☐ All Debtors<br><br>Debtors and Debtors-in-Possession. | Jointly administered with Case Nos. 2:23-bk-14159-SK; 2:23-bk-14161-SK; 2:23-bk-14157-SK; 2:23-bk-14158-SK; 2:23-bk-14155-SK; 2:23-bk-14156-SK; and 2:23-bk-14160-SK<br><br>Chapter 11 |

## STATEMENT OF FINANCIAL AFFAIRS FOR NEW MEXICO FOOD DISTRIBUTORS, INC.
### (CASE NO. 2:23-bk-14156-SK)

| Fill in this information to identify the case: | |
|---|---|
| Debtor name: New Mexico Food Distributors, Inc. | |
| United States Bankruptcy Court for the: Central District of California | |
| Case number: 2:23-bk-14156-SK | ☐ Check if this is an amended filing |

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 1/1/2023 | to 6/30/2023 | ☑ Operating a business<br>☐ Other | $22,189,569.24 |
| For prior year: | From 1/1/2022 | to 12/31/2022 | ☑ Operating a business<br>☐ Other | $42,973,465.82 |
| For the year before that: | From 5/15/2021 | to 12/31/2021 | ☑ Operating a business<br>☐ Other | $20,099,287.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 1/1/2023 | to Filing Date | Sale of Assets | $31,800.00 |
| For prior year: | From | to | | |
| For the year before that: | From | to | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers - including expense reimbursements - to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1<br><br>See SOFA 3 Attachment | | $7,688,846.11 | ☐ Secured debt<br><br>☐ Unsecured loan repayments<br><br>☐ Suppliers or vendors<br><br>☐ Services<br><br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1<br><br>Relationship to debtor | | | ☐ Secured debt<br><br>☐ Unsecured loan repayments<br><br>☐ Suppliers or vendors<br><br>☐ Services<br><br>☐ Other |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.
Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1 | | | |

Debtor    New Mexico Food Distributors, Inc.
Name

Case number *(if known)* 2:23-bk-14156-SK

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1**<br><br>TREASURE VALLEY FOOD HOLDINGS<br>420 W DAKOTA<br>NAMPA, ID 83686 | Applied receivable to payable<br>Last 4 digits of account number | 5/1/2023 | $317,621.00 |
| **6.2**<br><br>LITTLE ANITA'S<br>2105 MOUNTAIN RD NW<br>#1468<br>ALBUQUERQUE, NM | Applied receivable to payable<br>Last 4 digits of account number | 6/23/2023 | $2,083.99 |
| **6.3**<br><br>GREEN CHILE CONCEPT<br>800 E CAMPBELL<br>#110<br>RICHARDSON, TX | Applied receivable to payable<br>Last 4 digits of account number | 6/1/2023 | $354,988.81 |
| **6.4**<br><br>BLAKE'S LOTABURGER<br>3205 RICHMOND DRIVE NE<br>ALBUQUERQUE, NM 87107 | Applied receivable to payable<br>Last 4 digits of account number | 6/1/2023 | $20,060.91 |
| **6.5**<br><br>505 SOUTHWESTERN LLC<br>6455 S YOSEMITE ST<br>STE 140<br>GREENWOOD VILLAGE, CO 80111-5060 | Applied receivable to payable<br>Last 4 digits of account number | 4/4/2023 | $788,475.60 |

## Part 3:    Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.1**<br><br>**Name**<br><br>**Case number** | | Name<br><br>Street<br><br>City          State    Zip | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| 8.1 <br><br> Custodian's name and address <br><br> _____ <br> Street <br><br> _____ <br> City       State      Zip | Case title <br> _____ <br><br> Case number <br> _____ <br><br> Date of order or assignment <br> _____ | Court name and address <br> Name <br> _____ <br> Street <br> _____ <br> City       State      Zip |

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 <br><br> Recipient's name <br> _____ <br> Street <br> _____ <br> City       State      Zip <br> _____ <br> **Recipient's relationship to debtor** <br> _____ | _____ | _____ | _____ |

## Part 5:    Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 <br><br> _____ | _____ | _____ | _____ |

| Part 6: | Certain Payments or Transfers |
|---|---|

---

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1 | | | |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| 12.1 | | | |
| Trustee | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 | | | |
| Relationship to debtor | | | |

| Part 7: | Previous Locations |
|---|---|

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1 | | | | |
| Street | | | From | to |
| City | State | Zip | | |

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☐ diagnosing or treating injury, deformity, or disease, or

☐ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1 | | |

Street _____

City _____ State _____ Zip _____

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider

_____

**How are records kept?**
Check all that apply:

☐ Electronically

☐ Paper

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

**Name of plan**             **Employer identification number of the plan**

_____      _____

Has the plan been terminated?

☐ No

☐ Yes

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

## 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 Name _____ Street _____ City ____ State __ Zip __ | _____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | _____ | _____ |

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 Name _____ Street _____ City ____ State __ Zip __ | Address _____ | | ☐ No ☐ Yes |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 Name DESERT PREMIUM LOGISTICS Street 530 AIRPORT DRIVE NW City ALBUQUERQUE State NM Zip __ | Address _____ | INVENTORY | ☐ No ☑ Yes |

Debtor  New Mexico Food Distributors, Inc.                                              Case number *(if known)* 2:23-bk-14156-SK
       Name

---

**Part 11:**    **Property the Debtor Holds or Controls that the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| 21.1 | | | |

---

**Part 12:**    **Details About Environmental Information**

**For the purpose of Part 12, the following definitions apply:**

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders

☑ No.

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| 22.1<br><br>Case Number | Name<br><br>Street<br><br>City        State    Zip | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 23.1<br>Name<br><br>Street<br><br>City        State    Zip | Name<br><br>Street<br><br>City        State    Zip | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 24.1 | | | |
| Name | Name | | |
| Street | Street | | |
| City        State    Zip | City        State    Zip | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1 | | EIN |
| | | **Dates business existed** |
| | | From            to |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1 | |
| | From            to |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1 | |
| DELOITTE & TOUCHE PO BOX 844708 DALLAS, TX 75284-4708 | From 1/1/2022      to 3/31/2023 |
| 26b.2 | |
| BDO LLP PO BOX 677973 DALLAS, TX 75267-7973 | From 4/1/2020      to 12/31/2022 |

26b.3

| | From | to |
|---|---|---|
| GRANT THORNTON LLP<br>33562 TREASURY CENTER<br>CHICAGO, IL 60694-3500 | 4/1/2020 | Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1 |
| UMB Bank<br>P.O. BOX 419226<br>MAILSTOP 1170103D<br>Kansas City, MO 64141-6226<br>greg.carasik@umb.com |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Armando Soto | 6/30/2023 | $8,420,012.39 Avg Cost |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1 |
| Stephanie Dieckmann-CFO<br>6305 Alondra Blvd<br>Paramount, CA 90723 |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name and Address | Position and nature of any interest | % of interest, if any |
|---|---|---|
| 28.1 | | |
| TATTOOED CHEF INC<br>6305 ALONDRA BLVD.<br>PARAMOUNT, CA 90723 | Owner | 100% |
| 28.2 | | |
| SALVATORE GALLETTI<br>27996 PALOS VERDES DR E<br>RANCHO PALOS VERDES, CA 90275 | Chief Executive Officer | 0% |

28.3

| | | |
|---|---|---|
| STEPHANIE DIECKMANN<br>1002 S AMBRIDGE ST<br>ANAHEIM, CA 92806 | Chief Financial Officer | 0% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name and Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|
| 29.1 | | From _____ to _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 | | | |

| Relationship To Debtor |
|---|
| |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 31.1  Tattooed Chef Inc | EIN  82-5457906 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 32.1 | EIN |

**SOFA 3 ATTACHMENT**

Certain payments or transfers to creditors within 90 days before filing this case

| | Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.1 | 3M COMPANY | P.O. BOX 371227 | | PITTSBURGH | PA | 15250-7227 | | 5/30/2023 | $21,553.74 | Supplies & Services |
| | | | | | | | | **TOTAL:** | **$21,553.74** | |
| 3.2 | ABCWUA | ALB BERNALILLO COUNTY WATER UTILITY | PO BOX 27226 | ALBUQUERQUE | NM | 87125 | | 4/13/2023 | $20.86 | Supplies & Services |
| 3.3 | ABCWUA | ALB BERNALILLO COUNTY WATER UTILITY | PO BOX 27226 | ALBUQUERQUE | NM | 87125 | | 5/3/2023 | $10,083.02 | Supplies & Services |
| 3.4 | ABCWUA | ALB BERNALILLO COUNTY WATER UTILITY | PO BOX 27226 | ALBUQUERQUE | NM | 87125 | | 5/16/2023 | $500.83 | Supplies & Services |
| 3.5 | ABCWUA | ALB BERNALILLO COUNTY WATER UTILITY | PO BOX 27226 | ALBUQUERQUE | NM | 87125 | | 5/16/2023 | $695.97 | Supplies & Services |
| 3.6 | ABCWUA | ALB BERNALILLO COUNTY WATER UTILITY | PO BOX 27226 | ALBUQUERQUE | NM | 87125 | | 5/16/2023 | $8,862.00 | Supplies & Services |
| 3.7 | ABCWUA | ALB BERNALILLO COUNTY WATER UTILITY | PO BOX 27226 | ALBUQUERQUE | NM | 87125 | | 5/16/2023 | $20.86 | Supplies & Services |
| 3.8 | ABCWUA | ALB BERNALILLO COUNTY WATER UTILITY | PO BOX 27226 | ALBUQUERQUE | NM | 87125 | | 5/16/2023 | $8,419.83 | Supplies & Services |
| 3.9 | ABCWUA | ALB BERNALILLO COUNTY WATER UTILITY | PO BOX 27226 | ALBUQUERQUE | NM | 87125 | | 5/16/2023 | $11,911.71 | Supplies & Services |
| 3.10 | ABCWUA | ALB BERNALILLO COUNTY WATER UTILITY | PO BOX 27226 | ALBUQUERQUE | NM | 87125 | | 5/17/2023 | $501.17 | Supplies & Services |
| 3.11 | ABCWUA | ALB BERNALILLO COUNTY WATER UTILITY | PO BOX 27226 | ALBUQUERQUE | NM | 87125 | | 5/23/2023 | $10,285.52 | Supplies & Services |
| 3.12 | ABCWUA | ALB BERNALILLO COUNTY WATER UTILITY | PO BOX 27226 | ALBUQUERQUE | NM | 87125 | | 5/23/2023 | $10,773.49 | Supplies & Services |
| 3.13 | ABCWUA | ALB BERNALILLO COUNTY WATER UTILITY | PO BOX 27226 | ALBUQUERQUE | NM | 87125 | | 5/23/2023 | $523.43 | Supplies & Services |
| 3.14 | ABCWUA | ALB BERNALILLO COUNTY WATER UTILITY | PO BOX 27226 | ALBUQUERQUE | NM | 87125 | | 5/30/2023 | $9,070.55 | Supplies & Services |
| 3.15 | ABCWUA | ALB BERNALILLO COUNTY WATER UTILITY | PO BOX 27226 | ALBUQUERQUE | NM | 87125 | | 5/30/2023 | $10,121.21 | Supplies & Services |
| 3.16 | ABCWUA | ALB BERNALILLO COUNTY WATER UTILITY | PO BOX 27226 | ALBUQUERQUE | NM | 87125 | | 5/30/2023 | $20.86 | Supplies & Services |
| 3.17 | ABCWUA | ALB BERNALILLO COUNTY WATER UTILITY | PO BOX 27226 | ALBUQUERQUE | NM | 87125 | | 5/31/2023 | $9,070.55 | Supplies & Services |
| 3.18 | ABCWUA | ALB BERNALILLO COUNTY WATER UTILITY | PO BOX 27226 | ALBUQUERQUE | NM | 87125 | | 6/20/2023 | $10,382.39 | Supplies & Services |
| 3.19 | ABCWUA | ALB BERNALILLO COUNTY WATER UTILITY | PO BOX 27226 | ALBUQUERQUE | NM | 87125 | | 6/20/2023 | $557.78 | Supplies & Services |
| 3.20 | ABCWUA | ALB BERNALILLO COUNTY WATER UTILITY | PO BOX 27226 | ALBUQUERQUE | NM | 87125 | | 6/26/2023 | $20.86 | Supplies & Services |
| | | | | | | | | **TOTAL:** | **$101,842.89** | |
| 3.21 | ACUITY SPECIALTY PRODUCTS | DBA: AFCO US | 13237 COLLECTIONS CENTER DR. | CHICAGO | IL | 60693 | | 4/25/2023 | $16,230.26 | Supplies & Services |
| 3.22 | ACUITY SPECIALTY PRODUCTS | DBA: AFCO US | 13237 COLLECTIONS CENTER DR. | CHICAGO | IL | 60693 | | 5/2/2023 | $4,073.15 | Supplies & Services |
| 3.23 | ACUITY SPECIALTY PRODUCTS | DBA: AFCO US | 13237 COLLECTIONS CENTER DR. | CHICAGO | IL | 60693 | | 5/30/2023 | $497.51 | Supplies & Services |
| 3.24 | ACUITY SPECIALTY PRODUCTS | DBA: AFCO US | 13237 COLLECTIONS CENTER DR. | CHICAGO | IL | 60693 | | 6/7/2023 | $17,927.82 | Supplies & Services |
| | | | | | | | | **TOTAL:** | **$38,728.74** | |
| 3.25 | ARAMARK UNIFORM & CAREER APPEAR, GR | 115 N FIRST STREET | | BURBANK | CA | 91502 | | 5/15/2023 | $12,369.91 | Supplies & Services |
| 3.26 | ARAMARK UNIFORM & CAREER APPEAR, GR | 115 N FIRST STREET | | BURBANK | CA | 91502 | | 5/24/2023 | $5,263.15 | Supplies & Services |
| 3.27 | ARAMARK UNIFORM & CAREER APPEAR, GR | 115 N FIRST STREET | | BURBANK | CA | 91502 | | 5/24/2023 | $4,713.97 | Supplies & Services |
| 3.28 | ARAMARK UNIFORM & CAREER APPEAR, GR | 115 N FIRST STREET | | BURBANK | CA | 91502 | | 5/24/2023 | $2,532.32 | Supplies & Services |
| 3.29 | ARAMARK UNIFORM & CAREER APPEAR, GR | 115 N FIRST STREET | | BURBANK | CA | 91502 | | 5/24/2023 | $723.06 | Supplies & Services |
| 3.30 | ARAMARK UNIFORM & CAREER APPEAR, GR | 115 N FIRST STREET | | BURBANK | CA | 91502 | | 5/24/2023 | $10,673.60 | Supplies & Services |
| 3.31 | ARAMARK UNIFORM & CAREER APPEAR, GR | 115 N FIRST STREET | | BURBANK | CA | 91502 | | 5/26/2023 | $15,525.45 | Supplies & Services |
| | | | | | | | | **TOTAL:** | **$51,801.46** | |
| 3.32 | BAKEMARK INGREDIENTS | PO BOX 845315 | | LOS ANGELES | CA | 90084-5315 | | 4/18/2023 | $13,990.00 | Supplies & Services |
| 3.33 | BAKEMARK INGREDIENTS | PO BOX 845315 | | LOS ANGELES | CA | 90084-5315 | | 4/26/2023 | $38,594.00 | Supplies & Services |
| 3.34 | BAKEMARK INGREDIENTS | PO BOX 845315 | | LOS ANGELES | CA | 90084-5315 | | 5/11/2023 | $31,598.49 | Supplies & Services |
| 3.35 | BAKEMARK INGREDIENTS | PO BOX 845315 | | LOS ANGELES | CA | 90084-5315 | | 5/16/2023 | $22,344.00 | Supplies & Services |
| 3.36 | BAKEMARK INGREDIENTS | PO BOX 845315 | | LOS ANGELES | CA | 90084-5315 | | 6/7/2023 | $10,808.81 | Supplies & Services |
| 3.37 | BAKEMARK INGREDIENTS | PO BOX 845315 | | LOS ANGELES | CA | 90084-5315 | | 6/9/2023 | $53,600.65 | Supplies & Services |
| | | | | | | | | **TOTAL:** | **$170,935.95** | |
| 3.38 | BATORY FOODS | 10255 HIGGINS ROAD | SUITE 500 | DES PLAINES | IL | 60018 | | 5/25/2023 | $14,529.63 | Supplies & Services |
| | | | | | | | | **TOTAL:** | **$14,529.63** | |
| 3.39 | BAYLOR PROPERTIES | 490 SAND SAGE | | LOS LUNAS | NM | 87031 | | 4/3/2023 | $16,638.75 | Rent |
| 3.40 | BAYLOR PROPERTIES | 490 SAND SAGE | | LOS LUNAS | NM | 87031 | | 5/2/2023 | $16,638.75 | Rent |
| 3.41 | BAYLOR PROPERTIES | 490 SAND SAGE | | LOS LUNAS | NM | 87031 | | 6/7/2023 | $16,638.75 | Rent |
| 3.42 | BAYLOR PROPERTIES | 490 SAND SAGE | | LOS LUNAS | NM | 87031 | | 6/30/2023 | $16,638.75 | Rent |
| | | | | | | | | **TOTAL:** | **$66,555.00** | |
| 3.43 | BEN E. KEITH FOODS | 601 BEN E KEITH WAY NW | | ALBUQUERQUE | NM | 87121 | | 4/3/2023 | $44,044.50 | Supplies & Services |
| 3.44 | BEN E. KEITH FOODS | 601 BEN E KEITH WAY NW | | ALBUQUERQUE | NM | 87121 | | 4/7/2023 | $109,189.90 | Supplies & Services |
| 3.45 | BEN E. KEITH FOODS | 601 BEN E KEITH WAY NW | | ALBUQUERQUE | NM | 87121 | | 4/18/2023 | $22,946.25 | Supplies & Services |
| 3.46 | BEN E. KEITH FOODS | 601 BEN E KEITH WAY NW | | ALBUQUERQUE | NM | 87121 | | 4/26/2023 | $67,556.85 | Supplies & Services |
| 3.47 | BEN E. KEITH FOODS | 601 BEN E KEITH WAY NW | | ALBUQUERQUE | NM | 87121 | | 5/1/2023 | $47,557.92 | Supplies & Services |
| 3.48 | BEN E. KEITH FOODS | 601 BEN E KEITH WAY NW | | ALBUQUERQUE | NM | 87121 | | 5/9/2023 | $50,205.03 | Supplies & Services |
| 3.49 | BEN E. KEITH FOODS | 601 BEN E KEITH WAY NW | | ALBUQUERQUE | NM | 87121 | | 5/18/2023 | $39,661.96 | Supplies & Services |
| 3.50 | BEN E. KEITH FOODS | 601 BEN E KEITH WAY NW | | ALBUQUERQUE | NM | 87121 | | 5/18/2023 | $26,301.94 | Supplies & Services |
| 3.51 | BEN E. KEITH FOODS | 601 BEN E KEITH WAY NW | | ALBUQUERQUE | NM | 87121 | | 5/18/2023 | $51,419.88 | Supplies & Services |
| 3.52 | BEN E. KEITH FOODS | 601 BEN E KEITH WAY NW | | ALBUQUERQUE | NM | 87121 | | 5/22/2023 | $54,098.19 | Supplies & Services |
| 3.53 | BEN E. KEITH FOODS | 601 BEN E KEITH WAY NW | | ALBUQUERQUE | NM | 87121 | | 5/26/2023 | $42,282.14 | Supplies & Services |
| 3.54 | BEN E. KEITH FOODS | 601 BEN E KEITH WAY NW | | ALBUQUERQUE | NM | 87121 | | 5/30/2023 | $8,007.00 | Supplies & Services |
| 3.55 | BEN E. KEITH FOODS | 601 BEN E KEITH WAY NW | | ALBUQUERQUE | NM | 87121 | | 6/7/2023 | $14,669.68 | Supplies & Services |
| | | | | | | | | **TOTAL:** | **$577,961.24** | |
| 3.56 | BRIDGEWELL AGRIBUSINESS | PO BOX 2289 | | CLACKAMAS | OR | 97015-9594 | | 4/18/2023 | $32,655.00 | Supplies & Services |
| 3.57 | BRIDGEWELL AGRIBUSINESS | PO BOX 2289 | | CLACKAMAS | OR | 97015-9594 | | 4/18/2023 | $53,602.00 | Supplies & Services |
| 3.58 | BRIDGEWELL AGRIBUSINESS | PO BOX 2289 | | CLACKAMAS | OR | 97015-9594 | | 5/22/2023 | $20,945.50 | Supplies & Services |
| 3.59 | BRIDGEWELL AGRIBUSINESS | PO BOX 2289 | | CLACKAMAS | OR | 97015-9594 | | 5/25/2023 | $53,603.00 | Supplies & Services |
| | | | | | | | | **TOTAL:** | **$160,805.50** | |
| 3.60 | BWAB HOLDINGS | DBA: BRIDGEWELL AGRIBUSINESS, LLC. | PO BOX 2289 | CLACKAMAS | OR | 97015 | | 4/18/2023 | $20,948.00 | Supplies & Services |
| | | | | | | | | **TOTAL:** | **$20,948.00** | |
| 3.61 | CIGNA HEALTHCARE | BANK OF AMERICA-CHILC-CHICAGO | 5476 COLLECTION CENTER DR | CHICAGO | IL | 60693 | | 4/3/2023 | $29,155.30 | Supplies & Services |
| 3.62 | CIGNA HEALTHCARE | BANK OF AMERICA-CHILC-CHICAGO | 5476 COLLECTION CENTER DR | CHICAGO | IL | 60693 | | 4/6/2023 | $2,378.10 | Insurance |
| 3.63 | CIGNA HEALTHCARE | BANK OF AMERICA-CHILC-CHICAGO | 5476 COLLECTION CENTER DR | CHICAGO | IL | 60693 | | 4/6/2023 | $8,151.96 | Insurance |
| 3.64 | CIGNA HEALTHCARE | BANK OF AMERICA-CHILC-CHICAGO | 5476 COLLECTION CENTER DR | CHICAGO | IL | 60693 | | 5/22/2023 | $36,687.84 | Insurance |
| 3.65 | CIGNA HEALTHCARE | BANK OF AMERICA-CHILC-CHICAGO | 5476 COLLECTION CENTER DR | CHICAGO | IL | 60693 | | 6/23/2023 | $26,420.06 | Insurance |
| | | | | | | | | **TOTAL:** | **$102,793.26** | |
| 3.66 | CVD PEST CONTROL | DBA: THE BUG MAN PEST CONTROL | PO BOX 51524 | ALBUQUERQUE | NM | 87123 | | 4/18/2023 | $5,545.03 | Utilities |
| 3.67 | CVD PEST CONTROL | DBA: THE BUG MAN PEST CONTROL | PO BOX 51524 | ALBUQUERQUE | NM | 87123 | | 6/23/2023 | $4,553.01 | Utilities |

In re: New Mexico Food Distributors, Inc.
Case No. 23-14156

**SOFA 3 ATTACHMENT**

Certain payments or transfers to creditors within 90 days before filing this case

| | Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **TOTAL:** | **$10,098.04** | |
| 3.68 | DESERT PREMIUM LOGISTICS | DBA: SATARIA ACQUISITION LLC | 13739 LINCOLN STREET NE | HAM LAKE | MN | 55304 | | 5/30/2023 | $10,000.00 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$10,000.00** | |
| 3.69 | FLEETPRIDE | PO BOX 847118 | | DALLAS | TX | 75284 | | 4/18/2023 | $4,287.44 | Suppliers & Services |
| 3.70 | FLEETPRIDE | PO BOX 847118 | | DALLAS | TX | 75284 | | 5/1/2023 | $3,665.48 | Suppliers & Services |
| 3.71 | FLEETPRIDE | PO BOX 847118 | | DALLAS | TX | 75284 | | 6/28/2023 | $4,297.37 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$12,250.29** | |
| 3.72 | FLEXCON CORPORATION | 200 CONNELL DRIVE | | BERKELEY HEIGHTS | NJ | 7922 | | 5/16/2023 | $10,985.58 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$10,985.58** | |
| 3.73 | G&I ISLAS INDUSTRIES INC. | PO BOX 1262 | | BALDWIN | CA | 91706 | | 4/18/2023 | $8,463.16 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$8,463.16** | |
| 3.74 | GEORGE CHIALA FARMS | 15500 HILL ROAD | | MORGAN HILL | CA | 95037 | | 4/25/2023 | $41,515.40 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$41,515.40** | |
| 3.75 | GILLCO PRODUCTS | DBA:  GILLCO INGREDIENTS | PO BOX 841455 | LOS ANGELES | CA | 90084 | | 4/25/2023 | $7,000.00 | Suppliers & Services |
| 3.76 | GILLCO PRODUCTS | DBA:  GILLCO INGREDIENTS | PO BOX 841455 | LOS ANGELES | CA | 90084 | | 5/2/2023 | $7,000.00 | Suppliers & Services |
| 3.77 | GILLCO PRODUCTS | DBA:  GILLCO INGREDIENTS | PO BOX 841455 | LOS ANGELES | CA | 90084 | | 5/27/2023 | $7,000.00 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$21,000.00** | |
| 3.78 | GLORYBEE NATURAL SWEETENERS | 120 N. SENECA ROAD | | EUGENE | OR | 97402 | | 5/2/2023 | $6,052.37 | Suppliers & Services |
| 3.79 | GLORYBEE NATURAL SWEETENERS | 120 N. SENECA ROAD | | EUGENE | OR | 97402 | | 5/27/2023 | $3,000.00 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$9,052.37** | |
| 3.80 | GUARDIAN | PO BOX 677458 | | DALLAS | TX | 75267-7458 | | 6/23/2023 | $15,837.22 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$15,837.22** | |
| 3.81 | INDUSTRIAL WATER ENGINEERING | 8701 ALAMEDA PARK DRIVE NE | | ALBUQUERQUE | NM | 87113 | | 4/12/2023 | $7,157.84 | Services |
| 3.82 | INDUSTRIAL WATER ENGINEERING | 8701 ALAMEDA PARK DRIVE NE | | ALBUQUERQUE | NM | 87113 | | 4/25/2023 | $3,576.22 | Services |
| 3.83 | INDUSTRIAL WATER ENGINEERING | 8701 ALAMEDA PARK DRIVE NE | | ALBUQUERQUE | NM | 87113 | | 5/4/2023 | $7,157.84 | Services |
| | | | | | | | | **TOTAL:** | **$17,891.90** | |
| 3.84 | INTERNATIONAL FOOD SYSTEMS | 1614 IH 35 NORTH | | NEW BRAUNFELS | TX | 78130 | | 4/3/2023 | $45.00 | Suppliers & Services |
| 3.85 | INTERNATIONAL FOOD SYSTEMS | 1614 IH 35 NORTH | | NEW BRAUNFELS | TX | 78130 | | 4/3/2023 | $16,051.34 | Suppliers & Services |
| 3.86 | INTERNATIONAL FOOD SYSTEMS | 1614 IH 35 NORTH | | NEW BRAUNFELS | TX | 78130 | | 4/28/2023 | $14,950.00 | Suppliers & Services |
| 3.87 | INTERNATIONAL FOOD SYSTEMS | 1614 IH 35 NORTH | | NEW BRAUNFELS | TX | 78130 | | 5/2/2023 | $1,104.00 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$32,150.34** | |
| 3.88 | ITTELLA INTERNATIONAL INC. | 6305 ALONDRA BLVD | | PARAMOUNT | CA | 90723 | | 5/16/2023 | $150,000.00 | InterCompany Loan |
| | | | | | | | | **TOTAL:** | **$150,000.00** | |
| 3.89 | LARRY GUTIEREZ | 8618 MENAUL BLVD NE | SUITE H | ALBUQUERQUE | NM | 87112 | | 4/3/2023 | $31,000.00 | Rent |
| 3.90 | LARRY GUTIEREZ | 8618 MENAUL BLVD NE | SUITE H | ALBUQUERQUE | NM | 87112 | | 5/2/2023 | $31,000.00 | Rent |
| 3.91 | LARRY GUTIEREZ | 8618 MENAUL BLVD NE | SUITE H | ALBUQUERQUE | NM | 87112 | | 6/7/2023 | $32,030.00 | Rent |
| 3.92 | LARRY GUTIEREZ | 8618 MENAUL BLVD NE | SUITE H | ALBUQUERQUE | NM | 87112 | | 6/23/2023 | $31,930.00 | Rent |
| | | | | | | | | **TOTAL:** | **$125,960.00** | |
| 3.93 | LAWRENCE EQUIPMENT | 2034 NORTH PECK ROAD | | SO. EL MONTE | CA | 91733 | | 5/18/2023 | $7,448.33 | Suppliers & Services |
| 3.94 | LAWRENCE EQUIPMENT | 2034 NORTH PECK ROAD | | SO. EL MONTE | CA | 91733 | | 5/23/2023 | $7,488.33 | Suppliers & Services |
| 3.95 | LAWRENCE EQUIPMENT | 2034 NORTH PECK ROAD | | SO. EL MONTE | CA | 91733 | | 5/25/2023 | $7,448.33 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$22,384.99** | |
| 3.96 | LAWRENCE WHOLESALE | P.O. BOX 58307 | | VERNON | CA | 90058 | | 5/2/2023 | $12,820.00 | Suppliers & Services |
| 3.97 | LAWRENCE WHOLESALE | P.O. BOX 58307 | | VERNON | CA | 90058 | | 5/22/2023 | $29,530.60 | Suppliers & Services |
| 3.98 | LAWRENCE WHOLESALE | P.O. BOX 58307 | | VERNON | CA | 90058 | | 5/30/2023 | $80,000.00 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$122,350.60** | |
| 3.99 | M.A. & SONS CHILE | PO BOX 302 | | DERRY | NM | 87933 | | 4/10/2023 | $28,750.00 | Suppliers & Services |
| 3.100 | M.A. & SONS CHILE | PO BOX 302 | | DERRY | NM | 87933 | | 5/2/2023 | $55,415.00 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$84,165.00** | |
| 3.101 | MATHESON TRIGAS INC. | DEPT 3028 | PO BOX 123028 | DALLAS | TX | 75312 | | 5/18/2023 | $29,601.41 | Suppliers & Services |
| 3.102 | MATHESON TRIGAS INC. | DEPT 3028 | PO BOX 123028 | DALLAS | TX | 75312 | | 5/27/2023 | $29,500.00 | Suppliers & Services |
| 3.103 | MATHESON TRIGAS INC. | DEPT 3028 | PO BOX 123028 | DALLAS | TX | 75312 | | 6/9/2023 | $29,230.77 | Suppliers & Services |
| 3.104 | MATHESON TRIGAS INC. | DEPT 3028 | PO BOX 123028 | DALLAS | TX | 75312 | | 6/20/2023 | $60,692.31 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$149,024.49** | |
| 3.105 | MPAC LANGEN INC. | 6500 KITIMAT ROAD, UNIT 1 | | MISSISSAUGA | ON | L5N288 | CANADA | 4/10/2023 | $10,000.00 | Lease |
| 3.106 | MPAC LANGEN INC. | 6500 KITIMAT ROAD, UNIT 1 | | MISSISSAUGA | ON | L5N288 | CANADA | 4/18/2023 | $10,000.00 | Lease |
| | | | | | | | | **TOTAL:** | **$20,000.00** | |
| 3.107 | NEW MEXICO GAS COMPANY | PO BOX 27885 | | ALBUQUERQUE | NM | 87125 | | 5/8/2023 | $41,532.23 | Utilities |
| 3.108 | NEW MEXICO GAS COMPANY | PO BOX 27885 | | ALBUQUERQUE | NM | 87125 | | 5/15/2023 | $14,746.78 | Utilities |
| 3.109 | NEW MEXICO GAS COMPANY | PO BOX 27885 | | ALBUQUERQUE | NM | 87125 | | 6/12/2023 | $3,964.22 | Utilities |
| | | | | | | | | **TOTAL:** | **$60,243.23** | |
| 3.110 | NEWAY PACKAGING CORP | ATTN: KIM GUERRERO | 1973 E VIA ARADO | RANCHO DOMINGUEZ | CA | 90220 | | 5/16/2023 | $54,415.76 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$54,415.76** | |
| 3.111 | OREGON SPICE COMPANY | 5441 NE 148TH AVENUE SUITE 101 | | PORTLAND | OR | 97230 | | 4/18/2023 | $9,087.77 | Suppliers & Services |
| 3.112 | OREGON SPICE COMPANY | 5441 NE 148TH AVENUE SUITE 101 | | PORTLAND | OR | 97230 | | 5/1/2023 | $10,996.00 | Suppliers & Services |
| 3.113 | OREGON SPICE COMPANY | 5441 NE 148TH AVENUE SUITE 101 | | PORTLAND | OR | 97230 | | 5/2/2023 | $339.53 | Suppliers & Services |
| 3.114 | OREGON SPICE COMPANY | 5441 NE 148TH AVENUE SUITE 101 | | PORTLAND | OR | 97230 | | 5/23/2023 | $1,698.00 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$22,121.30** | |
| 3.115 | OREGON TILTH INC | P.O. BOX 368 | | CORVALLIS | OR | 97339 | | 5/11/2023 | $7,450.00 | Services |
| 3.116 | OREGON TILTH INC | P.O. BOX 368 | | CORVALLIS | OR | 97339 | | 6/14/2023 | $150.00 | Services |
| | | | | | | | | **TOTAL:** | **$7,600.00** | |
| 3.117 | PALLETS UNLIMITED | 5001 CASCADE PL NW | | ALBUQUERQUE | NM | 87105 | | 5/2/2023 | $12,150.00 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$12,150.00** | |
| 3.118 | PANHANDLE MILLING | 730 17TH STREET | SUITE 600 | DENVER | CO | 80202 | | 4/10/2023 | $100,000.00 | Suppliers & Services |
| 3.119 | PANHANDLE MILLING | 730 17TH STREET | SUITE 600 | DENVER | CO | 80202 | | 4/10/2023 | $30,831.00 | Suppliers & Services |
| 3.120 | PANHANDLE MILLING | 730 17TH STREET | SUITE 600 | DENVER | CO | 80202 | | 4/17/2023 | $83,257.50 | Suppliers & Services |
| 3.121 | PANHANDLE MILLING | 730 17TH STREET | SUITE 600 | DENVER | CO | 80202 | | 4/25/2023 | $86,810.50 | Suppliers & Services |

In re: New Mexico Food Distributors, Inc.
Case No. 23-14156

**SOFA 3 ATTACHMENT**

Certain payments or transfers to creditors within 90 days before filing this case

| | Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.122 | PANHANDLE MILLING | 730 17TH STREET | SUITE 600 | DENVER | CO | 80202 | | 4/17/2023 | $60,306.67 | Suppliers & Services |
| 3.123 | PANHANDLE MILLING | 730 17TH STREET | SUITE 600 | DENVER | CO | 80202 | | 5/16/2023 | $189,911.11 | Suppliers & Services |
| 3.123 | PANHANDLE MILLING | 730 17TH STREET | SUITE 600 | DENVER | CO | 80202 | | 5/30/2023 | $49,665.50 | Suppliers & Services |
| 3.123 | PANHANDLE MILLING | 730 17TH STREET | SUITE 600 | DENVER | CO | 80202 | | 6/2/2023 | $49,841.00 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$650,623.28** | |
| 3.126 | PEARSON SALES COMPANY | 2303 MOUNT VERNON AVENUE | | POMONA | CA | 91768 | | 4/17/2023 | $7,811.28 | Suppliers & Services |
| 3.127 | PEARSON SALES COMPANY | 2303 MOUNT VERNON AVENUE | | POMONA | CA | 91768 | | 4/17/2023 | $1,698.06 | Suppliers & Services |
| 3.128 | PEARSON SALES COMPANY | 2303 MOUNT VERNON AVENUE | | POMONA | CA | 91768 | | 4/18/2023 | $27,645.54 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$37,154.92** | |
| 3.129 | PENSKE TRUCK LEASING CO LP | PO BOX 1321 | | READING | PA | 19603 | | 4/3/2023 | $27,829.09 | Lease |
| 3.130 | PENSKE TRUCK LEASING CO LP | PO BOX 1321 | | READING | PA | 19603 | | 4/24/2023 | $14,961.94 | Lease |
| 3.131 | PENSKE TRUCK LEASING CO LP | PO BOX 1321 | | READING | PA | 19603 | | 5/30/2023 | $13,444.15 | Lease |
| 3.132 | PENSKE TRUCK LEASING CO LP | PO BOX 1321 | | READING | PA | 19603 | | 6/23/2023 | $16,735.31 | Lease |
| | | | | | | | | **TOTAL:** | **$72,970.49** | |
| 3.133 | PUBLIC SERVICE COMPANY OF NM | DBA:  PNM ELECTRIC | PO BOX 27900 | ALBUQUERQUE | NM | 87125 | | 5/1/2023 | $43,428.95 | Utilities |
| 3.134 | PUBLIC SERVICE COMPANY OF NM | DBA:  PNM ELECTRIC | PO BOX 27900 | ALBUQUERQUE | NM | 87125 | | 5/8/2023 | $30,857.22 | Utilities |
| 3.135 | PUBLIC SERVICE COMPANY OF NM | DBA:  PNM ELECTRIC | PO BOX 27900 | ALBUQUERQUE | NM | 87125 | | 5/8/2023 | $28,449.12 | Utilities |
| 3.136 | PUBLIC SERVICE COMPANY OF NM | DBA:  PNM ELECTRIC | PO BOX 27900 | ALBUQUERQUE | NM | 87125 | | 5/8/2023 | $27,931.43 | Utilities |
| 3.137 | PUBLIC SERVICE COMPANY OF NM | DBA:  PNM ELECTRIC | PO BOX 27900 | ALBUQUERQUE | NM | 87125 | | 5/8/2023 | $720.93 | Utilities |
| 3.138 | PUBLIC SERVICE COMPANY OF NM | DBA:  PNM ELECTRIC | PO BOX 27900 | ALBUQUERQUE | NM | 87125 | | 5/8/2023 | $582.80 | Utilities |
| 3.139 | PUBLIC SERVICE COMPANY OF NM | DBA:  PNM ELECTRIC | PO BOX 27900 | ALBUQUERQUE | NM | 87125 | | 5/8/2023 | $618.09 | Utilities |
| 3.140 | PUBLIC SERVICE COMPANY OF NM | DBA:  PNM ELECTRIC | PO BOX 27900 | ALBUQUERQUE | NM | 87125 | | 5/8/2023 | $7,278.76 | Utilities |
| 3.141 | PUBLIC SERVICE COMPANY OF NM | DBA:  PNM ELECTRIC | PO BOX 27900 | ALBUQUERQUE | NM | 87125 | | 5/8/2023 | $5,345.09 | Utilities |
| 3.142 | PUBLIC SERVICE COMPANY OF NM | DBA:  PNM ELECTRIC | PO BOX 27900 | ALBUQUERQUE | NM | 87125 | | 5/8/2023 | $3,958.43 | Utilities |
| 3.143 | PUBLIC SERVICE COMPANY OF NM | DBA:  PNM ELECTRIC | PO BOX 27900 | ALBUQUERQUE | NM | 87125 | | 5/8/2023 | $5,137.53 | Utilities |
| 3.144 | PUBLIC SERVICE COMPANY OF NM | DBA:  PNM ELECTRIC | PO BOX 27900 | ALBUQUERQUE | NM | 87125 | | 5/8/2023 | $5,313.41 | Utilities |
| 3.145 | PUBLIC SERVICE COMPANY OF NM | DBA:  PNM ELECTRIC | PO BOX 27900 | ALBUQUERQUE | NM | 87125 | | 5/8/2023 | $7,000.25 | Utilities |
| 3.146 | PUBLIC SERVICE COMPANY OF NM | DBA:  PNM ELECTRIC | PO BOX 27900 | ALBUQUERQUE | NM | 87125 | | 5/15/2023 | $10,743.18 | Utilities |
| 3.147 | PUBLIC SERVICE COMPANY OF NM | DBA:  PNM ELECTRIC | PO BOX 27900 | ALBUQUERQUE | NM | 87125 | | 5/18/2023 | $63,031.44 | Utilities |
| 3.148 | PUBLIC SERVICE COMPANY OF NM | DBA:  PNM ELECTRIC | PO BOX 27900 | ALBUQUERQUE | NM | 87125 | | 5/18/2023 | $37,916.31 | Utilities |
| 3.149 | PUBLIC SERVICE COMPANY OF NM | DBA:  PNM ELECTRIC | PO BOX 27900 | ALBUQUERQUE | NM | 87125 | | 5/24/2023 | $38,244.21 | Utilities |
| 3.150 | PUBLIC SERVICE COMPANY OF NM | DBA:  PNM ELECTRIC | PO BOX 27900 | ALBUQUERQUE | NM | 87125 | | 5/25/2023 | $29,115.46 | Utilities |
| 3.151 | PUBLIC SERVICE COMPANY OF NM | DBA:  PNM ELECTRIC | PO BOX 27900 | ALBUQUERQUE | NM | 87125 | | 5/31/2023 | $48,096.92 | Utilities |
| 3.152 | PUBLIC SERVICE COMPANY OF NM | DBA:  PNM ELECTRIC | PO BOX 27900 | ALBUQUERQUE | NM | 87125 | | 6/15/2023 | $39,758.35 | Utilities |
| | | | | | | | | **TOTAL:** | **$433,527.88** | |
| 3.153 | R J VAN DRUNEN & SONS INC | PO BOX 7215 | | CAROL STREAM | IL | 60197 | | 5/30/2023 | $37,464.12 | Suppliers & Services |
| 3.154 | R J VAN DRUNEN & SONS INC | PO BOX 7215 | | CAROL STREAM | IL | 60197 | | 5/30/2023 | $19,568.75 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$57,032.87** | |
| 3.155 | R.W. CHAVEZ INC. | DBA: STIXON LABLES & NEW MEXICO PLASTICS | 1361 FLIGHTWAY SE | ALBUQUERQUE | NM | 87106 | | 4/3/2023 | $28,247.78 | Suppliers & Services |
| 3.156 | R.W. CHAVEZ INC. | DBA: STIXON LABLES & NEW MEXICO PLASTICS | 1361 FLIGHTWAY SE | ALBUQUERQUE | NM | 87106 | | 4/17/2023 | $28,247.78 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$56,495.56** | |
| 3.157 | REF LEASING COMPANY. | 245 E NORTH AVE | | CAROL STREAM | IL | 60188 | | 5/15/2023 | $10,350.00 | Staffing Agency |
| | | | | | | | | **TOTAL:** | **$10,350.00** | |
| 3.158 | RIVENROCK STAFFING | 6106 JEFFERSON STREET NE | SUITE B | ALBUQUERQUE | NM | 87109 | | 5/16/2023 | $40,820.05 | Staffing Agency |
| | | | | | | | | **TOTAL:** | **$40,820.05** | |
| 3.159 | ROBERT REISER & COMPANY | PO BOX 735469 | | DALLAS | TX | 75373 | | 4/12/2023 | $9,896.69 | Suppliers & Services |
| 3.160 | ROBERT REISER & COMPANY | PO BOX 735469 | | DALLAS | TX | 75373 | | 4/25/2023 | $8,524.43 | Suppliers & Services |
| 3.161 | ROBERT REISER & COMPANY | PO BOX 735469 | | DALLAS | TX | 75373 | | 5/2/2023 | $10,272.92 | Suppliers & Services |
| 3.162 | ROBERT REISER & COMPANY | PO BOX 735469 | | DALLAS | TX | 75373 | | 5/3/2023 | $612.96 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$27,307.00** | |
| 3.163 | SEENERGY FOODS LIMITED | 475 N RIVERMEDE ROAD | | CONCORD | ON | L4K3N1 | CANADA | 4/4/2023 | $40,765.00 | Suppliers & Services |
| 3.164 | SEENERGY FOODS LIMITED | 475 N RIVERMEDE ROAD | | CONCORD | ON | L4K3N1 | CANADA | 4/25/2023 | $75,653.00 | Suppliers & Services |
| 3.165 | SEENERGY FOODS LIMITED | 475 N RIVERMEDE ROAD | | CONCORD | ON | L4K3N1 | CANADA | 4/10/2023 | $34,810.00 | Suppliers & Services |
| 3.166 | SEENERGY FOODS LIMITED | 475 N RIVERMEDE ROAD | | CONCORD | ON | L4K3N1 | CANADA | 5/3/2023 | $74,104.00 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$225,332.00** | |
| 3.167 | SOUP BASES LOADED INC. | 2355 E. FRANCIS ST. | | ONTARIO | CA | 91761 | | 4/18/2023 | $70,233.45 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$70,233.45** | |
| 3.168 | SUN VIEW FOODS | 8001 N. MESA AT. #124 | | EL PASO | TX | 79932 | | 5/16/2023 | $77,171.10 | Suppliers & Services |
| 3.169 | SUN VIEW FOODS | 8001 N. MESA AT. #124 | | EL PASO | TX | 79932 | | 6/20/2023 | $78,981.30 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$156,152.40** | |
| 3.170 | SUNRISE PACKAGING FILMS | 17121 SOUTH CENTRAL AVE 2A | | CARSON | CA | 90746 | | 5/1/2023 | $26,357.13 | Suppliers & Services |
| 3.171 | SUNRISE PACKAGING FILMS | 17121 SOUTH CENTRAL AVE 2A | | CARSON | CA | 90746 | | 5/12/2023 | $14,407.80 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$40,764.93** | |
| 3.172 | SUPPLYONE TUCSON | DBA:  SUPPLYONE ALBUQUERQUE, INC. | 8330 JEFFERSON ST NE | ALBUQUERQUE | NM | 87113 | | 4/12/2023 | $45,000.00 | Suppliers & Services |
| 3.173 | SUPPLYONE TUCSON | DBA:  SUPPLYONE ALBUQUERQUE, INC. | 8330 JEFFERSON ST NE | ALBUQUERQUE | NM | 87113 | | 4/19/2023 | $45,000.00 | Suppliers & Services |
| 3.174 | SUPPLYONE TUCSON | DBA:  SUPPLYONE ALBUQUERQUE, INC. | 8330 JEFFERSON ST NE | ALBUQUERQUE | NM | 87113 | | 4/26/2023 | $45,000.00 | Suppliers & Services |
| 3.175 | SUPPLYONE TUCSON | DBA:  SUPPLYONE ALBUQUERQUE, INC. | 8330 JEFFERSON ST NE | ALBUQUERQUE | NM | 87113 | | 5/3/2023 | $45,000.00 | Suppliers & Services |
| 3.176 | SUPPLYONE TUCSON | DBA:  SUPPLYONE ALBUQUERQUE, INC. | 8330 JEFFERSON ST NE | ALBUQUERQUE | NM | 87113 | | 5/16/2023 | $68,380.65 | Suppliers & Services |
| 3.177 | SUPPLYONE TUCSON | DBA:  SUPPLYONE ALBUQUERQUE, INC. | 8330 JEFFERSON ST NE | ALBUQUERQUE | NM | 87113 | | 5/16/2023 | $45,000.00 | Suppliers & Services |
| 3.178 | SUPPLYONE TUCSON | DBA:  SUPPLYONE ALBUQUERQUE, INC. | 8330 JEFFERSON ST NE | ALBUQUERQUE | NM | 87113 | | 5/23/2023 | $51,838.50 | Suppliers & Services |
| 3.179 | SUPPLYONE TUCSON | DBA:  SUPPLYONE ALBUQUERQUE, INC. | 8330 JEFFERSON ST NE | ALBUQUERQUE | NM | 87113 | | 5/30/2023 | $40,746.11 | Suppliers & Services |
| 3.180 | SUPPLYONE TUCSON | DBA:  SUPPLYONE ALBUQUERQUE, INC. | 8330 JEFFERSON ST NE | ALBUQUERQUE | NM | 87113 | | 6/8/2023 | $100,000.00 | Suppliers & Services |
| 3.181 | SUPPLYONE TUCSON | DBA:  SUPPLYONE ALBUQUERQUE, INC. | 8330 JEFFERSON ST NE | ALBUQUERQUE | NM | 87113 | | 6/8/2023 | $89,306.90 | Suppliers & Services |
| 3.182 | SUPPLYONE TUCSON | DBA:  SUPPLYONE ALBUQUERQUE, INC. | 8330 JEFFERSON ST NE | ALBUQUERQUE | NM | 87113 | | 6/8/2023 | $13,349.48 | Suppliers & Services |
| 3.183 | SUPPLYONE TUCSON | DBA:  SUPPLYONE ALBUQUERQUE, INC. | 8330 JEFFERSON ST NE | ALBUQUERQUE | NM | 87113 | | 6/8/2023 | $14,478.16 | Suppliers & Services |
| | | | | | | | | **TOTAL:** | **$603,099.60** | |
| 3.184 | SYMMETRY ENERGY SOLUTIONS | PO BOX 301149 | | DALLAS | TX | 75303-1149 | | 5/30/2023 | $10,459.46 | Suppliers & Services |
| 3.185 | SYMMETRY ENERGY SOLUTIONS | PO BOX 301149 | | DALLAS | TX | 75303-1149 | | 5/30/2023 | $23,135.77 | Suppliers & Services |

In re: New Mexico Food Distributors, Inc.

Case No. 23-14156

**SOFA 3 ATTACHMENT**

Certain payments or transfers to creditors within 90 days before filing this case

| | Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.186 | SYMMETRY ENERGY SOLUTIONS | PO BOX 301149 | | DALLAS | TX | 75303-1149 | | 5/30/2023 | $12,057.25 | Suppliers & Services |
| 3.187 | SYMMETRY ENERGY SOLUTIONS | PO BOX 301149 | | DALLAS | TX | 75303-1149 | | 5/30/2023 | $79,053.93 | Suppliers & Services |
| 3.188 | SYMMETRY ENERGY SOLUTIONS | PO BOX 301149 | | DALLAS | TX | 75303-1149 | | 5/30/2023 | $27,035.38 | Suppliers & Services |
| | | | | | | | | TOTAL: | $151,741.69 | |
| 3.189 | SYSCO FOODS | 20701 EAST CURRIER ROAD | | WALNUT | CA | 91789 | | 5/19/2023 | $25,376.34 | Suppliers & Services |
| 3.190 | SYSCO FOODS | 20701 EAST CURRIER ROAD | | WALNUT | CA | 91789 | | 6/27/2023 | $31,647.66 | Suppliers & Services |
| | | | | | | | | TOTAL: | $57,024.00 | |
| 3.191 | SYSCO USA I | 601 COMANCHE RD NE | | ALBUQUERQUE | NM | 87107 | | 5/12/2023 | $50,000.00 | Suppliers & Services |
| 3.192 | SYSCO USA I | 601 COMANCHE RD NE | | ALBUQUERQUE | NM | 87107 | | 5/12/2023 | $50,000.00 | Suppliers & Services |
| 3.193 | SYSCO USA I | 601 COMANCHE RD NE | | ALBUQUERQUE | NM | 87107 | | 5/16/2023 | $150,245.83 | Suppliers & Services |
| 3.194 | SYSCO USA I | 601 COMANCHE RD NE | | ALBUQUERQUE | NM | 87107 | | 5/18/2023 | $50,000.00 | Suppliers & Services |
| 3.195 | SYSCO USA I | 601 COMANCHE RD NE | | ALBUQUERQUE | NM | 87107 | | 5/18/2023 | $141,078.00 | Suppliers & Services |
| 3.196 | SYSCO USA I | 601 COMANCHE RD NE | | ALBUQUERQUE | NM | 87107 | | 5/19/2023 | $75,851.72 | Suppliers & Services |
| 3.197 | SYSCO USA I | 601 COMANCHE RD NE | | ALBUQUERQUE | NM | 87107 | | 5/19/2023 | $144,291.22 | Suppliers & Services |
| 3.198 | SYSCO USA I | 601 COMANCHE RD NE | | ALBUQUERQUE | NM | 87107 | | 6/20/2023 | $86,820.20 | Suppliers & Services |
| 3.199 | SYSCO USA I | 601 COMANCHE RD NE | | ALBUQUERQUE | NM | 87107 | | 6/20/2023 | $126,364.74 | Suppliers & Services |
| 3.200 | SYSCO USA I | 601 COMANCHE RD NE | | ALBUQUERQUE | NM | 87107 | | 6/28/2023 | $50,000.00 | Suppliers & Services |
| 3.201 | SYSCO USA I | 601 COMANCHE RD NE | | ALBUQUERQUE | NM | 87107 | | 6/28/2023 | $50,000.00 | Suppliers & Services |
| 3.202 | SYSCO USA I | 601 COMANCHE RD NE | | ALBUQUERQUE | NM | 87107 | | 6/28/2023 | $50,000.00 | Suppliers & Services |
| 3.203 | SYSCO USA I | 601 COMANCHE RD NE | | ALBUQUERQUE | NM | 87107 | | 6/28/2023 | $50,000.00 | Suppliers & Services |
| 3.204 | SYSCO USA I | 601 COMANCHE RD NE | | ALBUQUERQUE | NM | 87107 | | 6/29/2023 | $124,617.03 | Suppliers & Services |
| 3.205 | SYSCO USA I | 601 COMANCHE RD NE | | ALBUQUERQUE | NM | 87107 | | 6/29/2023 | $67,864.82 | Suppliers & Services |
| 3.206 | SYSCO USA I | 601 COMANCHE RD NE | | ALBUQUERQUE | NM | 87107 | | 6/30/2023 | $88,625.02 | Suppliers & Services |
| | | | | | | | | TOTAL: | $1,355,758.58 | |
| 3.207 | THE TORTILLA BUILDING (RENT) | 124 EAST MARCY STREET | | SANTA FE | NM | 87501 | | 4/10/2023 | $32,187.42 | Rent |
| 3.208 | THE TORTILLA BUILDING (RENT) | 124 EAST MARCY STREET | | SANTA FE | NM | 87501 | | 5/2/2023 | $35,406.16 | Rent |
| 3.209 | THE TORTILLA BUILDING (RENT) | 124 EAST MARCY STREET | | SANTA FE | NM | 87501 | | 6/7/2023 | $32,330.98 | Rent |
| 3.210 | THE TORTILLA BUILDING (RENT) | 124 EAST MARCY STREET | | SANTA FE | NM | 87501 | | 6/23/2023 | $27,252.70 | Rent |
| 3.211 | THE TORTILLA BUILDING (RENT) | 124 EAST MARCY STREET | | SANTA FE | NM | 87501 | | 6/30/2023 | $35,564.08 | Rent |
| | | | | | | | | TOTAL: | $162,741.34 | |
| 3.212 | THOM RINDT | 2222 UPTOWN LOOP N.N. | APT #7101 | ALBUQUERQUE | NM | 87110 | | 4/12/2023 | $3,514.99 | Employee Expense Report |
| 3.213 | THOM RINDT | 2222 UPTOWN LOOP N.N. | APT #7101 | ALBUQUERQUE | NM | 87110 | | 5/24/2023 | $6,320.91 | Employee Expense Report |
| | | | | | | | | TOTAL: | $9,835.90 | |
| 3.214 | TUSCANY CHEESE LLC. | 6850 ARTESIA BLVD. | | BUENA PARK | CA | 90620 | | 4/4/2023 | $74,984.60 | Suppliers & Services |
| 3.215 | TUSCANY CHEESE LLC. | 6850 ARTESIA BLVD. | | BUENA PARK | CA | 90620 | | 4/12/2023 | $59,984.60 | Suppliers & Services |
| 3.216 | TUSCANY CHEESE LLC. | 6850 ARTESIA BLVD. | | BUENA PARK | CA | 90620 | | 4/18/2023 | $143,640.00 | Suppliers & Services |
| 3.217 | TUSCANY CHEESE LLC. | 6850 ARTESIA BLVD. | | BUENA PARK | CA | 90620 | | 4/18/2023 | $137,184.00 | Suppliers & Services |
| 3.218 | TUSCANY CHEESE LLC. | 6850 ARTESIA BLVD. | | BUENA PARK | CA | 90620 | | 4/26/2023 | $68,250.00 | Suppliers & Services |
| 3.219 | TUSCANY CHEESE LLC. | 6850 ARTESIA BLVD. | | BUENA PARK | CA | 90620 | | 5/2/2023 | $74,220.30 | Suppliers & Services |
| 3.220 | TUSCANY CHEESE LLC. | 6850 ARTESIA BLVD. | | BUENA PARK | CA | 90620 | | 5/9/2023 | $78,198.75 | Suppliers & Services |
| 3.221 | TUSCANY CHEESE LLC. | 6850 ARTESIA BLVD. | | BUENA PARK | CA | 90620 | | 5/16/2023 | $78,000.00 | Suppliers & Services |
| 3.222 | TUSCANY CHEESE LLC. | 6850 ARTESIA BLVD. | | BUENA PARK | CA | 90620 | | 5/23/2023 | $61,419.95 | Suppliers & Services |
| 3.223 | TUSCANY CHEESE LLC. | 6850 ARTESIA BLVD. | | BUENA PARK | CA | 90620 | | 5/30/2023 | $61,420.00 | Suppliers & Services |
| | | | | | | | | TOTAL: | $837,302.20 | |
| 3.224 | US FOODSERVICE INC. | P.O. BOX 840243 | | DALLAS | TX | 75284 | | 5/3/2023 | $12,019.37 | Suppliers & Services |
| 3.225 | US FOODSERVICE INC. | P.O. BOX 840243 | | DALLAS | TX | 75284 | | 5/24/2023 | $12,019.37 | Suppliers & Services |
| 3.226 | US FOODSERVICE INC. | P.O. BOX 840243 | | DALLAS | TX | 75284 | | 5/27/2023 | $12,019.37 | Suppliers & Services |
| 3.227 | US FOODSERVICE INC. | P.O. BOX 840243 | | DALLAS | TX | 75284 | | 6/26/2023 | $12,218.17 | Suppliers & Services |
| | | | | | | | | TOTAL: | $48,276.68 | |
| 3.228 | USC BAG MANUFACTURING | 2512 MADISON STREET NE | | ALBUQUERQUE | NM | 87110 | | 4/25/2023 | $8,544.77 | Suppliers & Services |
| 3.229 | USC BAG MANUFACTURING | 2512 MADISON STREET NE | | ALBUQUERQUE | NM | 87110 | | 4/25/2023 | $19,993.73 | Suppliers & Services |
| 3.230 | USC BAG MANUFACTURING | 2512 MADISON STREET NE | | ALBUQUERQUE | NM | 87110 | | 4/25/2023 | $9,579.60 | Suppliers & Services |
| 3.231 | USC BAG MANUFACTURING | 2512 MADISON STREET NE | | ALBUQUERQUE | NM | 87110 | | 5/2/2023 | $5,186.34 | Suppliers & Services |
| 3.232 | USC BAG MANUFACTURING | 2512 MADISON STREET NE | | ALBUQUERQUE | NM | 87110 | | 5/27/2023 | $4,512.75 | Suppliers & Services |
| | | | | | | | | TOTAL: | $47,817.19 | |
| 3.233 | USDAFOOD SAFETY & INSPECTION | US BANK  FSIS LOCKBOX | PO BOX 979001 | ST LOUIS | MO | 63197 | | 5/30/2023 | $16,797.87 | Services |
| | | | | | | | | TOTAL: | $16,797.87 | |
| 3.234 | WASTE MANAGEMENT NM | PO BOX 43290 | | PHOENIX | AZ | 85080 | | 4/26/2023 | $14,525.34 | Services |
| 3.235 | WASTE MANAGEMENT NM | PO BOX 43290 | | PHOENIX | AZ | 85080 | | 6/26/2023 | $2,708.02 | Services |
| 3.236 | WASTE MANAGEMENT NM | PO BOX 43290 | | PHOENIX | AZ | 85080 | | 6/26/2023 | $3,259.66 | Services |
| | | | | | | | | TOTAL: | $20,493.02 | |
| 3.237 | WESTCO CHEMICALS INC | 12551 SATICOY ST SOUTH | | NORTH HOLLYWOOD | CA | 91605 | | 5/11/2023 | $14,436.00 | Suppliers & Services |
| 3.238 | WESTCO CHEMICALS INC | 12551 SATICOY ST SOUTH | | NORTH HOLLYWOOD | CA | 91605 | | 5/18/2023 | $14,436.00 | Suppliers & Services |
| | | | | | | | | TOTAL: | $28,872.00 | |
| 3.239 | WESTROCK COMPANY | PO BOX 840865 | | DALLAS | TX | 75284 | | 5/25/2023 | $35,000.00 | Suppliers & Services |
| 3.240 | WESTROCK COMPANY | PO BOX 840865 | | DALLAS | TX | 75284 | | 5/25/2023 | $87,206.03 | Suppliers & Services |
| | | | | | | | | TOTAL: | $122,206.03 | |

**Fill in this information to identify the case:**

Debtor name: New Mexico Food Distributors, Inc.

United States Bankruptcy Court for the: Central District of California

Case number: 2:23-bk-14156-SK

☐ **Check if this is an amended filing**

**WARNING** - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
07/28/2023

_Edward Bidanset_                                   Edward Bidanset
Signature of individual signing on behalf of debtor        Printed name

Chief Restructuring Officer
Position or relationship to debtor

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

☐ No
☑ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re  **New Mexico Food Distributors, Inc.**

Debtor(s)

Case No.   **2:23-bk-14156-SK**

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $    **25,000.00** |
| Prior to the filing of this statement I have received | $    **25,000.00** |
| Balance Due | $    **0.00 [1]** |

2.  $  **1,738.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☑ Debtors **[1]**   ☐ Other (specify):

4.  The source of compensation to be paid to me is:

☑ Debtors **[1]**   ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]
   **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYG's expertise or which is beyond LNBYG's staffing capabilities;  preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in LNBYG's representation of the Debtor during its bankruptcy case.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Matters which are outside of LNBYG's specialization**

In re    **New Mexico Food Distributors, Inc.**                                    Case No.    **2:23-bk-14156-SK**
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 28, 2023**                                    /s/ David L. Neale
_____        _____
*Date*                                            **David L. Neale 141225**
                                                  *Signature of Attorney*
                                                  **Levene, Neale, Bender, Yoo & Golubchik L.L.P**
                                                  **2818 La Cienega Avenue**
                                                  **Los Angeles, CA 90034**
                                                  **(310) 229-1234**
                                                  **dln@lnbyg.com**
                                                  *Name of law firm*

---

**[1]** During the one-year period prior to the Petition Date, the following entities, all of which are debtors in possession in jointly administered Chapter 11 cases under lead case number 2:23-bk-14154-SK (collectively, the "Debtors"), paid the total sum of $250,000.00 to Levene, Neale, Bender, Yoo & Golubchik L.L.P ("LNBYG"), which constituted a pre-bankruptcy retainer for legal services in contemplation of and in connection with the Debtors' Chapter 11 cases (collectively, the "Retainer"):

| DEBTOR | CASE |
|---|---|
| ITTELLA INTERNATIONAL LLC, a California limited liability company | 2:23-bk-14154-SK |
| ITTELLA'S CHEF, LLC, a California limited liability company | 2:23-bk-14159-SK |
| TATTOOED CHEF, INC., a Delaware corporation | 2:23-bk-14161-SK |
| MYJOJO, INC., a Delaware corporation | 2:23-bk-14157-SK |
| NEW MEXICO FOOD DISTRIBUTORS, INC., a New Mexico corporation | 2:23-bk-14156-SK |
| KARSTEN TORTILLA FACTORY, LLC, a New Mexico limited liability company | 2:23-bk-14158-SK |
| BCI ACQUISITION, INC., a Delaware corporation | 2:23-bk-14155-SK |
| TTCF-NM HOLDINGS INC., a New Mexico corporation | 2:23-bk-14160-SK |

LNBYG allocated $75,000 of the Retainer to Ittella International LLC, the principal operating company among the Debtors, and allocated $25,000 of the Retainer to each of the other Debtors.  LNBYG was advised by the Debtors that the source of payment of the Retainer was from the Debtors' funds.

Subject to Court approval, LNBYG shall be paid unpaid fees and expenses in excess of the Retainer from the Debtors, the Debtors' estates, or third-party sources.

## United States Bankruptcy Court
### Central District of California – Los Angeles Division

In re  **New Mexico Food Distributors, Inc.** _____    Case No.    **2:23-bk-14156-SK**
                                          Debtor(s)    Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Tattooed Chef Inc.**<br>**6305 Alondra Blvd**<br>**Paramount, CA 90723** | **Common Stock** | **100%** | **Equity** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Edward J. Bidanset, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **July 28, 2023** _____    Signature _____
                                                    **Edward J. Bidanset,**
                                                    **Chief Restructuring Officer**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David L. Neale 141225**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234**<br>California State Bar Number: **141225 CA**<br>dln@lnbyg.com | |

☑ *Attorney for:* Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**New Mexico Food Distributors, Inc.**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br>Defendant(s). | CASE NO.: **2:23-bk-14156-SK**<br>ADVERSARY NO.:<br>CHAPTER:    11<br><br>**CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO  FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Edward J. Bidanset**_____ , the undersigned in the above-captioned case, hereby declare
         *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.　I have personal knowledge of the matters set forth in this Statement because:

- ☑ I am the president or other officer or an authorized agent of the Debtor corporation
- ☐ I am a party to an adversary proceeding
- ☐ I am a party to a contested matter
- ☐ I am the attorney for the Debtor corporation

2.a.　☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
　　　　See Addendum

b.　☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| July 28, 2023 | By: | _Edward J. Bidanset_ |
|---|---|---|
| Date | | Signature of Debtor, or attorney for Debtor |

　　　　　　　　　　Name:　**Edward J. Bidanset,**
　　　　　　　　　　　　　　**Chief Restructuring Officer**
　　　　　　　　　　　　　　Printed name of Debtor, or attorney for
　　　　　　　　　　　　　　Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                **F 1007-4.CORP.OWNERSHIP.STMT**

### Addendum to Corporate Ownership Statement Pursuant to
### F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

Tattooed Chef Inc.
6305 Alondra Blvd
Paramount, CA 90723

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                        **F 1007-4.CORP.OWNERSHIP.STMT**